# Exhibit "A"

**Exhibit A**



**Exhibit A**



**Exhibit A**



**Exhibit A**

