# Exhibit "B"

**Ryan Morris**

Tue, Jun 4

> good day. We need the Hazmat docs and photos of Comp B asap
> 1:53 PM

Hazmat docs? You mean sds?

Also.. I am working on having the block format ground to flake material instead of block. Does that work?
2:56 PM

> **Ryan Morris**
> Also.. I am working on having the block format ground to flake mate...
>
> It would definitely help

> **Ryan Morris**
> Hazmat docs? You mean sds?
>
> Yes sir
> 3:01 PM

Will have them over this am
3:35 PM

I have great news...All blocks are being make into flake so it is easier on your end

**Exhibit B**



**Exhibit B**

