# Exhibit "C"

**Exhibit C**

**Tripwire South, LLC.**
1475 Highland Avenue Road
Gettysburg, PA  17325 USA
+17176482792
staff@tripwiresouth.com
https://www.tripwiresouth.com



| BILL TO | SHIP TO |
|---|---|
| Bizzell Corporation | Customer to Arrange |
| 1712 Pioneer | |
| Ste 135 | |
| Cheyenne, WY  82001 USA | |

**Invoice # 1629**

**DATE** 06/07/2024    **TERMS** Due on

**DUE DATE** 06/07/2024

**SHIP VIA**
Customer to Arrange

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | HE-COMPB-1 | Composition B, Pound | 41,407 | 22.00 | 910,954.00 |

PAYMENT            910,954.00

**TOTAL DUE**            $0.00

*PAID*