# Exhibit "D"

Exhibit D

# Wire Transfer

**DWR-03822358 - BIZZELL CORPORATION (bizzell)**



## Wire Details

| | |
|---|---|
| **Transaction Number** | DWR-03822358 |
| **Recurring Frequency** | One-Time Payment |
| **Amount** | USD 910,954.00 |
| **Debit Account** | ██████████████ |
| **Notify Initiator Options** | Pending Actions: Notify via EMAIL |
| | Pending Release: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| | Expired: Notify via EMAIL |
| **Payment Date** | 06/07/2024 |

## Originator Information

| | |
|---|---|
| **Originator Name** | BIZZELL CORPORATION |
| **Originator Address 1** | 1712 PIONEER ST SUITE 135 |
| **Originator Address 2** | CHEYENNE, WY 82001 US |
| **Originator Address 3** | |

## Beneficiary / Payee Information

| | |
|---|---|
| **Name** | Tripwire South LLC |
| **Beneficiary ID Type** | Account Number |
| **Beneficiary ID** | ██████████ |
| **Address 1** | 1475 Highland Avenue Road |
| **Address 2** | urg, PA 17325 |
| **Address 3** | |
| **Beneficiary Country** | US |
| **Contact Name** | |
| **Phone Number** | |

## Beneficiary Bank Information

| | |
|---|---|
| **Name** | BELCO COMMUNITY CREDIT UNION |
| **Beneficiary Bank ID Type** | Fed ABA |
| **Beneficiary Bank ID** | ██████████ |
| **Address 1** | |
| **Address 2** | |
| **Address 3** | |
| **Intl Routing Number** | |
| **Beneficiary Bank Country** | US |

## Additional Reference Information

| | |
|---|---|
| **Purpose Of Payment** | Invoice 1629 |
| **Additional Information For Beneficiary** | Bizzell Corporation: : Tripwire South LLC : Account: ██████████ |

## Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| Jun 7, 2024 1:14:52 PM CDT | Created | bizzell / dianna (DIANNA WILLIAMS) | Wire Created. |