# Exhibit "E"

**Tripwire South, LLC.**

1475 Highland Avenue Road

Gettysburg, PA  17325 USA

+17176482792

staff@tripwiresouth.com

https://www.tripwiresouth.com

| **BILL TO** | **SHIP TO** |
|---|---|
| Bizzel Corporation | TBD |
| 1712 Pioneer | |
| Ste 135 | |
| Cheyenne, WY  82001 USA | |

**Invoice # 1598**

DATE 04/16/2024    TERMS Due on

DUE DATE 04/16/2024

**SHIP VIA**

Best Way

PAID

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| **HE-CUSTOM** | Black Powder "Snake Charges"  and "Spots" for 155mm Projectile, Per Lb UN 0027 1.1D PG II | 55,000 | 15.00 | 825,000.00 |
| **HE-CUSTOM** | Black Powder, Straight 50 Lbs per 4G Container For specific use in the 155mm Projectile UN 0027 1.1D PG II | 20,000 | 10.00 | 200,000.00 |

Thank you for your business!

PAYMENT            1,025,000.00

TOTAL DUE                  $0.00