# Exhibit "F"

**Exhibit F**

# ACH Payment

ACH-03746825 - BIZZELL CORPORATION (bizzell)


eServis Business Online

## ACH Batch Details

| | |
|---|---|
| **Transaction Number** | ACH-03746825 |
| **Import File Name** | |
| **Import Batch ID** | |
| **Recurring Frequency** | One-Time Payment |
| **Total Credits** | $1,025,000.00 (1) |
| **ACH Company** | BIZZELL CORP |
| **Batch Type** | Business (CCD) - Credit Only |
| **Offset Account** | |
| **Memo** | |
| **Company Entry Description** | Tripwire |
| **Notify Initiator Options** | Pending Actions: Notify via EMAIL |
| | System Events: Notify via EMAIL |
| | Complete - Unsuccessful: Notify via EMAIL |
| | Complete - Successful: Notify via EMAIL |
| | Early Action Taken: Notify via EMAIL |
| | Early Action Removed: Notify via EMAIL |
| | Expired: Notify via EMAIL |
| **Payment Creation Date** | May 3, 2024 8:04 AM CDT |
| **Processing Date** | 05/03/2024 |
| **Payment Date** | 05/06/2024 |

| Excluded | Payee | ABA | Account | Amount | Addenda | Prenote |
|---|---|---|---|---|---|---|
| | Tripwire South LLC (Tripwire South) | | | $1,025,000.00 | Invoice 1598 | |

## Status History

| Timestamp | Status | Initiator | Description |
|---|---|---|---|
| May 3, 2024 8:04:20 AM CDT | Created | bizzell / dianna (DIANNA WILLIAMS) | Batch Created. |

Report generated on 05/03/2024 08:04:29 AM CDT