# Exhibit "G"

**Tripwire South, LLC.**

1475 Highland Avenue Road

Gettysburg, PA  17325 USA

+17176482792

staff@tripwiresouth.com

https://www.tripwiresouth.com



| BILL TO | SHIP TO |
|---|---|
| Bizzell Corporation | Bizzell Corporation |
| 1712 Pioneer | 1712 Pioneer |
| Ste 135 | Ste 135 |
| Cheyenne, WY  82001 USA | Cheyenne, WY  82001 USA |

Invoice # 1631

DATE 06/11/2024    TERMS Due on

DUE DATE 06/11/2024

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| | HE-CUSTOM   M6 = 95,920 lbs | 95,920 | 20.50 | 1,966,360.00 |
| | | | PAYMENT | 1,966,360.00 |
| | | | TOTAL DUE | $0.00 |

PAID