**Michael Hrobuchak**

What about two and 3  6:51 AM

              2 yes on dynos website

              3) it's on the spec sheet

              On way to gym

              Will get them  6:52 AM

Morning bru

Any news on the compB  12:38 PM

              At SOF

              Have not checked meal yet

              Email  12:39 PM

Ah shit

I forgot it started today  12:39 PM

              Will check shortly  12:39 PM

              Comp b contract came to me

              1, 220,000lbs +/- 5% 20 days after deposit and contract signature.

              2, 220,000lbs monthly for the next 48-60 months

              I can have it 20 days from date of contract

              Ready to ship

              22.50 a lb  3:35 PM

              *This message was deleted.*

              Initial purchase is for 220k lbs, with another 220k lbs ready 20-30 days after first shipment. Once those two deliveries are completed this contract will turn into a monthly allocation of 220k lbs ready every 20-30days depending on the facility and calendar days. There is enough material on hand now for the next 48-60 months.  3:40 PM

Let me review and do the math after dinner  3:41 PM

**EXHIBIT "A"**

 **Michael Hrobuchak**

We can do the compb

But I need a slightly better price bru  10:35 AM

But I need the spec sheet brother  10:39 AM

> What price you trying to get to
> I'm getting the spec sheet
> Just landed back at bwi and headed to the office  11:47 AM

> You
> Just landed back at bwi and headed to the office

That was quick  11:47 AM

> Not really lol  11:48 AM

Tired?  11:50 AM

> I'm ok
> Need to get to the office
> Have a bunch of quotes to get out
> And prepare for a visit from some of your folks Monday  11:52 AM

> You
> And prepare for a visit from some of your folks Monday

Nice!

The best  11:52 AM

> What price point are you trying to get to and I can work the numbers on my end  11:53 AM

I need to be all in at 20$ per pound  1:05 PM

> Best I can do is 22  1:07 PM

Negotiate on him

 Michael Hrobuchak

I'm buying a lot  1:07 PM

> I did
>
> Started at 26.50  1:07 PM

Geezes Christ

What is the grain dimensions of M26 propellants & M6?  1:09 PM

> I have asked  1:14 PM

**You**
**Best I can do is 22**

Are you making anything at 22?  2:04 PM

> 1.25 a lb
>
> I am working on him
>
> Asking him for 1$ off  2:08 PM
>
> MSDS and Tech Spec Sheet will be given to us tomorrow by the base commander. Just got word from base command.
> 4:35 PM

All good  4:50 PM

Fri, May 10

> Just got this on the powder
>
> Ryan:
>    The grain weight on the M6 Powder is .052 WEB MP Grain
>
> The M26 powder I do not have the grain weight on. See video below for M26 crates and labels. Best I can do until you do a full on inspection after deposit is made.
>
> As of right now I have an inspection on May 20th set up on site. This inspection is only after the 10% refundable deposit is made. After the inspection on the 20th where you or your team is NEEDED to be there to approve everything. If you want to move forward with the purchase it would be 30% second deposit and we would then start emptying the bunkers on May 22nd.
> 7:48 AM

Michael Hrobuchak 

> We had inquiries from regulus and others

> Here is the list. $19.00 per lb
>
> M30 Web
> lot 06447
> 32 chests @150# per chest .
> total- 4,800#
> M30 .052
> Lot 070407
> 159 drums @ 160# per drum
> total - 25,440#
> M30 .048
> Lot 069866
> 254 drums @ 160# per drum
> total – 40,640#
> M1 .023
> Lot 07099
> 702 drums @ 140# per drum
> total – 98,280#
> M26 .038
> Lot 064816
> 173 chests @ 150# per chest .
> total – 25,950#
> M6 .078 & .052
> Lots 069915 & 069862
> 285 drums @ 140# per drum
> total – 39,900#
> M6 .052
> Lot 069763
> 272 drums @ 140# per drum
> total – 38,080#
> M6 .052
> Lot 069763
> 138 chests @ 130# per chest
> total - 17,940#
> M 30 .029
> Lot E-2
> 20 drums @ 160# per drum
> total – 3,200#
> M30 .046
> Lot 069530 & 065931
> 414 drums @ 160# per drum
> total – 66,240#
> M1 .023
> Lot 07099
> 1,082 metal cans @ 98# per metal ca
> total – 106,036#

 Michael Hrobuchak

>> Just got this  7:56 PM

Got ya

I need it for production

Cash in hand   7:56 PM

Is this everything

Or is there still another million pounds

> You:
> We had inquiries from regulus and others

Remember who to call first next time lol  8:03 PM
🤣

>> There is 1 million lbs behind that amount he sent
>> No idea on what it is yet  Edited 8:04 PM
>> We will have pics and video tomorrow  8:05 PM

I just want to make sure I'm comparing apples to apples

Need to know what these are

M30
M1
M26
M6

I'll play with numbers tomorrow on the comp B  8:06 PM

>> Ok
>> I'll square this away and get you the info asap  8:07 PM

If it's all what I think it is

Including the million pound behind this

I need all the m6 to ship first, from this batch and his other batch

Then the all the m1 to ship                 8:08 PM

**Michael Hrobuchak**

I'm buying a lot  1:07 PM

> I did
> Started at 26.50  1:07 PM

Geezes Christ

What is the grain dimensions of M26 propellants & M6?  1:09 PM

> I have asked  1:14 PM

**You**
**Best I can do is 22**

Are you making anything at 22?  2:04 PM

> 1.25 a lb
> I am working on him
> Asking him for 1$ off  2:08 PM

> MSDS and Tech Spec Sheet will be given to us tomorrow by the base commander. Just got word from base command.
> 4:35 PM

All good  4:50 PM

Fri, May 10

> Just got this on the powder
>
> Ryan:
>   The grain weight on the M6 Powder is .052 WEB MP Grain
>
> The M26 powder I do not have the grain weight on. See video below for M26 crates and labels. Best I can do until you do a full on inspection after deposit is made.
>
> As of right now I have an inspection on May 20th set up on site. This inspection is only after the 10% refundable deposit is made. After the inspection on the 20th where you or your team is NEEDED to be there to approve everything. If you want to move forward with the purchase it would be 30% second deposit and we would then start emptying the bunkers on May 22nd.
> 7:48 AM

 Michael Hrobuchak

                                                  **Looks like I have a buyer for the powder, 105 powder**

                                                  **Will know for sure in 3 hrs** 10:56 AM

Oh ok

So you're pulling it back?

I just need the data  10:56 AM

                                                  **Not yet** 10:57 AM

So which way is it lol  10:57 AM

                                                  **One sec on call**

                                  **I'm waiting on confirmation they are taking it and deposit**

                                       **Nothing is sold until money hits the bank**

                                                                👍

                                                                 10:58 AM

But you offered it and I just need the data lol  10:58 AM

                                              **Comp b info is conin t**

                                              **Coming now**

                               **Just got off the phone with them** 10:59 AM

                                📞 Incoming voice call · 10:59 AM

                                       **Call Back**

M6 and the m26  11:04 AM

                                                   **Understood**

                                                 **It's yours** 11:04 AM

                                 📞 Unanswered voice call · 11:31 AM

Michael Hrobuchak

> file:///var/mobile/Library/SMS/Attachments/c7/07/1730B59A-92AB-458B-AFF6-CD627FB9F7EF/Lot%20%239_M6%20RAD77A-069763%20DPA.pdf

> 📄 Lot #9_M6 RAD77A-069763 DPA.pdf
> 112 KB
> 1:04 PM

I'll take all the power

M6
M26
M30        2:05 PM



> I'll advise them   2:07 PM

Send me an invoice with all incompassing details quantity and pricing

It's going to take me 10 days to pay it fyi

Have to move money from EU and then conus and we always get questioned   2:29 PM

> Ok   2:40 PM

> 📄 M-Powder Totals in Bunker.pdf
> 12 KB
> 3:36 PM

What's the price per kilo   3:39 PM

Tue, May 21



 Michael Hrobuchak

 8:08 AM

Do you have the test sheets for the other two powders  8:32 AM

> Getting it now
>
> Been dealing with visitors and they leave tomorrow am
>
> Will send  8:38 AM
>
> All test results are in your email.  9:30 AM

Nothing yet

But I will check again  9:31 AM

Received  9:36 AM

Price?  9:48 AM

> Sending quote now  9:50 AM

Need you to work with me on the price here a little bit  10:28 AM

> Which one?  10:28 AM

Powder  10:29 AM

> Best we can do is $19.88 a lb on the powder  11:27 AM

I'm taking all of it

You quoted me 20 via text and then invoiced me at 20.50  11:28 AM

> That was Josh's error. Thats what we were selling it at  11:30 AM

Your killing me here

I need to be at 19  11:31 AM

> The best price for the M powder is 19.88...the bext price I can do for the Comp b is $22 a lb. I cant go less.  11:33 AM