**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Federal Explosives License/Permit**
*(18 U.S.C. Chapter 40)*

In accordance with the provisions of Title XI, Organized Crime Control Act of 1970, and the regulations issued thereunder (27 CFR Part 555), you may engage in the activity specified in this license or permit within the limitations of Chapter 40, Title 18, United States Code and the regulations issued thereunder, until the expiration date shown. **THIS LICENSE IS NOT TRANSFERABLE UNDER 27 CFR 555.53.** See "WARNINGS" and "NOTICES" on reverse.

| | | | |
|---|---|---|---|
| Direct ATF Correspondence To | ATF - Chief, FELC<br>244 Needy Road<br>Martinsburg, WV 25405-9431 | License/Permit Number | **6-MA-009-23-8B-00413** |

Chief, Federal Explosives Licensing Center (FELC)

*Marma Howard*

Expiration Date: **February 1, 2028**

Name
BIZZELL CORPORATION

**Premises Address** (Changes? Notify the FELC at least 10 days before the move.)

**45 WINDKIST FARM ROAD**
**NORTH ANDOVER, MA 01845-**

Type of License or Permit

23-IMPORTER OF EXPLOSIVES

Purchasing Certification Statement

The licensee or permittee named above shall use a copy of this license or permit to assist a transferor of explosives to verify the identity and the licensed status of the licensee or permittee as provided by 27 CFR Part 555. The signature on each copy must be an original signature. A faxed, scanned or e-mailed copy of the license or permit with a signature intended to be an original signature is acceptable. The signature must be that of the Federal Explosives Licensee (FEL) or a responsible person of the FEL. I certify that this is a true copy of a license or permit issued to the licensee or permittee named above to engage in the business or operations specified above under "Type of License or Permit."

Mailing Address (Changes? Notify the FELC of any changes.)

BIZZELL CORPORATION
45 WINDKIST FARM ROAD
NORTH ANDOVER, MA 01845-

| | |
|---|---|
| Licensee/Permittee Responsible Person Signature | Position/Title |
| Printed Name | Date |

Previous Edition is Obsolete    BIZZELL CORPORATION:45 WINDKIST FARM ROAD:6-MA-009-23-8B-00413:February 1, 2028 23-IMPORTER OF EXPLOSIVES

ATF Form 5400 14/5400 15 Part 4
Revised September 2011

**Federal Explosives License (FEL) Customer Service Information**

Federal Explosives Licensing Center (FELC)
244 Needy Road
Martinsburg, WV 25405-9431

Toll-free Telephone Number:   (877) 283-3352
Fax Number:                          (304) 616-4401
E-mail:  FELC@atf.gov

ATF Homepage: www.atf.gov

**Change of Address** *(27 CFR 555.54(a)(1))*. Licensees or permittees may during the term of their current license or permit remove their business or operations to a new location at which they intend regularly to carry on such business or operations. The licensee or permittee is required to give notification of the new location of the business or operations not less than 10 days prior to such removal with the Chief, Federal Explosives Licensing Center. The license or permit will be valid for the remainder of the term of the original license or permit. **(The Chief, FELC, shall, if the license or permittee is not qualified, refer the request for amended license or permit to the Director of Industry Operations for denial in accordance with § 555.54.)**

**Right of Succession** *(27 CFR 555.59)*. (a) Certain persons other than the licensee or permittee may secure the right to carry on the same explosive materials business or operations at the same address shown on, and for the remainder of the term of, a current license or permit. Such persons are: (1) The surviving spouse or child, or executor, administrator, or other legal representative of a deceased licensee or permittee; and (2) A receiver or trustee in bankruptcy, or an assignee for benefit of creditors. (b) In order to secure the right provided by this section, the person or persons continuing the business or operations shall furnish the license or permit for that business or operations for endorsement of such succession to the Chief, FELC, within 30 days from the date on which the successor begins to carry on the business or operations.

*(Continued on reverse side)*

Cut Here ✂

**Federal Explosives License/Permit (FEL) Information Card**

License/Permit Name: **BIZZELL CORPORATION**

Business Name:

License/Permit Number: **6-MA-009-23-8B-00413**

License/Permit Type: **23-IMPORTER OF EXPLOSIVES**

Expiration:     **February 1, 2028**

Please Note: Not Valid for the Sale or Other Disposition of Explosives.

**EXHIBIT "C"**