**Tripwire / Bizzell**

**michaelkichman**
This messa Jul 4, 2024 ted.
7:04 PM

Jul 8, 2024



**michaelkichman**
Conan / Ryan. I am getting multiple calls from Michael and Dan. Hawthorne will not release the CompB without authorization from Ryan.

Also when Michael called Hawthorne he was told it is not realeasable nor ready.

Michael please explain what else you were told.

Bottom line both Dan and Michael are calling me for guidance.   Edited 7:31 PM

> The company is not contracted for sale at this point
>
> In fact.. it's still waiting on a presidential release statement which has not come for

**EXHIBIT "D"**



    **Tripwire / Bizzell**

Bottom line both Dan and Michael are ~~Jul 8, 2024~~ for guidance.   Edited 7:31



> The company is not cont[ract] for sale at this point
>
> In fact.. it's still waiting on a presidential release statement, which has not come for sometime.   7:40 PM

**michaelkichman**
There is a current FOG of war going on. I have had calls from multiple folks on all sides of the transaction. Banetti Explosives got pulled into Michael's call by Hawthorne. Which they should not have been. Michael?   7:56 PM

**Conan Higgins**
Discussion on this will need to wait until Ryan is available.
    7:57 PM

> It's clear from Hawthorne Nothing is ready to ship and won't be for some time