

**LANDSTAR RANGER**

*ORIGINAL*
*FREIGHT BILL*

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3451729
INVOICE#: 7791576
BILL OF LADING: N/A
SHIPPING DATE: 07-02-24
INVOICE DATE: 07-05-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 694656  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 542 | EXPLOSIVES | 30000 | 1191 | 6786.58 | 6786.58 |
| 1 | FUEL SURCHARGE | | | 500.22 | 500.22 |
| 6 | DETENTION AT ORIGIN | | | 75.00 | 450.00 |
| | Trailer Number:694656 | | | | |

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 7,736.80 |
|---|---|

**SEE SUPPORTING DOCUMENTS ON REVERSE SIDE**

SHIPPER
#2288665
CAMP MINDEN
9753 US-80
MINDEN, LA 71055

Customer:2532744

CONSIGNEE
# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVE RD
GETTYSBURG, PA 17325

CUSTOMER
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVE RD
GETTYSBURG, PA 17325

**EXHIBIT "E"**

**Graceful Connections LLC - CPN**
Agency Code  CPN
Phone  (973) 583-5027
Fax
Carl Pitt Jr
carl.pitt@landstarmail.com



**Operating Entity:  Landstar Ranger Inc**

# Customer Rate Confirmation

Please read the following carefully and verify the information is correct.  If you have questions or concerns, please contact any member of the Landstar Agency.  We thank you for the opportunity and look forward to serving you in the future.

| | | | |
|---|---|---|---|
| Customer | Tripwire South LLC | Quote Number | CL3451729 |
| Contact | | Quote Date | 07/05/2024 10:25 |
| Address | 1475 Highland Ave Rd | Freight Bill Number | 7791576 |
| City, State, Zip | Gettysburg, PA. 17325 | Cust Ref Number | |
| | | BOL | |
| | | Preloaded Trailer Number | |
| Phone | | Services | |
| Fax | | Equipment | 53VN |

## Load Routing

**Total Distance:**      **1,191 Miles**

**Stop #1 Pickup - Date** 07/02/2024 06:00 - 07/02/2024 06:00
  **Company  Camp Minden**
  **Address    9753 Us-80**
  **City ST Zip  Minden, LA  71055**
  **Contact     Phone**
  **References**
    Item Explosives Qty 542.0 Wgt 30,000

**Stop #2 Drop - Date** 07/03/2024 08:00 - 07/03/2024 08:00
  **Company  Tripwire South LLC**
  **Address   1475 Highland Ave Rd**
  **City ST Zip  Gettysburg, PA  17325**
  **Contact**  BILL YINGLING  **Phone** 7172536669
  **References**
    Item Explosives Qty 542.0 Wgt 30,000

## Agreed Rate

| Description | Charge |
|---|---|
| Linehaul | $6,786.58 |
| Fuel Surcharge | $500.22 |
| Detention at Origin | $450.00 |
| **Total Price** | **$7,736.80**  USD |

## Special Instructions



# ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3451671
INVOICE#: 7780724
BILL OF LADING: N/A
SHIPPING DATE: 06-10-24
INVOICE DATE: 06-12-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 699801  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 542 | EXPLOSIVES | 27000 | 1191 | 6786.58 | 6786.58 |
| 1 | FUEL SURCHARGE | | | 500.22 | 500.22 |
| 1 | DETENTION AT ORIGIN | | | 180.00 | 180.00 |
| 1 | EXCESS WEIGHT | | | 317.00 | 317.00 |
| | Trailer Number:699801 | | | | |

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 7,783.80 |
|---|---|

**SEE SUPPORTING DOCUMENTS ON REVERSE SIDE**

SHIPPER:
#2288665
CAMP MINDEN
9753 US-80
MINDEN, LA 71055

Customer:2532744

CONSIGNEE:
# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVE RD
GETTYSBURG, PA 17325

CUSTOMER:
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVE RD
GETTYSBURG, PA 17325



**LANDSTAR**
**RANGER**

*ORIGINAL*
*FREIGHT BILL*

***Remit to:***

LANDSTAR RANGER,INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3451671
INVOICE#: 7780724
BILL OF LADING: N/A
SHIPPING DATE: 06-10-24
INVOICE DATE: 06-12-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 699801  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 542 | EXPLOSIVES | 27000 | 1191 | 6786.58 | 6786.58 |
| 1 | FUEL SURCHARGE | | | 500.22 | 500.22 |
| 1 | DETENTION AT ORIGIN | | | 180.00 | 180.00 |
| 1 | EXCESS WEIGHT | | | 317.00 | 317.00 |
| | Trailer Number:699801 | | | | |

ORIGINAL: 7,783.80
APPLIED: 7,286.80

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ | 497.00 |
|--------------------------------------|---|--------|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

S H I P P E R
#2288665
CAMP MINDEN
9753 US-80
MINDEN, LA 71055

Customer:2532744

C O N S I G N E E
# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVE RD
GETTYSBURG, PA 17325

C U S T O M E R
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVE RD
GETTYSBURG, PA 17325

ATTENTION SHIPPERS!

FREIGHT CHARGES ARE PREPAID ON THIS BILL OF LADING UNLESS MARKED COLLECT.

# STRAIGHT BILL OF LADING
### ORIGINAL — NOT NEGOTIABLE

Shipper No. __EEG240025__

Carrier No. _____

Date __07/02/2024__

Page __1__ of __1__     LANDSTAR

(Name of carrier)     (SCAC)

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. I.

TO:
Consignee

TRIPWIRE SOUTH, LLC
ER CONTACT: WILLIAM YINGLING PH. 717-253-6669
BATFE: 5-LA-069-29-5B-00225

(SOLD THRU JACKS POWDER KEG)
Street
1475 HIGHLAND AVENUE ROAD
City, State, Zip Code
GETTYSBURG, PA 17325

FROM:
Shipper    GOEX INDUSTRIES LLC
BATFE: 5-LA-119-21-5D-00464
Street    9649 HWY. 80, GATE 4, AREA G
City, State, Zip Code    MINDEN, LA 71055

CONTRACT MIS8654600
CHEM-TELL 800-255-3924
24 hr. Emergency Contact Tel. No.

Vehicle Number    TRACTOR - 576417
TRAILER - 694656

| Route | | | | | | | |
|---|---|---|---|---|---|---|---|
| LANDSTAR | | | | | | | |

| No. of Units & Container Type | HM | BASIC DESCRIPTION UN or NA Number, Proper Shipping Name, Hazard Class, Packing Group | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARGES (For Carrier Use Only) |
|---|---|---|---|---|---|---|
| 375-50#DRUMS | XX | UN 0027, BLACK POWDER, 1.1D, SURPLUS MCI EX1987120212 | 18,750# | 24,375# | | |
| 21-43#DRUMS | XX | UN 0027, BLACK POWDER, 1.1D, SURPLUS MCI EX1987120212 | 903# | 1,197 # | | |
| 396 TOTALPCS | | TOTAL N.E.W. | 19,653 | LB | | |
| | | ON 24 PLTS TOTAL GW | 27,036 | LB | | |

(4) 1.1D PLACARDS APPLIED

TRANSPORTATION CHARGES COLLECT

CUSTOMER'S ORDER NO.: VERBAL

*Shipper Arrives/Arr 6:00am(CST) Depart 12:52(CST)*

SEALS APPLIED AT GOEX: F0954764, F0954765
F0954766 + WM
F0954767   07-02-24

PLACARDS TENDERED: YES __X__ NO ____

Note — (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property, as follows: "The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding _____ per _____.
(2) Where are applicable, tariff provisions specify a limitation of the carrier's liability absent a release or a value declaration by the shipper and the shipper does not release the carrier's liability or declare a value, the carrier's liability shall be limited to the extent provided by such provisions. See NMFC Item 172.
(3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation. See Section(s) of Item 360, Bills of Lading, Freight Bills and Statements of Charges and Section 1(b) of the Contract Terms and Conditions for a list of such articles.

I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name and are classified, packaged, marked and labelled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

*Wendy McCrary*    (Signature)

REMIT C.O.D. TO:
ADDRESS

COD    Amt: $

C.O.D. FEE:
PREPAID ☐
COLLECT ☐    $

Subject to Section 7 of the conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of consignor)

TOTAL CHARGES    $

FREIGHT CHARGES
FREIGHT PREPAID ☐    Check box if charges
except where box ☒    are to be
is right checked    collect

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of, said property over all or any portion of said route to destination, and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

SHIPPER    GOEX INDUSTRIES LLC.
PER    *Wendy McCrary*   WM 07-02-124
MINDEN, LA 71055

CARRIER    LANDSTAR
PER    *Clarence Wright  Shelia Wright*
DATE    JULY 02, 2024

STYLE F07SL  ©2012 LABELMASTER® (800) 621-5808  www.labelmaster.com

Permanent post-office address of shipper.

COPY

## MOTOR VEHICLE INSPECTION (TRANSPORTING HAZARDOUS MATERIALS)
(Read Instructions before completing this form.)

| This form applies to all vehicles which must be marked or placarded in accordance with Title 49 CFR. | 1. BILL OF LADING/TRANSPORTATION CONTROL NUMBER EEG240025 | |
|---|---|---|
| | ORIGIN a. | DESTINATION b. |
| SECTION 1 - DOCUMENTATION | | |
| 2. CARRIER/GOVERNMENT ORGANIZATION | SCAC: LANDSTAR | |
| 3. DATE/TIME OF INSPECTION | 07/02/2024    CDT | |
| 4. LOCATION OF INSPECTION | GOEX INDUSTRIES LLC | |
| 5. OPERATOR(S) NAME(S) | A.C. WRIGHT JR / S.A. WRIGHT | |
| 6. OPERATOR(S) LICENSE NUMBER(S) | W 623 119 067 082 / W 23 765 067 741 | |
| 7. MEDICAL EXAMINER'S CERTIFICATE* | EXP: 12/29/25 - EXP: 07/11/25 | |

| 8. (X if satisfactory at origin) | | | | | | 9. CVSA DECAL DISPLAYED ON COMMERCIAL EQUIPMENT* | YES | NO |
|---|---|---|---|---|---|---|---|---|
| a. HAZMAT ENDORSEMENT | X | d. ERG OR EQUIVALENT COMMERCIAL: | X | YES | NO | | | |
| b. VALID LEASE* | X | e. DRIVER'S VEHICLE INSPECTION REPORT* | | | X | g. TRUCK/TRACTOR | X | |
| c. ROUTE PLAN | X | f. COPY OF 49 CFR PART 397 | | | X | b. TRAILER | X | |

### SECTION II - MECHANICAL INSPECTION
All items shall be checked on empty equipment prior to loading. Items with an asterisk shall be checked on all incoming loaded equipment.

| 10. TYPE OF VEHICLE(S) TRACTOR-TRAILER-DROM | | | | | 11. VEHICLE NUMBER(S) TRACTOR - 576417    TRAILER - 694656 | | | | |
|---|---|---|---|---|---|---|---|---|---|

| 12. PART INSPECTED (X as applicable) | ORIGIN (1) SAT | UNSAT | DESTINATION (2) SAT | UNSAT | | ORIGIN (1) SAT | UNSAT | DESTINATION (2) SAT | UNSAT | COMMENTS (3) |
|---|---|---|---|---|---|---|---|---|---|---|
| a. SPARE ELECTRICAL FUSES | X | | | | k. EXHAUST SYSTEM | X | | | | |
| b. HORN OPERATIVE | X | | | | l. BRAKE SYSTEM* | X | | | | |
| c. STEERING SYSTEM | X | | | | m. SUSPENSION | X | | | | |
| d. WINDSHIELD/WIPERS | X | | | | n. COUPLING DEVICES | X | | | | |
| e. MIRRORS | X | | | | o. CARGO SPACE | X | | | | |
| f. WARNING EQUIPMENT | X | | | | p. LANDING GEAR | n/a | | | | |
| g. FIRE EXTINGUISHER* | X | | | | q. TIRES, WHEELS, RIMS | X | | | | |
| h. ELECTRICAL WIRING | X | | | | r. TAILGATE/DOORS* | X | | | | |
| l. LIGHTS AND REFLECTORS | X | | | | s. TARPAULIN* | none | | | | |
| j. FUEL SYSTEM* | X | | | | t. OTHER (Specify) | n/a | | | | |

| 13. INSPECTION RESULTS (X one) ACCEPTED | X | REJECTED | |
|---|---|---|---|
| (If rejected give reason under "Remarks". Equipment will be approved if deficiencies are corrected prior to loading.) | | | |

| 14. SATELLITE MOTOR SURVEILLANCE SYSTEM: (X one) ACCEPTED | X | REJECTED | |
|---|---|---|---|

### 15. REMARKS
NO MATCHES, NO LIGHTERS, NO ELECTRONIC CIGARETTES, NO FLAME PRODUCING DEVICES, CELL PHONE TURNED "OFF". 2-WAY RADIO TURNED "OFF" AT GOEX INDUSTRIES LLC AREAS G AND L-5 (CAMP MINDEN).

| 16. INSPECTOR SIGNATURE (Origin) Wendy McCrary | 17. INSPECTOR SIGNATURE (Destination) |
|---|---|

### SECTION III - POST LOADING INSPECTION
This section applies to Commercial and Government/Military vehicles. All items will be checked prior to release of loaded equipment and shall be checked on all incoming loaded equipment.

| | ORIGIN (1) SAT | UNSAT | DESTINATION (2) SAT | UNSAT | COMMENTS (3) |
|---|---|---|---|---|---|
| 18. LOADED IAW APPLICABLE SEGREGATION/COMPATIBILITY TABLE OF 49 CFR | X | | | | |
| 19. LOAD PROPERLY SECURED TO PREVENT MOVEMENT | X | | | | |
| 20. SEALS APPLIED TO CLOSED VEHICLE; TARPAULIN APPLIED ON OPEN EQUIPMENT | X | | | | |
| 21. PROPER PLACARDS APPLIED | X | | | | |
| 22. SHIPPING PAPERS/DD FORM 2890 FOR GOVERNMENT VEHICLE SHIPMENTS | n/a | | | | |
| 23. COPY OF DD FORM 626 FOR DRIVER | X | | | | |
| 24. SHIPPED UNDER DOT SPECIAL PERMIT 868 | none | | | | |

| 25. INSPECTOR SIGNATURE (Origin) Wendy McCrary | 26. DRIVER(S) SIGNATURE (Origin) Clarence Wright / Sholia Wright |
|---|---|
| 27. INSPECTOR SIGNATURE (Destination) | 28. DRIVER(S) SIGNATURE (Destination) Clarence Wright / Sholia Wright |



## LANDSTAR RANGER

### ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER, INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3603256
INVOICE#: 1007142
BILL OF LADING: N/A
SHIPPING DATE: 07-18-24
INVOICE DATE: 07-19-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 694656  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1 | EXPLOSIVES | 30000 | 340 | 5275.74 | 5275.74 |
| 1 | FUEL SURCHARGE | | | 153.00 | 153.00 |
| 50 | DETENTION AT ORIGIN | | | 2.75 | 137.50 |
| | Trailer Number:694656 | | | | |

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,566.24 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#2583172
J SQUAD INTERNATIONAL
906 FAIRGROUND RD
PT PLEASANT, WV 25550

Customer:2532744

**CONSIGNEE**
# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

**CUSTOMER**
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

UNIFORM STRAIGHT BILL OF LADING
ORIGINAL - NOT NEGOTIABLE

**LANDSTAR**

SEAL # - 5084315

24 HOUR EMERGENCY RESPONSE TELEPHONE: 800 262 8200 (For Hazardous Materials)

ER REGISTRANT CLIFF BROWN 706 202 0351

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. On any shipment not actually tendered on such vehicles under terms to a Landstar mobor carrier. Landstar shall be operating as a broker of a freight forwarder as applicable.

From J SQUAD INTL Mfc CLINIC STORAGE FACILITY    Date July 18 2024    State WV    Zip 25559
Street 906 FALK GWAN RD    City PT PLEASANT    County

Consigned to: TRIPWIRE SOUTH LLC 1475 HIGHLAND AVE

Designated Street 1475 HIGHLAND AVE ROAD    State PA    Zip 17325
City GETTYSBURG    County

Delivering Carrier LANDSTAR

Send freight bill to TRIPWIRE SOUTH LLC 1475 HIGHLAND AVE GETTYSBURG PA 17325
Trailer No.

Collect on Delivery $ N/A    and remit to:    C.O.D. charge Shipper ☐ Consignee ☐
Street    City    State    to be paid by

| No. and Type of Handling Units | No. and Type of Individual Packages | HM | Description of Articles, Packages, Special Marks and Exceptions (Subject to correction) (See NMFC Item 360) | Food Products or Other Materials or Freight requiring additional care or attention (Note 3) | Weight (Subject to Correction) (lbs.) | Class or Rate Nst. (For Int'l Use) |
|---|---|---|---|---|---|---|
| | | X | UN061, POWDER SMOKELESS | G: 124,700 | | |
| | | X | 1.30, 1G 11, | N: 18 720 | | |
| SEAL # | | | 5084315 | | | |
| | | | 1.3C PLACARDS PROVIDES | NET: 18720 | | |

Mark "X" to designate Hazardous Materials as defined in US DOT Regulations.

NOTE: (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding $17.75 per POUND/LBS

NOTE (2) Liability limitation for loss or damage on this shipment may be applicable.

See 49 U.S.C. § 14706(C)(1)(A) and (B) for shipments originating in the U.S. Refer to the Uniform Conditions of Carriage – General Freight, as set out in O. Reg. 643/05 to the Ontario Highway Traffic Act, as amended (the "Uniform Conditions") for shipments originating in Canada.

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See NMFC Item 360.

Freight Charges are PREPAID unless marked collect
CHECK BOX IF COLLECT ☐

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement:
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

Notify if problem enroute or at delivery JUSTIN FORGUS    Tel. No. 870-706-1982

Shipper J SQUAD INTL    Carrier LANDSTAR
Per    Per    Date 7-18-24

Shipper Certification
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.
Per    Date 7-15-24

Carrier Certification
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has DOT emergency response guidebook or equivalent documentation in the vehicle.
Per    Date 18 Jul 24

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
CONSIGNEE    DATE 7/19/24    TIME 1030
PLEASE PRINT:

Carrier Signature
TRAILER NO 694656    UNIT NO 576412

NOTICE: ALL SHORTAGES AND/OR DAMAGES MUST BE REPORTED TO JACKSONVILLE OFFICE, BEFORE CONSIGNEE SIGNS THESE BILLS. ALL CLAIMS
NMFTA 2017. Reproduced with permission. Only participants in the NMFC at the time the bill was issued may use the products herein.

ORIGINAL

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE**

Form Provided Courtesy
**LANDSTAR** ⭐

SEAL # - 5084315

Carrier's Pro No. _____
Shipper's Bill of Lading No. _____
Consignee's Reference/PO No. _____
Carrier's Code (SCAC) _____

24 HOUR EMERGENCY RESPONSE TELEPHONE 800 - 262 - 8200

ER REGISTRANT CLIFF BROWN 706 202 0391    (For Hazardous Materials)

Name of Hauling Carrier _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and the shipper, on request, to the rates, classifications and rules that have been established by the carrier and are available to the shipper, or Landstar shall be operating as a broker or a freight forwarder, as applicable. On any shipment not actually transported on motor vehicles under lease to a Landstar motor carrier, Landstar shall be operating as a broker or a freight forwarder, as applicable.

From: J SQUAD INTL Mc CLINTIC STORAGE FACILITY    Date: JULY 18, 2024
Street 906 FAIRGROUND RD City PT PLEASANT    County _____ State WV Zip 25550

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to: TRIPWIRE SOUTH, LLC 1475 HIGHLAND AVE

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name.

Design: Street 1475 HIGHLAND AVE ROAD
City GETTYSBURG    County _____ State PA Zip 17325

Consignee's Contact Information _____
Email address and phone number

Delivering Carrier LANDSTAR    Trailer No. _____

Additional Shipment Information
Send freight bill to TRIPWIRE SOUTH LLC 1475 HIGHLAND AVE    GETTYSBURG    PA-17325
Company Name    Street    City    State

Unless a greater value is specified below, for which an extra charge will apply, the liability of the carrier for damage or loss to the goods shall be released to the lesser of: (i) the actual value of the shipment, or (ii) $2.50 per pound or $100,000 (§U.S.) per truckload shipment or $1 per pound/$50,000 (§U.S.) per truckload shipment of used goods, not to exceed the actual loss for the shipment; and (iii) For shipments originating in Canada, $4.41 (§CAD) per kilogram computed on the total weight of the shipment, not to exceed the actual loss for the shipment.

Collect on Delivery $ N/A    and remit to: _____    C.O.D. charge    Shipper ☐
Street _____ City _____ State _____    to be paid by    Consignee ☐

| No. and Type of Handling Units | No. and Type of Individual Packages | HM | Description of Articles, Packages, Special Marks and Exceptions (Subject to correction) (See NMFC Item 360) | Food Products or Other Materials or Freight requiring additional care or attention (Note 3) | Weight (Subject to Correction) (lbs.) | Class or Rate Ref. (For Info. Only) |
|---|---|---|---|---|---|---|
| | | X | UN061, POWDER SMOKELESS | | G : 124,700 | |
| | | X | 1.30, 1911, | | N: 118,920 | |
| SEAL # | | | 5084315 | NET = 18920 | | |
| | | | 1.3C PLACARDS PROVIDES | | | |

Mark "X" to designate Hazardous Materials as defined in US DOT Regulations.

NOTE (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
$ 17.75 per POUND/LBS.

NOTE (2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. § 14706(C)(1)(A) and (B) for shipments originating in the U.S.
Refer to the Uniform Conditions of Carriage – General Freight, as set Out on O. Reg. 643/05 to the Ontario Highway Traffic Act, as amended (the "Uniform Conditions") for shipments originating in Canada.

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must to be marked and packaged as to ensure safe transportation with ordinary care. See NMFC Item 360.

Freight charges are PREPAID unless marked collect.
CHECK BOX IF COLLECT ☐

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement.
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

Notify if problem enroute or at delivery JUSTIN FORBUS    Fax No. 870-706-1782    Tel. No. _____    (for informational purposes only)

Shipper J SQUAD INTL _____    Carrier LANDSTAR
Per _____    Per _____    Date 7-18-24

Shipper Certification
This is to certify that the above named materials are properly classified, described, packaged, marked and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.
Per _____ Date 7-18-24

Carrier Certification
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.
Per Clarence Wright    Date 18 Jul 24

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
Receiver Certification
CONSIGNEE: _____
PLEASE PRINT: _____ DATE 7/18/2020 TIME 080

Carrier Certification
DRIVER Clarence Wright
TRAILER NO. 694656    UNIT NO. 5764D

NOTICE: ALL SHORTAGES AND/OR DAMAGES MUST BE REPORTED TO JACKSONVILLE OFFICE BEFORE CONSIGNEE SIGNS THESE BILLS. 800-872-9100
NMFTA 2017. Reproduced with permission. Only Panelboards in the NMFC at the time the transportation occurs may use the provisions herein.
LAV 5073 REV 2.2019

**ORIGINAL**



## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3602526
INVOICE#: 6515115
BILL OF LADING: N/A
SHIPPING DATE: 07-17-24
INVOICE DATE: 07-18-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 694656  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1 | EXPLOSIVES | 30000 | 340 | 5275.74 | 5275.74 |
| 1 | FUEL SURCHARGE | | | 153.00 | 153.00 |
| 50 | DETENTION AT ORIGIN | | | 2.00 | 100.00 |
|  | Trailer Number:694656 | | | | |

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,528.74 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER

#2583172
J SQUAD INTERNATIONAL
906 FAIRGROUND RD
PT PLEASANT, WV 25550

Customer:2532744

CONSIGNEE

# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

CUSTOMER

TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

Form Provided Courtesy

**LANDSTAR** ★

## UNIFORM STRAIGHT BILL OF LADING
### ORIGINAL - NOT NEGOTIABLE

SEH # 508 4316

24 HOUR EMERGENCY RESPONSE TELEPHONE ( 800 ) 262 - 8200

Carrier's Pro No. _____

Shipper's Bill of Lading No. _____

ER REGISTRANT _____ (For Hazardous Materials) Consignee's Reference/PO No. _____

Carrier's Code (SCAC) _____

Name of Hauling Carrier _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. On any shipment not actually transported on motor vehicles under lease to a Landstar motor carrier, Landstar shall be operating as a broker or a freight forwarder, as applicable.

From: SQUAD114L McClINTL STORAGE FACILITY Date: JUL 17, 2024

Street 914 FAIRGROUND RD PT PLEASANT County _____ State WV Zip 25550

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to: TRIPWIRE SOUTH LLC

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name.

Designate Street 1475 HIGHLAND AVE RD State PA Zip 17325

City GETTYSBURG County _____ State PA Zip 17325

Consignee's Contact Information _____ Email address and/or phone number

Delivering Carrier LANDSTAR Trailer No. 694656

Additional Shipment Information
Send freight bill to TRIP WIRE SOUTH, LLC 1475 HIGHLAND AVE GETTYSBURG PA
Company Name Street City State

Unless a greater value is specified below, for which an extra charge will apply, the liability of the carrier for damage or loss to the goods shall be released to the lesser of: (i) For shipments originating in the U.S. $2.50 per pound or $100,000 (S.U.S.) per truckload shipment or $1 per pound/$50,000 (S.U.S.) per truckload shipment of said goods, not to exceed the actual loss for the shipment; and (ii) For shipments originating in Canada, $4.41 (SCAD) per kilogram computed on the total weight of the shipment, not to exceed the actual loss for the shipment.

| Collect on Delivery $ N/A | | and remit to: _____ | | C.O.D. charge | Shipper ☐ |
| Street _____ | | City _____ State _____ | | to be paid by | Consignee ☐ |

| No. and Type of Handling Units | No. and Type of Individual Packages | HM | Description of Articles, Packages, Special Marks and Exceptions (Subject to correction) (See NMFC Item 360) | Food Products or Other Materials or Freight requiring additional care or attention (Note 3) | Weight (Subject to Correction) (lbs.) | Class or Rate Ref. (For info. Only) |
|---|---|---|---|---|---|---|
| 25 | 143 | X | II NOILI, PAUDER, CHOKELESS | G: | 22,658 | |
| | | X | 1.3C, PG II, | x): | 19,835 | |
| SEH | | | 143 DRUMS ON 25 SKIDS | NET: 19835 | | shipper |
| #508 4316 | | | 1.3C PLACARDS PROVIDED | | | PU 9,000 |

Mark "X" to designate Hazardous Materials as defined in US DOT Regulations.

Freight charges are PREPAID unless marked collect

CHECK BOX IF COLLECT ☐

EST. 1302 DRAFT. 1302

1,302

NOTE: (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding $17.75 per lbs

NOTE (2) Liability Limitation for loss or damage on this shipment may be applicable.

See 49 U.S.C. § 14706(C)(1)(A) and (B) for shipments originating in the U.S. Refer to the Uniform Conditions of Carriage – General Freight, as set Out on O. Reg. 643/05 to the Ontario Highway Traffic Act, as amended (the "Uniform Conditions") for shipments originating in Canada.

**FOR FREIGHT COLLECT SHIPMENTS:** If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement.

The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

_____ (Signature of Consignor)

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See NMFC Item 360.

Notify if problem enroute or at delivery JUSTIN FORBUS Name 870 706 1782

Fax No. _____ Tel. No. _____ (for informational purposes only)

Shipper SQUAD ANTL Per _____ Carrier LANDSTAR Per _____ Date 7-17-24

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. Per _____ Date 7-17-24 No. & Type of Packages | Carrier acknowledges receipt of packages and required placards. Carrier carries emergency response information and has made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent documentation in the vehicle. Per Clarence Wray Date 7 Jul 24 |

| Receiver Certification | Carrier Certification |
|---|---|
| RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED CONSIGNEE _____ DATE: 7-17-24 TIME: 2119 PLEASE PRINT Joshua Mills | DRIVER: CLARENCE WRIGHT TRAILER NO 694656 UNIT NO. 576417 |

NOTICE: ALL SHORTAGES AND/OR DAMAGES MUST BE REPORTED TO JACKSONVILLE OFFICE...BEFORE CONSIGNEE SIGNS THESE BILLS...800-872-0103

NMFTA 2017, Reproduced with permission. Only Participants in the NMFC at the time of the transportation occurs may use the provisions herein.

LAN 1070 REV 2.2018

**ORIGINAL**



## LANDSTAR RANGER

# ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3761915
INVOICE#: 8793550
BILL OF LADING: N/A
SHIPPING DATE: 08-14-24
INVOICE DATE: 08-16-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 771738  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|------------------------|-----|----------|------|---------|
| 12 | EXPLOSIVES 1.1-1.3 NON US | 9000 | 1933 | 10875.14 | 10875.14 |
| 1 | FUEL SURCHARGE | | | 869.85 | 869.85 |
| 1 | LOADING | | | 500.00 | 500.00 |
| | Trailer Number:771738 | | | | |

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 12,244.99 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER
#2584784
BEAR RIVER POWDER
125 BERNARD ST
EVANSTON, WY 82931

Customer:2532744

CONSIGNEE
# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

CUSTOMER
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

STRAIGHT BILL OF LADING – ORIGINAL – NOT NEGOTIABLE

Shipper's No. _445_ 584257958

Carrier _Lonestar Ranger_    SCAC _____

Carrier's No. _IVN 8793550_

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Original Bill of Lading...

at _____    date _____    from _____

TO:
Consignee _Sporine LLC_
Street _1435 Hughland Ave Road_
Destination _Gettisburg_    Zip _17325_

FROM:
Shipper _Bear River Powder_
Street _125 Bynard Street_
Origin _Evanston, WY_    Zip _82930_

Delivering Carrier _____    Vehicle Number _____

| Number and Type of Packages | (Sub) | I.D. Number | Description of Articles | Hazard Class | Pkg. Grp. | Total Quantity | Weight (subject to correction) | Class or Rate |
|---|---|---|---|---|---|---|---|---|
| 145 | ✓ | WM77 | Black Powder | 4.10 | II | 7250 | 9715 | |
| | | | Seal # 004403 | | | | | |
| | | | Brenda H Klam | | | | | |
| | | | Brenda Klan | | | | | |

Remit COD to:
Address:
City:    State:    Zip:

COD AMT: $ _____
COD FEE: Prepaid ☐  Collect ☐ $
TOTAL CHARGES: $ _____
FREIGHT CHARGES: Prepaid ☐  Collect ☐

NOTE: Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ Per _____

NOTE: Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. 14706(c)(1)(A) and (B).

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

PLACARDS REQUIRED
PLACARDS SUPPLIED

SHIPPER _Bear River Powder_
PER _____    DATE _8-14-24_

CARRIER _Lonestar Ranger_
PER _____    DATE _08-14-24_

NAME OR CONTRACT NUMBER OR OTHER UNIQUE IDENTIFIER

EMERGENCY RESPONSE TELEPHONE NUMBER: _1-800-535-5053_



# *LANDSTAR* ⭐
# *RANGER*

# *ORIGINAL*
# *FREIGHT BILL*

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3602582
INVOICE#: 6639456
BILL OF LADING: N/A
SHIPPING DATE: 07-17-24
INVOICE DATE: 07-18-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 771738  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1 | EXPLOSIVES | 30000 | 340 | 5275.74 | 5275.74 |
| 1 | FUEL SURCHARGE | | | 153.00 | 153.00 |
| 50 | DETENTION AT ORIGIN | | | 2.00 | 100.00 |
| | Trailer Number:771738 | | | | |

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,528.74 |
|--------------------------------------|-----------|

## SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER
#2583172
J SQUAD INTERNATIONAL
906 FAIRGROUND RD
PT PLEASANT, WV 25550

Customer:2532744

CONSIGNEE
# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

CUSTOMER
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

Form Provided Courtesy
**LANDSTAR**

# UNIFORM STRAIGHT BILL OF LADING
## ORIGINAL - NOT NEGOTIABLE

'24 HOUR EMERGENCY RESPONSE TELEPHONE ( _800_ , _262_ , _8200_     Carrier's Pro No. _CPNLLL3945L_

ER REGISTRANT _____     (For Hazardous Materials)     Shipper's Bill of Lading No. _____

Name of Hazring Carrier _____     Consignee's Reference/PO No. _____

Carrier's Code (SCAC) _____

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by this carrier and are available to the shipper, on request.
On any shipment not actually transported on motor vehicles under lease to a Landstar motor carrier, Landstar shall be operating as a broker or a freight forwarder, as applicable.

To: WARD INTERNATIONAL

From: _SDD INT'L_     _McCLINTIC STORAGE FACILITY_     Date: _7-17-24_

Street _706 FAIRGRAND RD_     City _PT PLEASANT_     County _____     State _WV_     Zip _24550_

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or otherwise to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to: _TRIP WIRE SOUTH LLC_     On Collect on Delivery shipments, the letters "COD" must appear before consignee's name.

Destination Street _1475 HIGHLAND AVE RD_

City _GETTYSBURG_     County _____     State _PA_     Zip _17325_

Consignee's Contact Information _____

Delivering Carrier _LANDSTAR_     Trailer No. _____
                                                    email address and/or phone number

Additional Shipment Information _____
Send freight bill to _TRIP WIRE SOUTH LLC_     _1475 HIGHLAND AVE RD GETTYSBURG PA_
                        Company Name              Street                                    City                State

Unless a greater value is specified below, for which an extra charge will apply, the liability of the carrier for damage or loss to the goods shall be released to the lesser of: (i) For shipments originating in the U.S., $2.50 per pound or $100,000 (U.S.) per truckload shipment or $1 per pound/$50,000 (U.S.) per truckload shipment of used goods, not to exceed the actual loss for the shipment; and (ii) For shipments originating in Canada, $4.41 (CAD) per kilogram computed on the total weight of the shipment, not to exceed the actual loss for the shipment.

| | | | | | | |
|---|---|---|---|---|---|---|
| Collect on Delivery $ | | | and remit to: | | C.O.D. charge | Shipper ☐ |
| Street | | | City | | to be paid by | Consignee ☐ |

| No. and Type of Handling Units | No. and Type of Individual Packages | HM | Description of Articles, Packages, Special Marks and Exceptions (Subject to correction) (See NMFC item 360) | Food Products or Other Materials or Freight requiring additional care or attention (Note 3) | Weight (Subject to Correction) (lbs.) | Class or Rate Ref. (For Info. Only) |
|---|---|---|---|---|---|---|
| 22 | 94 | X | HN DIGI, PALLETS SLINGLESS | | C: 23972 | |
| | | | 13C 96-14 | | | |
| 3882 | | | | | N: 24160 | |
| 1 | 9990762 | 94 DRUMS ON 72 SKIDS | | | | |
| | | | 13C PLACARDS PROVIDED | | | |

Mark "X" to designate Hazardous Materials as defined in US DOT Regulations.

NOTE: (1) Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows: _$17.15_ per _lb_ _____
The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _lb_ _____

NOTE (2) Liability Limitation for loss or damage on this shipment may be applicable.
See 49 U.S.C. § 14706(C)(1)(A) and (B) for shipments originating in the U.S.
Refer to the Uniform Conditions of Carriage - General Freight, as set out on O. Reg. 643/05 to the Ontario Highway Traffic Act, as amended (the "Uniform Conditions") for shipments originating in Canada.

NOTE (3) Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See NMFC Item 360.

Freight charges are PREPAID unless marked collect
CHECK BOX IF COLLECT ☐

FOR FREIGHT COLLECT SHIPMENTS:
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement.
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges. _____ (signature of consignor)

Notify if problem en route or at delivery _JUSTIN FORBUS_     Fax No. _____     _870 706 1782_     Tel. No. _____ (for informational purposes only)
                                                    Name

Shipper _J. SDD INT'L_     Per _____     Carrier _LANDSTAR_     Per _____     Date _7-17-24_

Shipper Certification
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.     Date _07-17-24_

Carrier Certification
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.     Date _07-17-24_

Receiver Certification
RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED.     DATE _7-17-24_     TIME _2300_

CONSIGNEE: _Joshua Mills_     signature     PLEASE PRINT _Joshua Mills_

DRIVER _PHILIP WRIGHT_     signature
TRAILER NO. _771738_     USDTNO _571738_

NOTICE: ALL SHORTAGES AND/OR DAMAGES MUST BE REPORTED TO JACKSONVILLE OFFICE BEFORE CONSIGNEE SIGNS THESE BILLS. 1-800-872-9400

**ORIGINAL**


**LANDSTAR RANGER**

## ORIGINAL FREIGHT BILL

**Remit To:**

LANDSTAR RANGER, INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3564625
INVOICE#: 4034448
BILL OF LADING: N/A
SHIPPING DATE: 07-11-24
INVOICE DATE: 07-12-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 824846  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 542 | EXPLOSIVES | 30000 | 1191 | 6786.58 | 6786.58 |
| 1 | FUEL SURCHARGE |  |  | 500.22 | 500.22 |
|  | Trailer Number:824846 |  |  |  |  |

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 7,286.80 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

SHIPPER

#2288665
CAMP MINDEN
9753 US-80
MINDEN, LA 71055

Customer:2532744

CONSIGNEE

# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVE RD
GETTYSBURG, PA 17325

CUSTOMER

TRIPWIRE SOUTH LLC
1475 HIGHLAND AVE RD
GETTYSBURG, PA 17325

**Graceful Connections LLC - CPN**
Agency Code  CPN
Phone  (973) 583-5027
Fax
Carl Pitt Jr
carl.pitt@landstarmail.com



**Operating Entity:  Landstar Ranger Inc**

# Customer Rate Confirmation

Please read the following carefully and verify the information is correct.  If you have questions or concerns, please contact any member of the Landstar Agency.  We thank you for the opportunity and look forward to serving you in the future.

| | | | |
|---|---|---|---|
| Customer | Tripwire South LLC | Quote Number | CL3623757 |
| Contact | | Quote Date | 07/24/2024 14:56 |
| Address | 1475 Highland Ave Rd | Freight Bill Number | 3953559 |
| City, State, Zip | Gettysburg, PA. 17325 | Cust Ref Number | |
| | | BOL | |
| | | Preloaded Trailer Number | |
| Phone | 7172536669 | Services | |
| Fax | | Equipment | 53VN |

## Load Routing

**Total Distance:**       **1,933 Miles**

**Stop #1 Pickup - Date** 07/22/2024 07:00 - 07/22/2024 07:00
  **Company  Bear River Powder**
  **Address    125 Bernard St**
  **City ST Zip  Evanston, WY  82931**
  **Contact       Phone**
  **References**
    Item EXPLOSIVES 1.1-1.3 NON US GOVT Qty 24.0 Wgt 30,000

**Stop #2 Drop - Date** 07/24/2024 07:00 - 07/24/2024 07:00
  **Company  Tripwire South LLC**
  **Address    1475 Highland Ave Rd**
  **City ST Zip  Gettysburg, PA  17325**
  **Contact    BILL YINGLING   Phone** 7172536669
  **References**
    Item EXPLOSIVES 1.1-1.3 NON US GOVT Qty 24.0 Wgt 30,000

## Agreed Rate

| Description | Charge |
|---|---|
| Linehaul | $10,875.14 |
| Fuel Surcharge | $869.85 |
| Detention at Origin | $300.00 |
| **Total Price** | **$12,044.99**  USD |

## Special Instructions

### Shipment Details

| Pcs | Type | Weight | Haz Mat | Value | NMFC | Item Description | Frt Class | Temp | Dimensions (LxWxH) |
|-----|------|--------|---------|-------|------|-----------------|-----------|------|--------------------|
| 24 | PCS | 30,000 | X | 0 | | EXPLOSIVES 1.1-1.3 NON US GOVT | 0.0 | | |
| 24 | | 30,000 | | | | **Grand Totals** | | | |

This shipment rate confirmation constitutes the entire agreement between the parties and shall not be modified, altered or amended in any respect. The rate and charges applicable to this shipment are contained herein and shall be effective for the shipment listed below.  Unless otherwise stated, all miles will be according to the most current version of Rand McNally Mile maker.

Disclaimer: this quote is conditioned upon and subject to the availability of equipment. Rates will be honored once acceptance is returned to Landstar. Unless otherwise noted this rate is effective for thirty calendar days from the quote date. Otherwise, it is revocable in all respects at the Company's sole discretion.

**Please sign and return to the Landstar Agent at  to confirm or accept using the link in the email.**


**Confirmed By**_____**Date**_____



**LANDSTAR RANGER**

# ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3623895
INVOICE#: 3948800
BILL OF LADING: N/A
SHIPPING DATE: 07-25-24
INVOICE DATE: 07-29-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 768136  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 24  | EXPLOSIVES 1.1-1.3 NON US | 30000 | 1234 | 7165.83 | 7165.83 |
| 1   | FUEL SURCHARGE |  |  | 555.30 | 555.30 |
|     | Trailer Number:768136 |  |  |  |  |

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 7,721.13 |
|---|---|

**SEE SUPPORTING DOCUMENTS ON REVERSE SIDE**

SHIPPER
#2584786
JACKS POWDER
282 H BOOTY LANE
KISATCHIE, LA 71468

Customer:2532744

CONSIGNEE
# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

CUSTOMER
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

Trip# 3948800          TRL# 768136          TRK# 568136

## EXPLOSIVES IDENTIFICATION REPORT

CUSTOMER: TRIPWIRE SOUTH, LLC, BATFE: 5-LA-069-29-5B-00225     DATE: 7-25-24
ER CONTACT: WILLIAM YINGLING,          SOLD THROUGH: JACKS POWDER KEG
DESTINATION: 1475 HIGHLAND AVE. RD. GETTYSBURG, PA 17325

ORDER NO: R. J. MORRIS
CARRIER: SCAC: LANDSTAR VEHICLE #          BOL NO: J.P.K

| GRADE/TYPE | LOT NO. | IDENT. MARK | NO OF PKGS. | UNITS or WEIGHT |
|---|---|---|---|---|
| | | Tractor | Trailer | |
| EXPLO SURPLUS | EXBP-001 | 24AG12E1 | 82 | 35 lb.-FBs |
| CLASS 1 | | | | BOXES |
| 35 lb. F.B.s | | | | |
| 2,870 lbs.-NET | | | | |
| 3,280 lbs. GROSS | | | | |
| | | | | |
| EXPLO SURPLUS | EXBP-001 | 29FB12E | 237 | 50 lb.-FBs |
| CLASS 1 | | | | BOXES |
| 50 lb. F.B.s | | | | |
| 11,850 -NET | | | | |
| 13,035-GROSS | | | | |
| | | | | |
| IOW SURPLUS | IOW | 007H-BLK-PWD | 53 | 150 lb.-RFD |
| CLASS 1 | | 5Y-001 | | DRUMS |
| 150 RFDs | | | | |
| 7,950 -NET | | | | |
| 8,587-GROSS | | | | |

TOTAL NUMBER OF BOXES /DRUMS          372

TOTAL NET WEIGHT- 22,670 pounds
TOTAL GROSS WEIGHT – 24,901 pounds

(NO pallets)          CUSTOMER'S LOCKS
                      CARRIER'S LOCKS                    _Jefferson_
                                                        Driver's Signature

INSTRUCTIONS:                                  124 S. 2nd, me Connsburg, PA
PREPARE DUPLICATE FORMS                                Driver's Address
ORIGINAL TO ACCOMPANY BOL                       25-370-622 PA.          17233
DUPLICATE FOR OFFICE FILE

DRIVERS:                                        2874370.# / 579·0570-TR.
PROVIDE COMPLETE INFORMATION                              Vehicle License No.

                                                01-19-1930
PAGE 1 OF 1                                     Voluntary   Driver's Social Security No.
                                                             B/9/B

→ See Signature on          with ✱ beside it.
Straight Bill of Lading Pg.    DRiver #1

## EXPLOSIVES IDENTIFICATION REPORT

CUSTOMER: TRIPWIRE SOUTH, LLC. BATFE: 5-LA-069-29-5U-00225    DATE: 7-25-24
ER CONTACT: WILLIAM YINGLING,    SOLD THROUGH: JACKS POWDER KEG
DESTINATION: 1475 HIGHLAND AVE. RD.  GETTYSBURG, PA 17325

OIDER NO: R. J. MORRIS
BOL NO: _J.P.K_

CARRIER: SCAC: LANDSTAR VEHICLE #_____

| GRADE/TYPE | LOT NO. | IDENT. MARK | NO OF PKGS. | UNITS or WEIGHT |
|---|---|---|---|---|
| | | Tractor | Trailer | |
| EXPLO SURPLUS | EXBP-001 | 24AG12E1 | 82 | 35 lb.-FBs |
| CLASS 1 | | | | BOXES |
| 35 lb. F.B.s | | | | |
| 2,870 lbs.-NET | | | | |
| 3,280 lbs. GROSS | | | | |
| | | | | |
| EXPLO SURPLUS | EXBP-001 | 29FB12E | 237 | 50 lb.-FBs |
| CLASS 1 | | | | BOXES |
| 50 lb. F.B.s | | | | |
| 11,850 -NET | | | | |
| 13,035-GROSS | | | | |
| | | | | |
| IOW SURPLUS | IOW | 007H-BLK-PWD | 53 | 150 lb.-RFD |
| CLASS 1 | | 5Y-001 | | DRUMS |
| 150 RFDs | | | | |
| 7,950 -NET | | | | |
| 8,587-GROSS | | | | |
| | | TOTAL NUMBER OF BOXES /DRUMS | 372 | |

TOTAL NET WEIGHT- 22,670 pounds
TOTAL GROSS WEIGHT – 24,901 pounds

(NO pallets)    CUSTOMER'S LOCKS
                CARRIER'S LOCKS

ORIGINAL

INSTRUCTIONS:
PREPARE DUPLICATE FORMS
ORIGINAL TO ACCOMPANY BOL
DUPLICATE FOR OFFICE FILE

DRIVERS:
PROVIDE COMPLETE INFORMATION

PAGE _1_ OF _1_

_____ 72 Gen san
Driver's Signature

McConnelsburg, PA 17233
Driver's Address

27-276-371  P.A.
Driver's License No.

28743 70 EN  1519.0510-TR.
Vehicle License No.

10-25 — 1984
Voluntary    Driver's Socht Security No.
D/0/15

DRiver #2

**STRAIGHT BILL OF LADING**
ORIGINAL — NOT NEGOTIABLE

Shipper No. _J.P.K._

Carrier No. _LANDSTAR_

Page _1_ of _1_    TRipwire South, LLC / William Yingling    Date _7-25-24_
717-253-6669    (Name of Carrier)    717-253-6869

TO:
Consignee _TRipwire South, LLC_    Thru/Shipper _JACKS POWDER KEG, LLC_
Street _1425 HIGHLAND AVENUE ROAD_    Street _282 H. BOOTY ROAD_
_Gettysburg_ State _PA_  Zip Code _17325_    City _PROVENCAL_ State _LA_ Zip Code _71468_

Route _LANDSTAR TRUCK_    24 hr. Emergency Contact Tel. No. _Chem-Tel/800-255-3924_
Trailer-#_519.0570_  Vehicle Number _2874320_

| No. of Units & Container Type | HM | BASIC DESCRIPTION — Proper Shipping Name, Hazard Class, UN or NA Number, Packing Group / UN or NA Number, Proper Shipping Name, Hazard Class, Packing Group | TOTAL QUANTITY (Weight, Volume, Gallons, etc.) | WEIGHT (Subject to Correction) | RATE | CHARGES (For Carrier Use Only) |
|---|---|---|---|---|---|---|
| 82 F.B.'s (35 lbs) | X | UN0027, BLACK POWDER, 1.1D PG II EXPIO 35 lb Boxes, EX: 1993010106 | 2,870 lbs | 3,280 | 2 | — |
| 237 F.B.'s (50 Ls) | X | UN0027, BLACK POWDER, 1.1D, PG II EXPIO 50 lb Boxes EX: 1993010106 | 11,850 | 13,035 | | |
| 53 (150 Ls) | X | UN0027, GUN POWDER, 1.1D PG II IO W 150 lb RFD → 162 Gross wT EX: 1993010106 | 7,950 | 8,587 | 2 | — |
| SEALS → 1925035? And 192503.58 | | | NET 22,670 | GROSS 24,901 | | |
| | | TOTALS ON WEIGHT → | | | | |

PLACARDS/TENDERED: YES ☒  NO ☐

COD ☐    Amt. $

SHIPPER _JACKS POWDER Keg, LLC_
PER _[signature]_
_PROVEN CAL, LA  71468._

CARRIER _LANDSTAR - LATOYA Jefferson_
PER _[signature]_
DATE _July 25, 2024_

STYLE #365-4 ©2003 LABELMASTER® (800) 621-5808 www.labelmaster.com



## ORIGINAL FREIGHT BILL

**Remit to:**

LANDSTAR RANGER,INC.
P.O. BOX 784293
PHILADELPHIA PA 19178-4293

(904) 398-9400

LOAD: CL3603276
INVOICE#: 1007967
BILL OF LADING: N/A
SHIPPING DATE: 07-18-24
INVOICE DATE: 07-19-24
FEDERAL TAX ID: 52-1308199

| DOC | CONTAINER | CHASSIS | TRAILER | TRM | BILLER |
|-----|-----------|---------|---------|-----|--------|
|     |           |         | 771738  | CPN | G_GEN -R |

| QTY | DESCRIPTION/COMMODITY | WGT | AS WT/MI | RATE | CHARGES |
|-----|----------------------|-----|----------|------|---------|
| 1 | EXPLOSIVES | 30000 | 340 | 5275.74 | 5275.74 |
| 1 | FUEL SURCHARGE | | | 153.00 | 153.00 |
| 50 | DETENTION AT ORIGIN | | | 1.50 | 75.00 |
| | Trailer Number:771738 | | | | |

PAYOR:3RD PARTY

| TOTAL FREIGHT CHARGES DUE IN 15 DAYS | $ 5,503.74 |
|---|---|

### SEE SUPPORTING DOCUMENTS ON REVERSE SIDE

**SHIPPER**
#2583172
J SQUAD INTERNATIONAL
906 FAIRGROUND RD
PT PLEASANT, WV 25550

Customer:2532744

**CONSIGNEE**
# 2532744
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

**CUSTOMER**
TRIPWIRE SOUTH LLC
1475 HIGHLAND AVENUE RD
GETTYSBURG, PA 17325-7038

**LANDSTAR**

Form Provided Courtesy

**UNIFORM STRAIGHT BILL OF LADING**
**ORIGINAL - NOT NEGOTIABLE** SEAL#

Carrier's Pro No. 18990498
Shipper's Bill of Lading No.
Consignee's Reference/PO No.
Carrier's Code (SCAC)

24 HOUR EMERGENCY RESPONSE TELEPHONE ( 800 , 262 - 8200

ER REGISTRANT _____ (For Hazardous Materials)

Name of Hauling Carrier

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request. On any shipment not actually transported on motor vehicles under lease to a Landstar motor carrier, Landstar shall be operating as a broker or a freight forwarder, as applicable.

From: **JSQUAD INTERNATIONAL, LLC**    Date: **July 18 2024**

Street **906 FAIRGROUND RD** City **Point Pleasant**    County    State **WV** Zip **25550**

the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as shown below, which said carrier agrees to carry to destination, if on its route, or to deliver to another carrier on the route to destination. Every service to be performed hereunder shall be subject to all the conditions not prohibited by law, whether printed or written, herein contained, including the conditions on the back hereof, which are hereby agreed to by the shipper and accepted for himself and his assigns.

Consigned to: **TRIPWIRE SOUTH LLC 1475 HIGHLAND AVE**

On Collect on Delivery Shipments, the letters "COD" must appear before consignee's name.

Designate Street **1475 HIGHLAND AVE ROAD**

City **Gettysburg**    County    State **PA** Zip **17325**

Consignee's Contact Information

Email address and/or phone number

Delivering Carrier **LANDSTAR**    Trailer No.

Additional Shipment Information

Send freight bill to **TRIPWIRE SOUTH LLC 1475 HIGHLAND AVE    Gettysburg    PA 17325**
Company Name    Street    City    State

Unless a greater value is specified below, for which an extra charge will apply, the liability of the carrier for damage or loss to the goods shall be released to the lesser of: (i) For shipments originating in the U.S., $7.50 per pound or $100,000 (SU.S.) per truckload shipment or $1 per pound/$50,000 (SU.S.) per truckload shipment of used goods, not to exceed the actual loss for the shipment; and (ii) For shipments originating in Canada, $4.41 (SCAD) per kilogram computed on the total weight of the shipment, not to exceed the actual loss for the shipment.

Collect on Delivery $ **N/A**    and remit to:    C.O.D. charge    Shipper ☐

Street    City    State    to be paid by    Consignee ☐

| No. and Type of Handling Units | No. and Type of Individual Packages | HM | Description of Articles, Packages, Special Marks and Exceptions (Subject to correction) (See NMFC Item 360) | Food Products or Other Materials or Freight requiring additional care or attention (Note 3) | Weight (Subject to Correction) (lbs.) | Class or Rate Ref. (For info. Only) |
|---|---|---|---|---|---|---|
| 24 | 191 | X | UN 0161 POWDER SMOKELESS | G: | 29470 | |
| | | X | 1.3 C PG11 | N: | 26532 | |
| SEAL # | | | 18990498 | NET: 26532 | | |

Mark "X" to designate Hazardous Materials as defined in US DOT Regulations.

**NOTE: (1)** Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding **17.75** per **POUNDS/LBS**

**NOTE (2)** Liability Limitation for loss or damage on this shipment may be applicable.

See 49 U.S.C. § 14706(C)(1)(A) and (B) for shipments originating in the U.S. Refer to the Uniform Conditions of Carriage—General Freight, as set Out on O. Reg. 643/05 to the "Ontario Highway Traffic Act, as amended (the "Uniform Conditions") for shipments originating in Canada.

**NOTE (3)** Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See NMFC Item 360.

Freight charges are PREPAID unless marked collect

CHECK BOX IF COLLECT ☐

**FOR FREIGHT COLLECT SHIPMENTS.**
If this shipment is to be delivered to the consignee, without recourse on the consignor, the consignor shall sign the following statement.
The carrier may decline to make delivery of this shipment without payment of freight and all other lawful charges.

(Signature of Consignor)

Notify if problem enroute or at delivery **Justin Forbus**    **870 706 1782**    (for informational purposes only)
Name    Fax No.    Tel. No.

Shipper **JSQUAD INTERNATIONAL, LLC** Carrier **LANDSTAR**

Per    Date **7-18-24**

Shipper Certification    Carrier Certification

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.    Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

Per    Date **2-18-24**    Per    Date **7/18/24**
    No. & Type of Packages

Receiver Certification    Carrier Certification

RECEIVED THE ABOVE DESCRIBED PROPERTY IN GOOD CONDITION EXCEPT AS NOTED
CONSIGNEE    DATE **7/18/24** TIME: **2030**    DRIVER    **7/18/24**
    TRAILER NO. **771238**    UNIT NO. **571238**
PLEASE PRINT:

**NOTICE:** ALL SHORTAGES AND/OR DAMAGES MUST BE REPORTED TO JACKSONVILLE OFFICE, BEFORE CONSIGNEE SIGNS THESE BILLS. 800-872-9103
NMFTA 2017, Reproduced with permission. Only Participants in the NMFC at the time the transportation occurs may use the provisions herein.

LAN 1070 REV 2.2018

ORIGINAL



TW Construction Inc dba TW Outdoor Services and East
Coast Containers
215-407-8529
325 Harrison Avenue
Morrisville, PA  19067

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Morris | 07/26/2024 | 00011102 | **$0.00** |
| Trip Wire South | | | |
| 1475 Highland Avenue Road | Due Date | | |
| Gettysburg, PA  17325 | 07/26/2024 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Container Sale<br>40' Cargo Worthy Container<br>(Certs will be emailed after delivery)<br>Delivered To: 1475 Highland Avenue Rd, Gettysburg, PA 17325 | $3,050.00 | 1 | $3,050.00 |
| Container Sale<br>40' Used Standard<br>Delivered To: 1475 Highland Avenue Rd, Gettysburg, PA 17325 | $2,950.00 | 1 | $2,950.00 |
| Credit Card Fee<br>3.5% | $210.00 | 1 | $210.00 |

|  | |
|---|---|
| Subtotal | 6,210.00 |
| Tax | 0.00 |
| Total | 6,210.00 |
| Amount Paid | 6,210.00 |
| Amount Due (USD) | $0.00 |

Notes
Tax exempt: see certificate

**Attachment Preview - Download**



## PENNSYLVANIA EXEMPTION CERTIFICATE

- STATE AND LOCAL SALES AND USE TAX
- STATE 6% AND LOCAL 1% HOTEL OCCUPANCY TAX
- PUBLIC TRANSPORTATION ASSISTANCE TAX AND FEE (PTA)
- VEHICLE RENTAL TAX (VRT)
- ADDITIONAL LOCAL CITY, COUNTY HOTEL TAX*

This form cannot be used to obtain a Sales Tax License ID, PTA License ID or Exempt Status.

(Please Print or Type)
**Read Instructions On Reverse Carefully**

**THIS FORM MAY BE PHOTOCOPIED – VOID UNLESS COMPLETE INFORMATION IS SUPPLIED**

CHECK ONE:
- PENNSYLVANIA TAX UNIT EXEMPTION CERTIFICATE (USE FOR ONE TRANSACTION)
- ● PENNSYLVANIA TAX BLANKET EXEMPTION CERTIFICATE (USE FOR MULTIPLE TRANSACTIONS)

Name of Seller, Vendor or Lessor
East Coast Containers

| Street | City | State | ZIP Code |
|---|---|---|---|
| 326 Hanson Ave | Morrisville | PA | 1906_ |

NOTE: Do not use this form for claiming an exemption on the registration of a vehicle. To claim an exemption from tax for a motor vehicle, trailer, semi-trailer or tractor with the PA Department of Transportation, Bureau of Motor Vehicles, use one of the following forms:

FORM MV-1, Application for Certificate of Title (first-time registrations)

FORM MV-4ST, Vehicle Sales and Use Tax Return/Application for Registration (other registrations)

Property and services purchased or leased using this certificate are exempt from tax because:

☑ MANUFACTURING

| Name of Purchaser or Lessee | Signature | EIN | Date |
|---|---|---|---|
| TRIPWIRE SOUTH, LLC | | 86-7856951 | 06/15/2024 |

| Street | City | State | ZIP Code |
|---|---|---|---|
| 1475 HIGHLAND AVENUE ROAD | GETTYSBURG | PA | 17325 |

1. ACCEPTANCE AND VALIDITY

2. REPRODUCTION OF FORM

3. RETENTION

IMPORTANT: DO NOT RETURN THIS FORM TO THE PA DEPARTMENT OF REVENUE.

4. NONPROFIT EXEMPT ORGANIZATIONS



TW Construction Inc dba TW Outdoor Services and East
Coast Containers
215-407-8529
325 Harrison Avenue
Morrisville, PA 19067

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Morris | 07/18/2024 | 00011101 | **$0.00** |
| Trip Wire South | | | |
| 1475 Highland Avenue Road | Due Date | | |
| Gettysburg, PA 17325 | 07/18/2024 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Container Sale<br>40' Used Standard<br>Delivered To: 1475 Highland Avenue Rd, Gettysburg, PA 17325 | $2,950.00 | 1 | $2,950.00 |
| Credit Card Fee<br>3.5% | $103.25 | 1 | $103.25 |

| | |
|---|---|
| Subtotal | 3,053.25 |
| Tax | 0.00 |
| Total | 3,053.25 |
| Amount Paid | 3,053.25 |
| Amount Due (USD) | $0.00 |

Notes
Tax exempt: see certificate

**Attachment Preview - Download**



PENNSYLVANIA EXEMPTION CERTIFICATE

pennsylvania

This form cannot be used to obtain a Sales Tax License ID, PTA License ID or Exempt Status.

(Please Print or Type)
Read Instructions
On Reverse Carefully

THIS FORM MAY BE PHOTOCOPIED – VOID UNLESS COMPLETE INFORMATION IS SUPPLIED

CHECK ONE:    PENNSYLVANIA TAX UNIT EXEMPTION CERTIFICATE (USE FOR ONE TRANSACTION)
● PENNSYLVANIA TAX BLANKET EXEMPTION CERTIFICATE (USE FOR MULTIPLE TRANSACTIONS)

Name of Seller, Vendor or Lessor
East Coast Containers

| Street | City | State | Zip Code |
|---|---|---|---|
| 325 Hanson Ave | Morrisville | PA | |

MANUFACTURING

| Name of Purchaser or Lessee | Signature | EIN | Date |
|---|---|---|---|
| TRIPWIRE SOUTH LLC | | 34-1958951 | 09/15/2024 |

| Street | City | State | ZIP Code |
|---|---|---|---|
| 1275 HIGHLAND AVENUE ROAD | GETTYSBURG | PA | 17325 |

# UsedConex.com

**Invoice Number: 1791898**

**Issued Date: 05/15/2024**

**Company:**

UsedConex.com
orders@usedconex.com
(800) 230-7764
Tampa, Florida

**Customer:**

Ryan Morris
ryan.morris@tripwiresouth.com
717-648-2792 /(717) 253-6669
1475 Highland Avenue Road Gettysburg Pennsylvania 17325

| DESCRIPTION | UNIT PRICE | DELIVERY | QTY | Subtotal |
|---|---|---|---|---|
| 40ft Standard Us... Delivered From: Baltimore, MD | $2195 | $1200 | 2 | $5590 |

| | |
|---|---|
| **Subtotal:** | **$5,590.00** |
| **Limited-Time Discount** | **- $100.00** |
| **Total:** | $5490 |

Please contact our customer service :

Call : 800-230-7764
Email: orders@usedconex.com



TW Construction Inc dba TW Outdoor Services and East
Coast Containers
215-407-8529
325 Harrison Avenue
Morrisville, PA  19067

| Billed To | Date of Issue | Invoice Number | Amount Due (USD) |
|---|---|---|---|
| Ryan Morris | 06/24/2024 | 00011080 | **$0.00** |
| Trip Wire South | | | |
| 1475 Highland Avenue Road | Due Date | | |
| Gettysburg, PA  17325 | 06/24/2024 | | |

| Description | Rate | Qty | Line Total |
|---|---|---|---|
| Container Sale | $3,050.00 | 5 | $15,250.00 |
| 40' Cargo Worthy Container | | | |
| (Certs will be emailed after delivery) | | | |
| Delivered To: 1475 Highland Avenue Rd, Gettysburg, PA 17325 | | | |
| | | | |
| Credit Card Fee | $533.75 | 1 | $533.75 |
| 3.5% | | | |

|  | |
|---|---|
| Subtotal | 15,783.75 |
| Tax | 0.00 |
| Total | 15,783.75 |
| Amount Paid | 15,783.75 |
| Amount Due (USD) | $0.00 |

Notes
Tax exempt: see certificate

**Attachment Preview - Download**



PENNSYLVANIA EXEMPTION CERTIFICATE

This form cannot be used to obtain a Sales Tax License ID, PTA License ID or Exempt Status.

(Please Print or Type)
Read Instructions
On Reverse Carefully

**THIS FORM MAY BE PHOTOCOPIED – VOID UNLESS COMPLETE INFORMATION IS SUPPLIED**

CHECK ONE:    PENNSYLVANIA TAX UNIT EXEMPTION CERTIFICATE (USE FOR ONE TRANSACTION)
        PENNSYLVANIA TAX BLANKET EXEMPTION CERTIFICATE (USE FOR MULTIPLE TRANSACTIONS)

Name of Seller, Vendor or Lessor

**MANUFACTURING**

| Name of Purchaser or Lessee | Signature | | EIN | Date |
| TRIPWIRE SOUTH LLC | | | | |
| Street | | | State | ZIP Code |
| 1975 HIGHLAND AVENUE ROAD | GETTYSBURG | | PA | 17325 |

NONPROFIT EXEMPT ORGANIZATIONS:

From: ryan,morris@tripwiresouth.com
Subject: Fwd: Your Conex Depot, Inc receipt [#1274-5687]
Date: June 16, 2024 at 9:01 PM
To: Dana Dickerson dana.dickerson@tripwiresouth.com, Joshua Mills josh.mills@tripwiresouth.com, Bill Yingling william.yingling@tripwiresouth.com

Conex box purchase to send materials overseas. Will not get it back.

From: Conex Depot, Inc receipt [#1274-5687]
Subject: Your Conex Depot, Inc receipt [#1274-5687]
Date: June 16, 2024 at 8:58 PM EDT
To: ryan.morris@tripwiresouth.com
Reply-To: Conex Depot, Inc support@conexdepot.com



# Receipt from Conex Depot, Inc

Receipt #1274-5687

| AMOUNT PAID | DATE PAID | PAYMENT METHOD |
|---|---|---|
| $3,305.55 | Jun 17, 2024, 8:58:57 AM | VISA - 9286 |

SUMMARY

| | |
|---|---|
| Conex Depot - Order 70091580 | $3,305.55 |
| **Amount charged** | **$3,305.55** |

If you have any questions, contact us at support@conexdepot.com or call us at +1 661-412-2227.



my.belco.org/MyAccountsV2/PrintTransactionImages?id=19921 5327









1/28/25, 4:35 PM                        my.belco.org/MyAccountsV2/PrintTransactionImages?id=197315504



MEMO _____ 88





1/28/25, 4:35 PM                                    my.belco.org/MyAccountsV2/PrintTransactionImages?id=196945160



**Tripwire South, LLC.**
1475 Highland Avenue Road
Gettysburg, PA 17325
866-513-3133

60-8099/2313

9095

DATE 8-22-24

PAY TO THE ORDER OF __Josh Fittings__                                     $ 960 ⁰⁰

__Nine Hundred Sixty and ⁰⁰/₁₀₀__                                         DOLLARS

**BELCO**
Community Credit Union

MEMO __24__                                           R Jvk









**Tripwire South, LLC.**
1475 Highland Avenue Road
Gettysburg, PA 17325
866-513-3133

60-8099/2313                    9081

DATE 8-5-24

PAY TO THE
ORDER OF    TERRY DEWITT                    $ 2480⁰⁰⁄₁₀₀

TWO THOUSAND FOUR HUNDRED EIGHTY  DOLLARS

BELCO

MEMO  G2

ENDORSE HERE

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

my.belco.org/MyAccountsV2/PrintTransactionImages?id=194598880











1/28/25, 4:01 PM                    my.belco.org/My.AccountsV2/PrintTransactionImages?d=192825354







Report generated by

GUSTO Bench⑪

# Payroll Journal Report

Date Range: 01/26/2024 - 01/10/2025
Report Created On: 01/05/2025

## Payroll Journal Summary by Job

Per Job Summary for 01/26/2024 - 01/10/2025

Tidwire Sault, LLC.
1475 Highland Avenue Road
Gettysburg, PA 17325

| Job | Total Earnings | Employee Taxes | Employer Taxes | Net Pay |
|---|---|---|---|---|
| (None) | $454,207.39 | $87,132.81 | $37,102.19 | $266,725.50 |
| Apprentice | $10,037.89 | $1,585.61 | $1,175.76 | $8,452.28 |
| Handler | $124,711.63 | $24,908.98 | $12,355.36 | $99,721.88 |
| Accountant | $37,288.41 | $8,708.37 | $3,378.81 | $28,510.61 |
| Security/Asset Protection | $65,715.27 | $13,760.00 | $7,603.13 | $51,455.22 |
| K9 Director | $4,480.00 | $838.87 | $540.82 | $3,641.13 |
| **Payroll Totals** | **$696,040.54** | **$136,934.64** | **$61,556.07** | **$558,508.82** |



**MESSICK'S**
*A Helping Hand With Your Land*

283 South Main Street., Aspers PA, 17304
(Payables: 1475 Strickler Road, Mount Joy PA, 17552)
**LOCAL: 717-677-8135    TOLL FREE:800-222-3373**

ABBOTTSTOWN • BENDERSVILLE • CARLISLE • MOUNT JOY • HALIFAX

| | | |
|---|---|---|
| Tripwire (378996) | **Sales Order Details** | |
| 1475 Highland Avenue Road | Sales Order# | BEN-4014188 |
| Gettysburg, PA 17325 | Salesperson: | Bumbarger Andrew |
| (717) 648-2792 | Date: | 8/15/2024 |
| | PO# | |

| Description | Qty | MSRP | Sale Price | Sale Subtotal |
|---|---|---|---|---|
| AUSA T144H Telehandler, Ultra Compact, Cab, Heat (SN:UA103521T00092575) ID#165776 | | $77,470.00 | $61,995.00 | $61,995.00 |
|    Mini telehandler with 24.8 hp. Kubota diesel engine, 4 wheel drive, hydrostatic transmission, closed soundproof cab with heat, rotating beacon, all in 1 joystick control, hydraulic bucket coupler, front & rear worklights, 4th valve with continuous flow 14.21 gpm, 13.12 foot lift height, 2,977 lb. lift capacity @ 117", 1,698 lb. capacity at full lift, 11.0/65x12 tires | | | | |

**Paid with Check number 9078**

| | Summary of Charges | |
|---|---|---|
| | Taxable | $0.00 |
| | Non-Taxable | $61,995.00 |
| | Subtotal | $61,995.00 |
| | Sales Tax | $0.00 |
| | Total | $61,995.00 |
| | Collected | $61,995.00 |
| | Due | $0.00 |

Customer Signature | Date

Final pricing and applicable programs will be established at delivery. Messick's is not responsible for typographical errors. Offer only valid when purchased as a package. No warranty offered on used equipment unless stated. Finance rates do not include document or UCC charges.

Remit all Payments to : 1475 Strickler Road Mount Joy PA, 17552

| Cash | Check | Check # | CC | CC Type | On Acct. | Deposit | Other |
|---|---|---|---|---|---|---|---|
| $0.00 | $0.00 | | $0.00 | | $0.00 | $0.00 | $0.00 |

| Exempt Tax Cert #: | |
|---|---|
| Expiration Date: | |

Page 1 of 1 Pages



**283 South Main Street., Aspers PA, 17304**
(Payables: 1475 Strickler Road, Mount Joy PA, 17552)
**LOCAL: 717-677-8135    TOLL FREE:800-222-3373**

ABBOTTSTOWN • BENDERSVILLE • CARLISLE • MOUNT JOY • HALIFAX

| | |
|---|---|
| Tripwire South LLC (378996) | **Quote Details** |
| 1475 Highland Avenue Rd | Quote# : BEN-4014945 |
| Gettysburg, PA 17325 | Salesperson: Bumbarger Andrew |
| (717) 648-2792 | Date: 1/31/2025 |
| | PO#: |

| Description | Qty | MSRP | Sale Price | Sale Subtotal |
|---|---|---|---|---|
| Ausa T144 Tellehandler | | | $50,000.00 | $50,000.00 |
| Used Ausa T144 tellehandler, 10 Hours, well maintained, Machine Valued at Price listed above. | | | | |

| Summary of Charges | |
|---|---|
| Taxable | $0.00 |
| Non-Taxable | $50,000.00 |
| Subtotal | $50,000.00 |
| Sales Tax | $0.00 |
| Total | $50,000.00 |
| Exempt Tax Cert #: | PA |
| Expiration Date: | 8/14/2028 |

_____    _____
Customer Signature              Date

Final pricing and applicable programs will be established at delivery. Messick's is not responsible for typographical errors. Offer only valid when purchased as a package. No warranty offered on used equipment unless stated. Finance rates do not include document or UCC charges.

Page 1 of 1 Pages

**CRUCIAL DEFENSE TECHNOLOGIES**

889 NE 27ᵗʰ Lane Unit 5
Cape Coral, Florida, 33909

(239) 462-5573

FEL 1-FL-071-20-8B-01382
1-FL-071-23-8B-01383
FFL 1-59-071-10-8B-59530
1-59-071-11-8B-59531

## INVOICE #0139

| Bill to | | Ship to | |
|---|---|---|---|
| Customer | **Tripwire South, LLC** | Recipient | |
| Address | **1475 Highland Avenue** | Address | |
| | **Gettysburg, PA 17325 USA** | Phone | |
| Phone | **(717) 648-2792** | | |
| Payment Due | February 21, 2025 | Delivery Date | |
| Salesperson | Scott Newbury | Shipping Method | |
| Payment Terms | Wire | Shipping Terms | |

| Qty. | Item# | Description | Unit price | Discount | Line total |
|---|---|---|---|---|---|
| 1 | 1 | Consultant fee ref. Contact #1829 | $100,000.00 | | $100,000.00 |
| | | | | Total Discount | 0 |
| | | | | Subtotal | 0 |
| | | | | Sales Tax | Exempt |
| | | | | **Total** | **$100,000.00** |

### Thank you for your business!

Wire and ACH Information

Chase Bank
1615 Delprado Boulevard S.
Cape Coral, Florida, 33990

Account Name: Crucial Defense Technologies
Account #:  771479691
ACH Routing #: 267084131
Wire Routing # 02100021

Jansen Crane Services, LLC

P.O. Box 428
15303 Summit Farm Dr

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/10/2025 | 9387-3056 |

| Bill To |
|---------|
| Trip Wire |
| Kenny |
| 1685 Baltimore Pike |
| Gettysburg PA 17325 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Job Site : 1475 Highland Ave Rd Gettysburg Pa 17325 | 0.00 | 0.00 |
| | Del Site: All Trans Pack Inc. Glen Dr Suite 101 Dock Door #31 Sterling Va 20164 | | |
| 8 | 1/8/25 | 170.00 | 1,360.00 |
| 5 | 1/8/25 overtime | 210.00 | 1,050.00 |
| 7.5 | 1/9/25 | 170.00 | 1,275.00 |
| 8 | 1/10/25 | 170.00 | 1,360.00 |
| 5.5 | 1/10/25 overtime | 210.00 | 1,155.00 |
| 13 | 1/8/25 Rigger Service | 80.00 | 1,040.00 |
| 7.5 | 1/9/25 Rigger Service | 80.00 | 600.00 |
| 13.5 | 1/10/25 Rigger Service | 80.00 | 1,080.00 |
| 8 | 1/8/25 Truck #1 | 170.00 | 1,360.00 |
| 5.5 | 1/8/25 Truck #1 overtime | 210.00 | 1,155.00 |
| 8 | 1/9/25 Truck #1 | 170.00 | 1,360.00 |
| 5.5 | 1/9/25 Truck #1 overtime | 210.00 | 1,155.00 |
| 8 | 1/10/25 truck # 1 | 170.00 | 1,360.00 |
| 4 | 1/10/25 truck #1 overtime | 210.00 | 840.00 |
| 8 | 1/8/25 Truck #2 | 170.00 | 1,360.00 |
| 0.5 | 1/8/25 Truck #2 overtime | 210.00 | 105.00 |
| 8 | 1/9/25 Truck #2 | 170.00 | 1,360.00 |
| 4.5 | 1/9/25 Truck #2 overtime | 210.00 | 945.00 |
| 8 | 1/10/25 Truck #2 | 170.00 | 1,360.00 |
| 0.5 | 1/10/25 Truck #2 overtime | 210.00 | 105.00 |
| | Fuel Surcharge | 933.25 | 933.25 |
| | PA Sales Tax | 1,339.10 | 1,339.10 |

| Total | $23,657.35 |
|-------|-----------|



**SOVANA**
GLOBAL LOGISTICS

Sovana Global Logistics

45969 Nokes Blvd. Suite 175
Dulles, Virginia 20166 - U.S.A.
Telephone: +1.703.880.6606
Fax:       +1.703.552.2281

**Invoice Date:** 1-29-2025
**Pay Terms:** Prepayment

# INVOICE

**Name:** Tripwire South LLC
**Address:** 1475 Highland Avenue Road
Gettysburg, PA. 17325

**Shipment Date:** 1/3/25 -2/15/25
**Reference #:** 001-2025

| Pcs | Item Description | Weight | L | W | H | Vol.Wgt | Chrg. Wgt | Service Type | Mode | Qty | Charge | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Hazmat repack - explosives / Storage | 200,000.0 LBS | | | | 200,000.0 LBS | | REPACK | Ground | 1 | 200,500.00 | 200,500.00 |

*** 3% Processing fee
will be applied for
credit card payments

| | **Total:** | **200,500.00 USD** |

**Pickup Location:**
Tripwire LLC

UNITED STATES

**Delivery Location:**
AllTransPack

UNITED STATES

**Delivery Details:**

Kindly Remit Payment To:
**Sovana Global Logistics**
Attn:Accounts Receivable
45969 Nokes Blvd. Suite 175
Dulles, VA 20166 - U.S.A
Phone: 703.880.6606   Fax: 703-552-2280



## Terms and Conditions

1. **Definitions** The following definitions will apply to all purchase orders:

| | |
|---|---|
| Buyer | The legal entity affiliate of Tripwire South, LLC on the face of this Purchase Order. (Referred to as "TS", or "Buyer") |
| Purchasing Agent | The only individual authorized to commit TS (the Buyer) |
| Subcontractor, Supplier, Seller or Vendor | The legal entity to whom this Purchase Order (P.O. / Order) is issued |

2. **Certification of Independent Price Determination.** Seller certifies that the price(s) proposed have been arrived at independently, without consultation, communication, or agreement with any others for the purpose of restricting competition, and that Seller has not and will not knowingly disclose the price(s), directly or indirectly, to any other bidder.

3. **Payment Terms.** Unless otherwise specified in the Purchase Order, terms of payment are Net 30 days. The time allowable for payment shall begin after both: (a) Buyer's receipt of Seller's complete and correct invoice, and (b) delivery of acceptable supplies or performance of satisfactory services.

4. **Quantity.** It is Seller's responsibility to furnish the quantity of supplies/services called for in this Order. No variation in the quantity specified herein will be accepted as compliance with this Order. Buyer reserves the right to return excess shipments at Seller's expense.

5. **Invoices.** All invoices shall be submitted to TS Accounts Payable in strict accordance with TS's Payment Instruction(s).

6. **Assignment/Subcontracting.** Seller shall not assign this Purchase Order, or any rights, interest, or payments, or the performance of any of its duties under this Order without the prior written consent of Buyer. Except for standard commercial items, raw materials, or other supplies identified in Seller's proposal as procured from others, Seller shall not subcontract the complete or any substantial portion of the work without the prior written consent of Buyer. Any attempted or purported assignment/subcontracting by Seller without Buyer's prior written consent shall be void and not binding upon Buyer.

7. **Work on Buyer's or Buyer's Customer's Premises.** If this Order requires Seller to perform work on Buyer's or Buyer's customer's premises, Seller shall take all necessary precautions to prevent any injury to persons or damage to property during the progress of such work. Additionally, except to the extent that any injury to persons or damage to property is due solely and directly to Buyer's or its customer's fault or negligence, Seller agrees to indemnify Buyer and its customer against all loss or liability resulting from any act or omission of Seller, its employees, agents, or subcontractors.

8. **Gratuities.** Seller warrants that is has not offered or given, and will not offer or give to any employee, agent, or representative of Buyer, a payment, gratuity, or kickback for obtaining or rewarding favorable treatment by Buyer with respect to the terms, conditions, price, performance, or award of an Order. A breach of this warranty shall be considered a material breach of the Order and may result in Buyer's termination of the Order and/or notification to Buyer's customer of such breach.



9.  **No Extra Charges.** The total price payable to Seller shall be stated in this Purchase Order. The price shall not be increased to cover any future seller price increases and shall be inclusive of packing, packaging, and cartage, premium transportation charges, reusable containers, service or carrying charges, permits, fees, and licenses, or any other charges whatsoever unless specifically agreed to in writing by Buyer.

10. **Unauthorized Changes to Supplies/Services.** Upon Buyer's approval of Seller's drawings, designs, specifications, etc., Seller shall make no changes affecting form, fit, or function of the supplies without Buyer's prior written approval. Any approvals by Buyer shall not relieve Seller of responsibility for any errors or deficiencies that may exist, or for performing the work and furnishing the supplies/services in strict accordance with the Purchase Order requirements.

11. **Permits, Fees, and Licenses.** Except as may be otherwise provided in this Order, Seller shall obtain and pay for all permits, fees, and licenses required for the work at no additional charge to Buyer.

12. **Stop-Work Order.** Buyer may, at any time, by written notice to Seller, stop all or any part of the work hereunder for up to ninety (90) days. Upon receiving a stop-work order, Seller shall immediately comply with its terms and take all reasonable steps to avoid incurring any additional costs allocable to such work. If the stop work order results in an increase in price or schedule, the Seller must submit a claim for equitable adjustment within thirty (30) days after the resumption of work.

13. **Termination for Convenience.** Buyer reserves the right, at any time, in its own best interest, and without liability, to terminate this Agreement in whole or in part, by written notice of termination for convenience to Seller. Buyer shall pay Seller only for Products/Services satisfactorily delivered and accepted up to the date of termination, at the price indicated in the applicable Purchase Order or Agreement.

14. **Termination for Default.** Buyer may, without liability, and in addition to any other rights or remedies provided herein or by law, terminate this Order in whole or in part by written notice of default if Seller; (a) fails to deliver the supplies or perform the services within the time specified; (b) fails to make sufficient progress with the work, thereby endangering completion of performance within the time specified; or (c) fails to comply with any of the other instructions, terms, or conditions of the subcontract. Buyer's right to terminate for default may be exercised if Seller does not cure the failure within ten (10) days after receiving Buyer's notice of such failure. Default involving delivery schedule delays, bankruptcy or adverse change in financial condition shall not be subject to the cure provision. If Buyer terminates this Order in whole or in part, Buyer may purchase similar supplies or services from others and Seller shall be liable for any additional costs above the original price for the terminated supplies/services. In the event of a partial termination, Seller shall continue the work not terminated. Seller shall not be liable for any additional costs if failure to perform arises from causes beyond Seller's or Seller's subcontractor's control and without fault or negligence of either of them; provided, however, that the supplies/services to be furnished by Seller's subcontractor (at any tier) were not obtainable from others in time for the Seller to meet the Order delivery requirements. Buyer may withhold from any payments due Seller, any sum necessary in order to protect Buyer against any liability or expenses due to the termination for default. Seller shall provide any supporting information necessary to document the reasonableness of Seller's termination for default claim.

15. **Acceptance of Purchase Order.** This Purchase Order supersedes all written or verbal representations and agreements between the parties with respect to the subject matter hereof and becomes a binding agreement, subject to the specific terms and conditions stated herein, upon Seller's acceptance by acknowledgment or commencement of work.

16. **Applicable Law and Disputes.** Regardless of the place of execution or performance of this contract, all disputes between the parties (including without limitation, any controversy, dispute, or other matter arising out of, relating to, or connected with this contract or its performance) shall be governed according to the laws of the Commonwealth of Pennsylvania, without regard to its rules on choice or conflict of laws. Even if a dispute arises, Seller shall proceed diligently with performance of this contract and in accordance with Buyer's instructions. Disputes shall be resolved in a court of competent jurisdiction in the Commonwealth of Pennsylvania, United States.



17. **Compliance with Laws.** Seller shall comply with all applicable federal, state, and local laws, rules, regulations and orders in effect on the date of this Order, including, but not limited to applicable health and safety laws, minimum wage laws, and laws prohibiting discrimination against persons or classes of persons.

18. **Setoff.** Buyer shall have the right at all times to setoff any amount due or payable to Seller hereunder against any claim or charge Buyer may have against Seller.

19. **Taxes.** The price of the supplies/services procured hereunder includes all applicable federal, state and local taxes and duties unless otherwise stated in the Purchase Order.

20. **Title and Risk of Loss.** Title to all materials, supplies, equipment, or data shall pass to the Buyer immediately upon payment for such items. Seller shall not permit liens of any kind to be placed against such items in which title has vested to Buyer. Unless otherwise provided in this Purchase Order, the F.O.B. point shall be the delivery destination indicated in this Order, and risk of loss or damage shall pass to Buyer upon Buyer's acceptance of the supplies regardless of where Buyer takes physical possession. If the F.O.B. point is designated as the Seller's location, then title and risk of loss or damage to the supplies shall pass to Buyer upon Seller's delivery of the supplies to the carrier.

21. **Information Disclosed to Buyer.** Any information or knowledge Seller discloses to Buyer regarding this Order shall not be deemed confidential or proprietary unless expressly agreed upon by the parties in writing.

22. **Public Release of Information.** No public release of information, news release, announcement, advertisement, denial or confirmation of this Order or the subject matter hereof, shall be made without Buyer's prior written approval.

23. **Patent, Copyright, and Trademark Indemnity.** Seller agrees to indemnity, defend, and hold harmless Buyer, its officers, agents, and employees, its customer and its officers, agents, and employees, and those for whom Buyer may act as agent, from any costs, expenses, damages, or liability that Buyer may incur as a result of any proceedings charging infringement of any patent, copyright, or trademark out of the manufacture or delivery of supplies, the performance of services, the construction, alteration, modification, or repair of real or personal property, or the sale or use of any supplies/services/data furnished by Seller. Seller shall have no liability, regarding alleged patent infringement for supplies furnished to Buyer in accordance with Buyer's design specifications.

24. **Warranty of Supplies/Services.** Seller warrants that all supplies/services furnished under this Purchase Order shall conform to the Buyer's drawings, specifications, or other description and will be of good material and workmanship and free of defects. Seller further warrants that the supplies/services will meet Seller's published specifications and standards, will be new (not used or reconditioned), merchantable and suitable for the purpose intended. These warranties shall survive inspection, acceptance, and payment. Supplies/services that do not conform to the above warranties may, at any time within twelve (12) months after delivery to Buyer, may be rejected and returned to Seller, at Seller's expense, for correction or replacement. If Seller does not promptly correct or replace same, Buyer may correct or replace the nonconforming supplies/services at Seller's expense. The forgoing warranties are in addition to all other warranties expressed or implied by law. All warranties are transferrable to Buyer's customer and the U.S. Government.

25. **Changes.** Buyer's Purchasing Agent may, at any time, in writing, make changes to this Order. If any such change causes an increase or decrease in the cost or time required for performance of the work, the price (or cost and fee) and/or delivery schedule shall be equitably adjusted and the Purchase Order so modified. Seller must notify the Buyer's Purchasing Agent of Seller's intent to request equitable adjustment within ten (10) days of Seller's knowledge of the change. The Seller shall submit any request for adjustment to Buyer within twenty (20) days following receipt of Buyer's written Change Order. Failure of the parties to agree to an adjustment shall be considered a dispute under the Disputes clause hereof; however, pending resolution of any dispute, Seller shall immediately proceed with the work as changed.

**TS-CB 2025 – FEB 2025**



26. **Waiver of Rights.** Failure of either party to insist on performance of any provision of this Order shall not be construed as a waiver of that provision or a waiver of Buyer's or Seller's right to require compliance with such provision in any later instance. If any provision of this Order is found to be illegal or unenforceable under law, that provision shall be deleted; however, all other provisions of this Order shall not be affected thereby, and shall remain in full force and effect.

27. **Insurance.** Supplier/ Subcontractor/ Vendor, from the time of start of the Services hereunder until completion of the Services, shall provide at its own expense and maintain in effect the following types and amounts of insurance with terms and with insurance companies satisfactory to TS:



Workers' Compensation Liability: As required by applicable law.

Commercial General Liability: The Seller, and their Sellers, as applicable, shall provide commercial general liability insurance covering bodily injury, property damage, advertising, and personal injury liability, including contractual liability coverage, written on a comprehensive form of policy with a limit of at least $1,000,000 per occurrence, $1,000,000 general liability aggregate and $1,000,000 products/completed operations aggregate. Coverage may not be limited to the territory or regions provided in the SOW.

Certificate(s) of Insurance: If requested, the Seller shall furnish the Buyer with a current certificate of insurance as evidence of the insurance required, within five (5) calendar days after execution of this subcontract. Seller shall maintain insurance coverage during the performance of this Order.

28. **Indemnification.** The Seller shall indemnify, defend, and hold harmless Buyer, Buyer's customers, and each of Buyer's owner(s), affiliates, directors, officers, employees and agents from all damages, claims, liabilities, losses, demands, causes of action, law suits and expenses (including reasonable attorney's fees) arising out of or relating to any claims, causes of action, lawsuits or other proceedings, regardless of legal theory, to the extent resulting from Seller's (or any of Seller's subcontractors, suppliers, employees, agents or representatives): (i) its negligence, fraud or willful misconduct in entering into or performing under this Agreement; (ii) products or services including, without limitation any claims that such products or services infringe any United States patent, copyright, trademark, trade secret, or any other proprietary right of any third party or; (iii) any breach of any representation, warranty or covenant made herein.

29. **Force Majeure**
Neither party shall be responsible for its delays or failure to perform due to causes beyond its reasonable control such as acts of God, fire, theft, flood, war, strike, earthquake, riot, disease, epidemic, quarantine, embargoes or acts of civil or military authorities. If performance of Services and or delivery of Goods is to be delayed by such contingencies, Seller shall immediately notify Buyer in writing. Buyer has the right to terminate all open orders impacted by the force majeure and procure from alternate Sellers. If Buyer terminates under this section, its sole liability will be to pay any balance due for conforming Goods or Services delivered by Seller before Seller's receipt of Buyer's termination notice.

30. **Limitation of Liability.**
SELLER AGREES THAT BUYER AND ITS AFFILIATES AND THEIR RESPECTIVE OWNERS, OFFICERS, DIRECTORS, EMPLOYEES, CONTRACTORS AND AGENTS SHALL NOT BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, AND EXEMPLARY DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, LOST REVENUES, LOST BUSINESS OPPORTUNITIES, AND LOSS OF OR CORRUPTION OF DATA) ARISING OUT OF OR RELATING TO SELLER'S PERFORMANCE OF THIS SUBCONTRACT OR SELLER'S BREACH OF ANY TERM OR CONDITION OF THIS SUBCONTRACT, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH DAMAGES ARE SOUGHT. BUYER'S CUMULTIVE LIABILIY TO SELLER SHALL BE THE CONTRACT VALUE OF THE GOODS GIVING RISE TO THE CLAIM UNDER THIS ORDER.

31. **Order of Precedence.** The following descending order of precedence shall apply in the event of an ambiguity, discrepancy, or conflict in the documents comprising this Purchase Order: (a) the face of the Purchase Order, (b) these terms and conditions, (c) the Statement of Work, (d) the technical specification, (e) the drawing(s), and (f) any other documents referenced or appended to the Purchase Order. However, in the event of an ambiguity, discrepancy, or conflict in any of the technical requirements of drawings, Seller shall immediately consult Buyer for a resolution.



**33. Entire Agreement.** This Purchase Order constitutes the entire agreement between Buyer and Seller regarding this procurement and supersedes all previous written or oral agreements and commitments. No terms or conditions of sale set forth in Seller's quotation or acknowledgment shall be included as a part hereof, nor shall any prior course of dealing, custom, or usage in the trade supersede or modify any Purchase Order provisions. Any subsequent additions, deletions or modifications to this agreement shall not be binding upon the parties unless same are mutually agreed upon and incorporated herein in writing.



**Purchase Order:** TS-COMPB-1
**Document Date:** February 21, 2024

**Tripwire South, LLC**

1475 Highland Avenue Road
Gettysburg, PA 17325

**BUY FROM :**  Bonetti Explosives

Matt Barnett
PO Box 116
Columbus, Texas 78934
979-739-5597

| Year | No. | Description | Quantity LBS | Unit of Measure | Unit Cost (USD/kg) | Line Amount | Delivery period |
|------|-----|-------------|--------------|-----------------|--------------------|-------------|-----------------|
| 1 | TS-2025-220 | Comp-B Explosive, Demilled | 260,000 | LBS | $ 18.57 | $ 4,828,200 | March 2025 |

**Total (USD)**     $4,828,200.00

**This Purchase Order assumes the following:**

1) **Quote Reference:** Bonetti Explosives, Invoice #9004-A.
2) **Tripwire South, LLC** terms and conditions shall apply to this purchase order.
3) If the reclaimed or demilitarized Comp B does not meet performance specifications or fails to function as intended, the purchaser reserves the right to cancel this Purchase Order without penalty, and the cost of the material shall be fully refunded.