DocuSign Envelope ID: 8BB8D2E2-79D1-4472-BEAB-20E0FD53D4A3

CONTRACT N° 06052024-01

# CONTRACT AGREEMENT
# N° 06052024-01

## BETWEEN

## Tripwire South, LLC

## AND

## J Squad International, LLC

# EXHIBIT "F"


Buyer


Seller

DocuSign Envelope ID: 8BB8D2E2-79D1-4472-BEAB-20E0FD53D4A3

**CONTRACT N° 06052024-01**

**Tripwire South, LLC** an American company having its address at (1475 Highland Avenue Road, Gettysburg, PA 17325) represented by Mr. Ryan J. Morris hereinafter referred to as the "**Buyer**",

**J Squad International, LLC**, a Company having its address at 985 MC 5040, Yellville, AR 72687 represented by Mr. Justin Forbus acting based on the bylaws of its enterprise hereinafter referred to as "**Seller**" with both Parties hereinafter referred to as "**Parties**".

The Parties concluded the present Contract (hereinafter referred to as "Contract") for the following:

## 1. SUBJECT OF THE CONTRACT

1.1. The Seller sells and the Buyer buys products (hereinafter referred as the "Goods") in quantity and at the price according to the **Annex 1** to this Contract.

1.2. The Seller agrees to offer the products for inspection in accordance with the schedule mentioned in **Annex 1B**.

1.3. Buyer agrees to accept Goods and pay its cost in accordance with the terms of this Contract.

1.4. The Buyer acknowledges and agrees that possesses the license(s) to transact supporting the acquisition of Goods sold herein and must present said license(s) at the time of closing.

1.5. The Buyer acknowledges and agrees that the documentation provided in Section 11.12 is the defining documentation of this agreement. Buyer, once reviewed and approved, agrees to the condition that this contract is "As Is" and final.

1.6. This agreement allows for rollovers, extensions and volume increases at a fixed price listed in **Annex 1** based upon the availability to supply.

1.7. The Buyer agrees to the standard terms and conditions of a Non-Disclosure Non-Circumvention Agreement (NDNCA) in accordance with the International Chamber of Commerce **Annex 4**.

1.8. Spelling errors, typos, or grammatical mistakes will not remove nor replace the intent of the contract details.

1.9. By signing this contract "Buyer" is committed to the purchase as described in contract. ENTIRE Contract becomes NULL & VOID should the provided Technical Specification Data Sheet not meet US-Govt De-Mill Standards and Tripwire South LLC approval. Upon signing that the Technical Specification Sheet meets standards to both above parties. Initial 10% Deposit will be due within 24hrs and is NON – Refundable as product has been deemed satisfactory to "Buyer".


Buyer


Seller

CONTRACT N° 06052024-01

## 2. QUANTITY AND QUALITY OF THE GOODS

2.1. Seller will supply Goods according to the quantity, nomenclature, and volume as described in **Annex 1** to this Contract.

2.2. All goods must meet the technical specifications of plant – manufacturer, as detailed in **Annex 1C**.

## 3. PRICE, TOTAL COST OF THE CONTRACT AND TERMS OF PAYMENT

3.1. The prices for the Goods being delivered under the present Contract are indicated in **Annex 1** and are set in **US Dollars**. The prices are fixed and set for delivery CIF according to INCOTERMS-2020 (latest revision applies).

Unit prices are firmed and fixed and will not be subject to any increase or decrease.

Total Quantities may vary by +/-5% based on the actual quantities cleared after de-milling. The total sum will be increased or decreased accordingly.

3.2. Payments for the Goods under this Contract shall be made by the Buyer in USDs by direct bank transfer to Seller as follows:

a. TERMS OF PAYMENT

**SUMMARY**

|   |   |   |   |   |
|---|---|---|---|---|
| TOTAL |   |   |   | $4,147,000.00 |
| - Deposit Payment (Contract Signing) | Non-Refundable | 10% | $414,700.00 |
| - Deposit Payment (Contract Signing) | At DD1348 Issuance | 30% | $1,244,100.00 |
| - After Notice of Readiness (NOR) | At Bill of Lading | 60% | $2,488,200.00 |

### DOWNPAYMENT - 10% OF THE TOTAL AMOUNT OF THE ORDER AT SIGNING

- Payment(s) of 10%:
  - Ten percent (10%) of the *Total Amount of the Order* to be made by Direct Bank Transfer simultaneously with the **Signing of the Contract. This deposit is NON-Refundable as the buyer has accepted the Technical Spec & Chem sheet as their inspection. All information is based on the USG De-milling processes and procedures.**

Buyer [signature: RM]  Seller [signature: JF]

CONTRACT N° 06052024-01

## SECOND PAYMENT - 30% OF THE TOTAL AMOUNT OF THE ORDER AT SIGNING

- Payment(s) of 30%:
    - Thirty percent (30%) of the *Total Amount of the Order* to be made by Direct Bank Transfer upon receipt of the following documents:
        - **DD Form 1348 "Issue Release/Receipt Document"**

## THIRD PAYMENT - 60% OF THE TOTAL AMOUNT OF THE ORDER PAID

- Payment of 60%:
    - 60% of the *Total Amount of the Order* to be made by Direct Bank Transfer within twenty-four (24) hours from the confirmation of BILL OF LADING (BOL).
    - Buyer will receive advanced notification that the Goods are ready for release.
    - The final price will be based on the total weight on the BOL.
    - The Product will not be transported until final payment is made per invoice.

### b. SHIPPING DATES

Availability of the Goods sold under the contract will be made within 30 calendar days after the deposit., the Seller will organize, without delay, for the availability of the Goods to be picked up from the Sellers warehouse and delivered to the Buyers nominated warehouse (CIF INCOTERMS 2020). The Seller will ensure all Goods are properly labeled and safe for ground transportation within the United States. All shipping costs and insurance for ground transportation are the responsibility of the Seller.

3.3. The shipping is planned and scheduled as indicated in **Annex 1B - DELIVERY SCHEDULE**.

*[Signature: RM]* Buyer

*[Signature: JF]* Seller

**CONTRACT N° 06052024-01**

## 4. BASIC TERMS AND CONDITIONS OF DELIVERY

4.1. The Goods under the present Contract shall be delivered on terms CIF Buyer warehouse according to INCOTERMS-2020, with the latest amendments and revisions applicable.

4.2. Acceptance-transfer of the Goods shall be made at the Buyers warehouse, by authorized representatives of the Buyer with signing of Acceptance-Delivery Certificate of Goods as described in Annex 2. All risks of loss and damage to goods shall be transferred from one Party to another in accordance with the basic terms of delivery CIF warehouse in accordance with INCOTERMS – 2020, and after signature Acceptance Transfer Certificate **Annex 2 and Annex 3.**

4.3. The Seller shall inform the Buyer about the readiness of the Goods for delivery within five (5) days before the scheduled date of the delivery. The Parties shall agree to the range date of delivery of the Goods by e-mail.

4.4. The authorized representatives of the Buyer should have the official documents (Power of Attorney) verifying their right to sign the Acceptance - Delivery Certificate, as described in **Annex 2** and the Certificate of Technical Inspection of the Goods as described in **Annex 3** at the designated delivery address.

Buyer

Seller

**CONTRACT N° 06052024-01**

4.5. The Seller, together with the Goods, shall provide the following documents for each lot of the Goods:
- - Invoice – 2 originals.
- - Packing list – 2 originals.
- - Copy of Certificate of Conformity (CoC)
- - Acceptance - Delivery Certificate – 2 originals.

## 5. TERMS OF TECHNICAL INSPECTION OF THE GOODS

5.1. Buyer sends at his own account representatives to the warehouse of the Seller for the performance of a document review of the technical process to produce the de-milled Goods. The document review will serve as the Technical Inspection (inspection) of the Goods and the signing of the Certificate of Technical Acceptance of Goods, as described in **Annex 3**, at the warehouse of the Seller (Originating Manufacturer/Distributor).

All expenses connected with the arrival and stay of the Buyer's representatives on the territory will be borne by the Buyer and will not be included in the sum of the present Contract.

5.2. The Seller shall inform the Buyer about the readiness of the Goods for document review confirming technical conformance no more than five (5) days before it carries out the inspection. The Parties shall agree additionally to the exactdate of technical inspection of the Goods by e-mail.

5.3. The Buyer shall inform the Seller about the list of personnel and arrival date of his authorized representatives (maximum 3) not later than 3 days before the date of technical inspection specified in item 5.1. of the present Contract.

5.4. The Buyer may start technical inspection not later than the date specified in the Seller's notice (in writing) according to item 5.2. of the present Contract.

5.5. Technical inspection of the Goods shall be conducted with the participation of authorized representatives of the Parties. Pursuant to the result of the technical inspection, the Certificate of Technical Inspection of the Goods, as described in **Annex 3**, shall be signed in 4 copies, 2 copies for each Party.

5.6. Inspection by the Buyer will allow for each and every drum to be opened, inspected, and re-sealing if applicable.

5.7. Shipment as per **Annex 1B** "Delivery Schedule".

## 6. QUALITY AND TECHNICAL WARRANTY OF THE GOODS

6.1. The Goods offered for sale and to be purchased by the Buyer are "As-Is" at the location. The Buyer understands these Goods may be re-cycled or pulled down from surplus ammunition of the United States Government. The Seller makes no guarantee, and the Buyer takes full responsibility after conducting its visual inspection at the Seller's warehouse and releases the Seller from all liabilities of the Goods sold.



Buyer                                                                                                       Seller

**CONTRACT N° 06052024-01**

## 7. PACKING AND MARKING

7.1. The Items shall be dispatched in the packing suitable for their nature and safety requirements. The packing shall prevent the Items from damage during ground transportationand within the United States.

7.2. The marking of each package piece shall be stipulated in Annexes to the Contract (if necessary).

7.3. The Seller is responsible for packaging of goods in according to international regulations for packaging of these types of goods. Costs associated with packaging (e.g. packaging material and labor) is covered by and responsibility of the Seller. The Buyer will send the guidelines for packaging from the shipping company to the Seller.

## 8. FORCE-MAJEURE

8.1. The Parties are released from responsibility for complete or partial non-fulfillment of their liabilities under the Contract if this non-fulfillment was caused by circumstances of force- majeure including but not limited to: fire, flood, earthquake, military actions, strikes, mass public disturbances, as well as State and Governmental order directly influencing the fulfillment of the present Contract, on the stipulation that the circumstances directly affected the fulfillment of the present Contract.

8.2. During the acting of force-majeure circumstances, the Contract and its Additional agreements' validity period shall be extended for the period equal to that during which these circumstances last.

8.3. The evidence of the Chamber of Commerce of the correspondent country will be sufficient proof of the existence and duration of the above-indicated circumstances.

8.4. The Party that cannot fulfill its liability due to these circumstances shall notify in written form the other Party within five (5) days from the date of such circumstance's appearance.

8.5. Undue notification about the force-majeure circumstances deprives the corresponding Party of the right to refer to them for justification.

8.6. If the above-mentioned circumstances last more than six (6) months, then either Party is entitled to cancel the whole Annex/Additional agreement to the present Contract or some parts of it that will release each Party from their Contractual liability except payments in the part of fulfilled liabilities of the Parties. If at the time of such event, the Buyer has already paid to Seller payments on account of the Goods in excess of what


Buyer


Seller

CONTRACT N° 06052024-01

was delivered at that time, the Seller promptly undertakes to return that amount to the Buyer.

## 9. GOVERNING LAW

9.1. This Contract shall be governed by and construed under the **laws of Arkansas** without regard to conflicts of laws principles.

## 10. RESOLUTION OF DISPUTE

10.1. Any dispute, claim, or controversy arising from or in connection with this Contract, including any question regarding its existence, validity, or termination (hereinafter referred to as "Dispute") shall be settled by the Parties through friendly consultation. In case no conclusion is reached within thirty (30) calendar days, such a Dispute shall be submitted for a civil court decision in the venue and jurisdiction of the Governing Law.

10.2. The language for such court rulings shall be in American English.

## 11. MISCELLANEOUS

11.1. The contract enters into force upon its signing by both parties.

11.2. In the event the Buyer wishes to export the Goods out of the United States, the Buyer shall bear full responsibility for export applications and approvals under the rules of the United States Government and fully indemnifies the Seller (and all Parties associated with the Seller) from all liabilities or responsibility of U.S. Government export compliance.

Buyer: *RM*     Seller: *JF*

CONTRACT N° 06052024-01

11.3. All the supplements and amendments to this Contract shall be its integral part and considered to be valid if made in writing and signed by both Parties. All duly signed amendments to the present Contract are to be considered as its integral part.

11.4. Exchange of documents by facsimile confirmed by both sides has legal effect with obligatory submission of the original documents within 3 (three) days.

11.5. This document is allowed to sign both in writing and in electronic form, being subsequently transferred to e-mail. In the case of an electronic type, it retains all the force and the legal consequences of the original.

If documents are sent electronically by electronic means, the originals must be signed immediately, at the request of either party.

11.6. Neither Party shall be entitled to transfer the rights and obligations under the present Contract to any third Party without the written consent of the other Party.

11.7. After the present Contract has been signed, all previous negotiations and correspondence concerning the Contract are to be considered null and void.

11.8. The validity period of the present Contract is until the full and exhaustive completion of the obligations and undertakings of both parties.

11.9. The present Contract is signed in 2 copies in American English, one copy for either Party, with equal legal force.

11.10. Official days off and public holidays in the countries of the Parties of the present Contract are not working days and cannot be taken into account while performing the deliveries and shipments of the Goods and making the payments for the Goods.

11.11. All correspondence shall be made by and between the Parties in the American English language.

11.12. The following documentation will be provided for review at various stages of delivery:
   i. DD Form 1348 "Issue Release/Receipt Document".
   ii. Bill of Lading – Before Shipment.
   iii. Lot Codes of Munitions – If Applicable.
   iv. Total Weight of Chemical Explosive Composition.
   v. The United States Government Statement of Work for Demilitarization Procedures
   vi. DOD Manual 4160.28, V2 (Or latest revision)
   vii. Chemical Analysis, Walleye Explosive Fill.
   viii. Technical Specification Sheet
   ix. Material Safety Data Sheet (MSDS)
   x. Certificate of Compliance
   xi. Images of Munitions (Zoom Proof of Life Video)

**NOTE:** Deviations from the above is authorized. In the event the documentation review does not pass customer compliance this contract becomes null and void

11.13. Notices will be sent by the following ways:

   a. Any notice or other communication required under the Contract shall be in writing and shall be delivered in person, transmitted by email or similar means of recorded electronic communication, or sent by registered mail, charges prepaid.

Buyer                                                                                                          Seller

CONTRACT N° 06052024-01

## 12. LEGAL ADDRESSES OF THE PARTIES

**SELLER**

J Squad International, LLC
985 MC 5040
Yellville, AR 72687

Vice President – Justin Forbus
Email: Justin@jsquadinternational.com
Phone: +1 870 706 1782

**BUYER**

Tripwire South LLC
1475 Highland Avenue Road
Gettysburg, PA 17325

President: – Ryan J. Morris
Email: Ryan.Morris@tripwiresouth.com
Phone: +1 866 513 3313

## 13. ANNEXES TO THE PRESENT CONTRACT

- Annex 1:     Specification of the Goods and Prices
- Annex 1A:    PROforma Invoice
- Annex 1B:    Inspection and Delivery Schedule
- Annex 1C:    Technical Specifications
- Annex 2:     Acceptance certificate of Goods
- Annex 3:     Technical Acceptance (Inspection) Certificate
- Annex 4:     Non-Disclosure Non-Circumvent Agreement (NDNCA)

Buyer                                                                                         Seller

**CONTRACT N° 06052024-01**

**For the SELLER**

*DocuSigned by:*
*Justin Forbus*
695068E0BDC54D4...

**Signature**

| | |
|---|---|
| Name | Justin Forbus |
| Title | Vice President |
| Company | J Squad International |
| Date | 5/13/2024 |

**For the BUYER**

*DocuSigned by:*
*RYAN MORRIS*
9A413147F4F249A...

**Signature**

| | |
|---|---|
| Name | Ryan J. Morris |
| Title | President |
| Company | Tripwire South LLC |
| Date | 5/13/2024 |

CONTRACT N° 06052024-01

## ANNEX 1
## DESCRIPTION OF THE GOODS & PRICES

| N° | Product | Quantity Lbs | Delivery Months | Price US$/Lb | TOTAL Per Period |
|---|---|---|---|---|---|
|  | **Composition B Explosives** |  |  |  |  |
| 1 | Composition B Explosive | 220,000.00 (+/-5%) | 1 | $18.85 | $4,147,000 (+/-5%) |
|  | **TOTAL** |  | **1** | **$18.85** | **$4,147,000.00 (+/-5%)** |

NOTE: final payment will be calculated based on total explosive weight produced during the de-milling process and listed on the BOL.

NOTE: Rollovers and extensions are authorized based on mutual consent and product availability.

NOTE: Seller agrees that Buyer will retain first right of refusal on inventory availability.

PROFORMA INVOICE 06052024-01 Is attached in this Annex 1A.

Buyer                                                                                                 Seller

DocuSign Envelope ID: 8BB8D2E2-79D1-4472-BEAB-20E0FD53D4A3

CONTRACT N° 06052024-01

# ANNEX 1B
# DEVLIERY SCHEDULE

CLIN 1   QTY 220,000 LBS (+/-5%)                         30 BUSINESS DAYS AFTER DEPOSIT

CLIN 2   ROLLOVERS AND EXTENSIONS (RO/EX)   20 DAYS AFTER RO/EXT DEPOSIT

[Signature: JF]

[Signature: RM]

DocuSign Envelope ID: 8BB8D2E2-79D1-4472-BEAB-20E0FD53D4A3

**CONTRACT N° 06052024-01**

# ANNEX 1C
# TECHNICAL SPECIFICATIONS

*(REFER TO DOCUMENTATION PROVIDED IN SECTION 11.12 – LIST OF DOCUMENATION)*

Buyer

Seller

DocuSign Envelope ID: 8BB8D2E2-79D1-4472-BEAB-20E0FD53D4A3

# CONTRACT N° 06052024-01

## *(PLEASE SEE FULL ATTACHMENT SEPARATELY)*

KM
Buyer

JF
Seller

CONTRACT N° 06052024-01

## ANNEX 2
## ACCEPTANCE-TRANSFER CERTIFICATE

## ACCEPTANCE-TRANSFER CERTIFICATE

_____day_____2024

Present Certificate is made by authorized representatives of:
**Seller** J Squad International, LLC acting under the laws of the United States and the State of Arkansas.

**Buyer** Tripwire South LLC acting under the laws of the United States and the State of Florida.

To certify that Seller has handed over and Buyer has accepted Goods as per Annex 1 to the Contract No 06052024-01 signed [_____] 2024.

This Certificate is made in 4 authentic copies by: [_____]
2 copies for representatives of Seller and Buyer

**BUYER:**                                                **SELLER:**

«_____»_____2024                      «_____»_____2024

─DS                                                               ─DS
RM                                                                JF

Buyer                                                          Seller

Page **17** of 19

CONTRACT N° 06052024-01

## ANNEX 3

### TECHNICAL ACCEPTANCE (INSPECTION) CERTIFICATE

## TECHNICAL ACCEPTANCE, INSPECTION CERTIFICATE

_____ dd. _____ 2024

Authorized representer of Buyer [ ] which operates on the basis of Power Of Attorney (POA). N°[ ] dd. [ ] 2024.

AND

Authorized representer of Seller [ ], which operates on the basis of Power Of Attorney (POA) N° [ ] dd. [ ] 2024.
Checked-up accordance of nomenclature, amount, and quality of Goods that are indicated in Annex 1A and 1C to this Act, are supplied by contract N° 06052024-01 from dd. [ ] 2024.

Both Authorized representers confirm **accordance** of the afore-mentioned Goods to the requirements and terms of Contract N° 06052024-01 from dd. [_____] 2024.

Goods are packed in [_____] container places in accordance with the requirements of the Contract.

|  BUYER:  |  SELLER:  |
|---|---|
| _____ | _____ |
| «\_\_\_\_»_____2024 | «\_\_\_\_»_____2024 |

[DS signature: KM]      [DS signature: JF]
Buyer      Seller

**CONTRACT N° 06052024-01**

# ANNEX 4
## Non-Disclosure Non Circumvent Agreement (NDNCA)

*(PLEASE SEE FULL ATTACHMENT SEPARATELY)*

Buyer [RM]   Seller [JF]