

## Terms and Conditions

1. **Definitions** The following definitions will apply to all purchase orders:

   | | |
   |---|---|
   | Buyer | The legal entity affiliate of Tripwire South, LLC on the face of this Purchase Order. (Referred to as "TS", or "Buyer") |
   | Purchasing Agent | The only individual authorized to commit TS (the Buyer) |
   | Subcontractor, Supplier, Seller or Vendor | The legal entity to whom this Purchase Order (P.O. / Order) is issued |

2. **Certification of Independent Price Determination.** Seller certifies that the price(s) proposed have been arrived at independently, without consultation, communication, or agreement with any others for the purpose of restricting competition, and that Seller has not and will not knowingly disclose the price(s), directly or indirectly, to any other bidder.

3. **Payment Terms.** Unless otherwise specified in the Purchase Order, terms of payment are Net 30 days. The time allowable for payment shall begin after both: (a) Buyer's receipt of Seller's complete and correct invoice, and (b) delivery of acceptable supplies or performance of satisfactory services.

4. **Quantity.** It is Seller's responsibility to furnish the quantity of supplies/services called for in this Order. No variation in the quantity specified herein will be accepted as compliance with this Order. Buyer reserves the right to return excess shipments at Seller's expense.

5. **Invoices.** All invoices shall be submitted to TS Accounts Payable in strict accordance with TS's Payment Instruction(s).

6. **Assignment/Subcontracting.** Seller shall not assign this Purchase Order, or any rights, interest, or payments, or the performance of any of its duties under this Order without the prior written consent of Buyer. Except for standard commercial items, raw materials, or other supplies identified in Seller's proposal as procured from others, Seller shall not subcontract the complete or any substantial portion of the work without the prior written consent of Buyer. Any attempted or purported assignment/subcontracting by Seller without Buyer's prior written consent shall be void and not binding upon Buyer.

7. **Work on Buyer's or Buyer's Customer's Premises.** If this Order requires Seller to perform work on Buyer's or Buyer's customer's premises, Seller shall take all necessary precautions to prevent any injury to persons or damage to property during the progress of such work. Additionally, except to the extent that any injury to persons or damage to property is due solely and directly to Buyer's or its customer's fault or negligence, Seller agrees to indemnify Buyer and its customer against all loss or liability resulting from any act or omission of Seller, its employees, agents, or subcontractors.

8. **Gratuities.** Seller warrants that is has not offered or given, and will not offer or give to any employee, agent, or representative of Buyer, a payment, gratuity, or kickback for obtaining or rewarding favorable treatment by Buyer with respect to the terms, conditions, price, performance, or award of an Order. A breach of this warranty shall be considered a material breach of the Order and may result in Buyer's termination of the Order and/or notification to Buyer's customer of such breach.

**EXHIBIT "G"**



9. **No Extra Charges.** The total price payable to Seller shall be stated in this Purchase Order. The price shall not be increased to cover any future seller price increases and shall be inclusive of packing, packaging, and cartage, premium transportation charges, reusable containers, service or carrying charges, permits, fees, and licenses, or any other charges whatsoever unless specifically agreed to in writing by Buyer.

10. **Unauthorized Changes to Supplies/Services.** Upon Buyer's approval of Seller's drawings, designs, specifications, etc., Seller shall make no changes affecting form, fit, or function of the supplies without Buyer's prior written approval. Any approvals by Buyer shall not relieve Seller of responsibility for any errors or deficiencies that may exist, or for performing the work and furnishing the supplies/services in strict accordance with the Purchase Order requirements.

11. **Permits, Fees, and Licenses.** Except as may be otherwise provided in this Order, Seller shall obtain and pay for all permits, fees, and licenses required for the work at no additional charge to Buyer.

12. **Stop-Work Order.** Buyer may, at any time, by written notice to Seller, stop all or any part of the work hereunder for up to ninety (90) days. Upon receiving a stop-work order, Seller shall immediately comply with its terms and take all reasonable steps to avoid incurring any additional costs allocable to such work. If the stop work order results in an increase in price or schedule, the Seller must submit a claim for equitable adjustment within thirty (30) days after the resumption of work.

13. **Termination for Convenience.** Buyer reserves the right, at any time, in its own best interest, and without liability, to terminate this Agreement in whole or in part, by written notice of termination for convenience to Seller. Buyer shall pay Seller only for Products/Services satisfactorily delivered and accepted up to the date of termination, at the price indicated in the applicable Purchase Order or Agreement.

14. **Termination for Default.** Buyer may, without liability, and in addition to any other rights or remedies provided herein or by law, terminate this Order in whole or in part by written notice of default if Seller; (a) fails to deliver the supplies or perform the services within the time specified; (b) fails to make sufficient progress with the work, thereby endangering completion of performance within the time specified; or (c) fails to comply with any of the other instructions, terms, or conditions of the subcontract. Buyer's right to terminate for default may be exercised if Seller does not cure the failure within ten (10) days after receiving Buyer's notice of such failure. Default involving delivery schedule delays, bankruptcy or adverse change in financial condition shall not be subject to the cure provision. If Buyer terminates this Order in whole or in part, Buyer may purchase similar supplies or services from others and Seller shall be liable for any additional costs above the original price for the terminated supplies/services. In the event of a partial termination, Seller shall continue the work not terminated. Seller shall not be liable for any additional costs if failure to perform arises from causes beyond Seller's or Seller's subcontractor's control and without fault or negligence of either of them; provided, however, that the supplies/services to be furnished by Seller's subcontractor (at any tier) were not obtainable from others in time for the Seller to meet the Order delivery requirements. Buyer may withhold from any payments due Seller, any sum necessary in order to protect Buyer against any liability or expenses due to the termination for default. Seller shall provide any supporting information necessary to document the reasonableness of Seller's termination for default claim.

15. **Acceptance of Purchase Order.** This Purchase Order supersedes all written or verbal representations and agreements between the parties with respect to the subject matter hereof and becomes a binding agreement, subject to the specific terms and conditions stated herein, upon Seller's acceptance by acknowledgment or commencement of work.

16. **Applicable Law and Disputes.** Regardless of the place of execution or performance of this contract, all disputes between the parties (including without limitation, any controversy, dispute, or other matter arising out of, relating to, or connected with this contract or its performance) shall be governed according to the laws of the Commonwealth of Pennsylvania, without regard to its rules on choice or conflict of laws. Even if a dispute arises, Seller shall proceed diligently with performance of this contract and in accordance with Buyer's instructions. Disputes shall be resolved in a court of competent jurisdiction in the Commonwealth of Pennsylvania, United States.



17. **Compliance with Laws.** Seller shall comply with all applicable federal, state, and local laws, rules, regulations and orders in effect on the date of this Order, including, but not limited to applicable health and safety laws, minimum wage laws, and laws prohibiting discrimination against persons or classes of persons.

18. **Setoff.** Buyer shall have the right at all times to setoff any amount due or payable to Seller hereunder against any claim or charge Buyer may have against Seller.

19. **Taxes.** The price of the supplies/services procured hereunder includes all applicable federal, state and local taxes and duties unless otherwise stated in the Purchase Order.

20. **Title and Risk of Loss.** Title to all materials, supplies, equipment, or data shall pass to the Buyer immediately upon payment for such items. Seller shall not permit liens of any kind to be placed against such items in which title has vested to Buyer. Unless otherwise provided in this Purchase Order, the F.O.B. point shall be the delivery destination indicated in this Order, and risk of loss or damage shall pass to Buyer upon Buyer's acceptance of the supplies regardless of where Buyer takes physical possession. If the F.O.B. point is designated as the Seller's location, then title and risk of loss or damage to the supplies shall pass to Buyer upon Seller's delivery of the supplies to the carrier.

21. **Information Disclosed to Buyer.** Any information or knowledge Seller discloses to Buyer regarding this Order shall not be deemed confidential or proprietary unless expressly agreed upon by the parties in writing.

22. **Public Release of Information.** No public release of information, news release, announcement, advertisement, denial or confirmation of this Order or the subject matter hereof, shall be made without Buyer's prior written approval.

23. **Patent, Copyright, and Trademark Indemnity.** Seller agrees to indemnity, defend, and hold harmless Buyer, its officers, agents, and employees, its customer and its officers, agents, and employees, and those for whom Buyer may act as agent, from any costs, expenses, damages, or liability that Buyer may incur as a result of any proceedings charging infringement of any patent, copyright, or trademark out of the manufacture or delivery of supplies, the performance of services, the construction, alteration, modification, or repair of real or personal property, or the sale or use of any supplies/services/data furnished by Seller. Seller shall have no liability, regarding alleged patent infringement for supplies furnished to Buyer in accordance with Buyer's design specifications.

24. **Warranty of Supplies/Services.** Seller warrants that all supplies/services furnished under this Purchase Order shall conform to the Buyer's drawings, specifications, or other description and will be of good material and workmanship and free of defects. Seller further warrants that the supplies/services will meet Seller's published specifications and standards, will be new (not used or reconditioned), merchantable and suitable for the purpose intended. These warranties shall survive inspection, acceptance, and payment. Supplies/services that do not conform to the above warranties may, at any time within twelve (12) months after delivery to Buyer, may be rejected and returned to Seller, at Seller's expense, for correction or replacement. If Seller does not promptly correct or replace same, Buyer may correct or replace the nonconforming supplies/services at Seller's expense. The forgoing warranties are in addition to all other warranties expressed or implied by law. All warranties are transferrable to Buyer's customer and the U.S. Government.

25. **Changes.** Buyer's Purchasing Agent may, at any time, in writing, make changes to this Order. If any such change causes an increase or decrease in the cost or time required for performance of the work, the price (or cost and fee) and/or delivery schedule shall be equitably adjusted and the Purchase Order so modified. Seller must notify the Buyer's Purchasing Agent of Seller's intent to request equitable adjustment within ten (10) days of Seller's knowledge of the change. The Seller shall submit any request for adjustment to Buyer within twenty (20) days following receipt of Buyer's written Change Order. Failure of the parties to agree to an adjustment shall be considered a dispute under the Disputes clause hereof; however, pending resolution of any dispute, Seller shall immediately proceed with the work as changed.



26. **Waiver of Rights.** Failure of either party to insist on performance of any provision of this Order shall not be construed as a waiver of that provision or a waiver of Buyer's or Seller's right to require compliance with such provision in any later instance. If any provision of this Order is found to be illegal or unenforceable under law, that provision shall be deleted; however, all other provisions of this Order shall not be affected thereby, and shall remain in full force and effect.

27. **Insurance.** Supplier/ Subcontractor/ Vendor, from the time of start of the Services hereunder until completion of the Services, shall provide at its own expense and maintain in effect the following types and amounts of insurance with terms and with insurance companies satisfactory to TS:



Workers' Compensation Liability: As required by applicable law.

Commercial General Liability: The Seller, and their Sellers, as applicable, shall provide commercial general liability insurance covering bodily injury, property damage, advertising, and personal injury liability, including contractual liability coverage, written on a comprehensive form of policy with a limit of at least $1,000,000 per occurrence, $1,000,000 general liability aggregate and $1,000,000 products/completed operations aggregate. Coverage may not be limited to the territory or regions provided in the SOW.

Certificate(s) of Insurance: If requested, the Seller shall furnish the Buyer with a current certificate of insurance as evidence of the insurance required, within five (5) calendar days after execution of this subcontract. Seller shall maintain insurance coverage during the performance of this Order.

28. **Indemnification.** The Seller shall indemnify, defend, and hold harmless Buyer, Buyer's customers, and each of Buyer's owner(s), affiliates, directors, officers, employees and agents from all damages, claims, liabilities, losses, demands, causes of action, law suits and expenses (including reasonable attorney's fees) arising out of or relating to any claims, causes of action, lawsuits or other proceedings, regardless of legal theory, to the extent resulting from Seller's (or any of Seller's subcontractors, suppliers, employees, agents or representatives): (i) its negligence, fraud or willful misconduct in entering into or performing under this Agreement; (ii) products or services including, without limitation any claims that such products or services infringe any United States patent, copyright, trademark, trade secret, or any other proprietary right of any third party or; (iii) any breach of any representation, warranty, or covenant made herein.

29. **Force Majeure**
Neither party shall be responsible for its delays or failure to perform due to causes beyond its reasonable control such as acts of God, fire, theft, flood, war, strike, earthquake, riot, disease, epidemic, quarantine, embargoes or acts of civil or military authorities. If performance of Services and or delivery of Goods is to be delayed by such contingencies, Seller shall immediately notify Buyer in writing. Buyer has the right to terminate all open orders impacted by the force majeure and procure from alternate Sellers. If Buyer terminates under this section, its sole liability will be to pay any balance due for conforming Goods or Services delivered by Seller before Seller's receipt of Buyer's termination notice.

30. **Limitation of Liability.**
SELLER AGREES THAT BUYER AND ITS AFFILIATES AND THEIR RESPECTIVE OWNERS, OFFICERS, DIRECTORS, EMPLOYEES, CONTRACTORS AND AGENTS SHALL NOT BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, AND EXEMPLARY DAMAGES (INCLUDING, BUT NOT LIMITED TO, LOST PROFITS, LOST REVENUES, LOST BUSINESS OPPORTUNITIES, AND LOSS OF OR CORRUPTION OF DATA) ARISING OUT OF OR RELATING TO SELLER'S PERFORMANCE OF THIS SUBCONTRACT OR SELLER'S BREACH OF ANY TERM OR CONDITION OF THIS SUBCONTRACT, REGARDLESS OF THE LEGAL THEORY UNDER WHICH SUCH DAMAGES ARE SOUGHT. BUYER'S CUMULTIVE LIABILIY TO SELLER SHALL BE THE CONTRACT VALUE OF THE GOODS GIVING RISE TO THE CLAIM UNDER THIS ORDER.

31. **Order of Precedence.** The following descending order of precedence shall apply in the event of an ambiguity, discrepancy, or conflict in the documents comprising this Purchase Order: (a) the face of the Purchase Order, (b) these terms and conditions, (c) the Statement of Work, (d) the technical specification, (e) the drawing(s), and (f) any other documents referenced or appended to the Purchase Order. However, in the event of an ambiguity, discrepancy, or conflict in any of the technical requirements of drawings, Seller shall immediately consult Buyer for a resolution.



**33. Entire Agreement.** This Purchase Order constitutes the entire agreement between Buyer and Seller regarding this procurement and supersedes all previous written or oral agreements and commitments. No terms or conditions of sale set forth in Seller's quotation or acknowledgment shall be included as a part hereof, nor shall any prior course of dealing, custom, or usage in the trade supersede or modify any Purchase Order provisions. Any subsequent additions, deletions or modifications to this agreement shall not be binding upon the parties unless same are mutually agreed upon and incorporated herein in writing.



**Purchase Order:** TS-COMPB-1
**Document Date:** February 21, 2024

**Tripwire South, LLC**

1475 Highland Avenue Road
Gettysburg, PA 17325

**BUY FROM :** Bonetti Explosives

Matt Barnett
PO Box 116
Columbus, Texas 78934
979-739-5597

| Year | No. | Description | Quantity LBS | Unit of Measure | Unit Cost (USD/kg) | Line Amount | Delivery period |
|---|---|---|---|---|---|---|---|
| 1 | TS-2025-220 | Comp-B Explosive, Demilled | 260,000 | LBS | $ 18.57 | $ 4,828,200 | March 2025 |

Total (USD)    $4,828,200.00

### This Purchase Order assumes the following:

1) **Quote Reference:** Bonetti Explosives, Invoice #9004-A.
2) **Tripwire South, LLC** terms and conditions shall apply to this purchase order.
3) If the reclaimed or demilitarized Comp B does not meet performance specifications or fails to function as intended, the purchaser reserves the right to cancel this Purchase Order without penalty, and the cost of the material shall be fully refunded.