

**TRIPWIRE GROUP OF COMPANIES**

---

July 19, 2024

Michael Hrobuchak
President
Bizzell Corporation
1712 Pioneer, Ste 135
Cheyenne, WY 82001

Dear Mr. Hrobuchak:

The purpose of this letter is to demand payment in full for all ordered powders and other energetics as well as removal of all powders and items ordered and paid in full no later than (NLT) July 31, 2024. All items ordered but not paid in full shall be considered abandoned.

Tripwire has repeatedly entered into agreements with you, personally, to acquire various energetics and bulk explosives, repeatedly detrimentally relied on the principle of good faith dealing by you, and repeatedly suffered real damages due to your inability or unwillingness to follow through and honor your obligations incurred.

At various times, you have ordered M1, M6, M26, and M30 powders, Black Powder, Comp B, and demanded that Tripwire share intellectual property with you so that you would have access to the proprietary mix for TexPak, a liquid binary explosive. In fact, regarding the M powders, on May 20, 2024, you stated via text that you wanted "all the powder" and specifically listed M1, M26, and M30 ostensibly to clarify what you were referring to when you ordered "all the powder." In addition, you stated you wanted the M6 powder and so, this order consisted of M1 = 226,716lbs total, M6 = 95,920lbs total, M26 = 25,950lbs total at costs of $20.50/lbs for a total of $10,022,573.00 for the 488,906lbs of various powders (Please see attached invoice dated 6-07-24). While you inexplicably did pay for the M6 powder (Please see attached invoice dated 6-11-24), this was after you had agreed to all the powders, Tripwire procured them on your behalf, and then you attempted to renege on the deal. Specifically, you stated that the M30 powder was unsatisfactory despite reviewing the certificate of analysis and agreeing that the powder was not only acceptable but reaffirming your desire to buy it. In our good faith, a revised invoice was sent to you on 6-11-24, removing the M30 from your order. The M6 is the only item to be paid for to date, despite repeated requests for payment by Tripwire and repeated assurances the money was coming by you. This is simply not true.

You also ordered 75,000lbs of Black Powder, then ordered a subsequent 20,000lbs of Black Powder, 1 Lb. "Red Snake" Configuration. The first order was paid for in full whereas the second has not been paid (Please see attached invoices, dated 4-16-24 and 6-03-24, respectively).

With respect to the Comp B, you instructed Tripwire to procure, for your benefit, 220,000lbs per month for five (5) years at a current monthly cost of $4,840,000. You were invoiced on May 15th, 2024 and have yet to pay for any of it. Although you attempted to change the delivery of your order to an initial 41,407lbs (Please see attached invoice, dated 6-07-24), you did not cancel your order until July 12th, 2024, long after Tripwire had once again gone to lengths to procure it for you.

Tripwire now clearly understands you never intended to honor your obligations and also realizes collecting monies owed by you and Bizzell will be exceedingly arduous. Throughout this relationship, Tripwire has fully performed each of its duties whereas Bizzell has repeatedly failed to perform at all. Indeed, other than paying for the M6 and initial Black powder order, Bizzell has not paid for anything in full and has a large balance outstanding.

1475 Highland Avenue Road, Gettysburg, PA 17325
866-513-3133 | www.tripwiresouth.com | staff@tripwiresouth.com

**EXHIBIT "H"**

Additionally, the products ordered by Bizzell have been delivered to Tripwire Headquarters where they are being stored at additional costs for armed security. Storing customer product(s) for an extended period of time was never contemplated by the Parties, much less agreed upon.

Therefore, be advised that this letter serves as formal notice to collect the remaining balance of $5,339,653.00 owed for orders placed. Any monies paid to date have been allocated for purchase of the agreed upon products and have been applied to the total outstanding balance and though you have repeatedly harassed Tripwire personnel seeking a refund, Tripwire fully performed and is entitled to you completing your obligations regarding payment. All products being stored must be removed from Tripwire's storage facilities within fifteen (15) days from receipt of this notice or else they will be considered abandoned for inaction to move them. Finally, Tripwire hereby expressly revokes all authorization for, without limitation, Bizzell, its officers, agents, sub-contractors and subsidiaries to operate under Tripwire's ATF authority.

If full payment is not made prior to COB July 31st, 2024, and arrangements made to completely remove ordered product from Tripwire's storage facilities, Tripwire shall avail itself of any remedy at equity and at law to press its rights in this matter. Please give this matter your prompt attention.

This is the address that you listed and is the address that I will be using to correspond with you unless I am given updated information; which I have not been given up to this point. You may contact me if you have any questions or need additional information. I can be contacted by phone at 717-648-2792. I can be contacted via e-mail at ryan.morris@tripwiresouth.com.

Sincerely,

*[signature]*

Ryan Morris

President, Tripwire Group of Companies

Attachments