

**From:** "josh.mills@tripwireops.org" <josh.mills@tripwireops.org>
**Subject: Re: Operating Agreement for TripWireSouth**
**Date:** June 29, 2021 at 10:58:23 PM EDT
**To:** "Ryan J. Morris" <rjm@tripwireops.org>

The parts I can comprehend make sense and look good. I would just ask that my name be listed as Joshua instead of Josh.

Regards,

**Joshua Mills**
Vice President of Operations
Tripwire Operations Group
1685 Baltimore Pike
Gettysburg, PA 17315
888-330-7015

*Sent from my mobile device - please excuse any grammatical or spelling errors.*

On Jun 29, 2021, at 17:59, Ryan J. Morris <rjm@tripwireops.org> wrote:

Thoughts?

Begin forwarded message:

**From:** <charles.arant@tripwiresouth.com>
**Subject: Operating Agreement for TripWireSouth**
**Date:** June 29, 2021 at 4:21:15 PM EDT
**To:** "Ryan J. Morris" <rjm@tripwireops.org>, <Susan.boully@tripsouth.com>

1

**EXHIBIT "I"**

Ryan,

Take a look at this and let me know what you think.
To reduce any possible tax issue I figured we could start with $50 per percent for the initial buy in.

R,

Charles