

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives
Federal Explosives Licensing Center (FELC)
www.atf.gov

Federal Explosives Licensing Center
244 Needy Road
Martinsburg, West Virginia 25405
telephone: (877)283-3352  fax: (304)616-4401

03/08/2022

# NOTICE OF CLEARANCE
## for individuals transporting, shipping, receiving, or possessing explosive materials.

**ISSUED TO:** TRIPWIRE SOUTH LLC
**NOTICE DATE:** 03/08/2022

Federal Explosives license/permit no.: █████████
**Expiration Date:** April 1, 2025
Explosives License/Permit Type: 20-MANUFACTURER OF EXPLOSIVES

**EXPIRATION DATE:** This Notice expires when superseded by a newer Notice which will list all current responsible persons and employee possessors, or when the license or permit expires - whichever comes first.

❶ **WARNING.** Only those individuals listed below as RESPONSIBLE PERSONS and EMPLOYEE POSSESSORS with a background clearance status of "CLEARED" or "PENDING" are authorized to transport, ship, receive, or possess explosive materials in the course of employment with you.

❷ **"DENIED" STATUS.** If an employee possessor has a background clearance status of "DENIED", you MUST take immediate steps to remove the employee from a position requiring the transporting, shipping, receiving, or possessing of explosive materials. Also, if the employee has been listed as a person authorized to accept delivery of explosive materials, you MUST remove the employee from such list and immediately, and in no event later than the second business day after such change, notify distributors of such change, as stated in 27 CFR 555.33(a).

❸ **CHANGE IN RESPONSIBLE PERSONS.** You MUST report any change in responsible persons to the Chief, Federal Explosives Licensing Center, within 30 days of the change and new responsible persons MUST include "appropriate identifying information" as defined in 27 CFR 555.11. Fingerprints and photos are NOT required, however they will be required upon renewal of the license or permit.

❹ **CHANGE OF EMPLOYEES.** You MUST report any change of employee/possessors to the Chief, FELC, within 30 days. Reports relating to newly hired employees must be submitted on ATF Form 5400.28 for EACH employee.

**Premises Address:** 1350 WILKINS ROAD
DUETTE, FL 34219

**Mailing Address:**
TRIPWIRE SOUTH LLC
1701 NORTH 20TH STREET SUITE B
TAMPA, FL 33605

This 'Notice of Clearance' is provided to you as required by 18 U.S.C. 843(h) and MUST be retained as part of your permanent records and be made available for examination or inspection by ATF officers as required by 27 CFR 555.121. If you receive a Notice subsequent to this Notice, this Notice will no longer be valid.

In accordance with 27 CFR 555.33, Background Checks and Clearances, and 27 CFR 555.57, Change of Control, Change in Responsible Persons, and Change of Employees, ATF's Federal Explosives Licensing Center (FELC) has conducted background checks on the individual(s) you identified as a responsible person(s) and an employee/possessor(s) on your application, or reported after the issuance of your license/permit.

The following is a SUMMARY of the results of the background checks conducted on the individuals you reported as responsible persons and employee/possessors. ATF will be notifying ALL individuals listed on this document of their respective status by separate letter mailed to their residence address.

**PLEASE BE ADVISED THAT IT IS UNLAWFUL FOR ANY PERSON REFLECTING A STATUS OF "DENIED" TO TRANSPORT, SHIP, RECEIVE, OR POSSESS EXPLOSIVE MATERIALS.**

Please carefully review this Notice to ensure that all the information is accurate. If this Notice is incorrect, please return the Notice to the Chief, FELC, with a statement showing the nature of the error(s). The Chief, FELC, shall correct the error, and return a corrected Notice.

**Number of RESPONSIBLE PERSON(S):** 3
**Number of EMPLOYEE POSSESSOR(S):** 0

| LAST NAME, First Name, Middle Name | Clearance Status | LAST NAME, First Name, Middle Name | Clearance Status |
|---|---|---|---|
| **RESPONSIBLE PERSONS:** | 3 | continued | |
| 0001 ARANT, CHARLES FRANKLIN | Cleared | | |
| 0002 BOULLY, SUSAN MARLOWE | Cleared | | |
| 0003 MORRIS, RYAN JOHN | Cleared | | |
| **EMPLOYEE POSSESSORS:** | 0 | | |

**EXHIBIT 'K'**