

**EXHIBIT "M"**

Begin forwarded message:

**From:** <charles.arant@tripwiresouth.com>
**Subject: RE: ATF Form**
**Date:** March 25, 2021 at 9:20:11 AM EDT
**To:** "'Ryan John Morris'" <ryan.morris@tripwiresouth.com>


-----Original Message-----
From: Ryan John Morris <ryan.morris@tripwiresouth.com>
Sent: Wednesday, March 24, 2021 1:04 PM
To: <charles.arant@tripwiresouth.com> <charles.arant@tripwiresouth.com>
Subject: Re: ATF Form

I will fill it in.
:)


> On Mar 24, 2021, at 12:45 PM, <charles.arant@tripwiresouth.com> <charles.arant@tripwiresouth.com> wrote:
>
> Hey on the ATF Form what do I put in Questions 14-16?
>
> -----Original Message-----
> From: Ryan John Morris <ryan.morris@tripwiresouth.com>
> Sent: Tuesday, March 23, 2021 11:56 AM
> To: <charles.arant@tripwiresouth.com>
> <charles.arant@tripwiresouth.com>; Susan Boully <susan.boully@tripwiresouth.com>
> Subject: ATF Form

1

Please fill this out so I can get you on the ATF license as EP's for now.

Thanks!