**Patrick Blair**

| | |
|---|---|
| **From:** | ryan.morris@tripwiresouth.com |
| **Sent:** | Saturday, September 6, 2025 6:00 PM |
| **To:** | Joshua Mills; Patrick Blair |
| **Subject:** | Fwd: Checking in after the storm |

Patrick, This email from ATF is to Charles and Susan...note the email addresses. Charles is using his Tripwire South email.

Begin forwarded message:

**From:** <charles.arant@tripwiresouth.com>
**Subject: RE: Checking in after the storm**
**Date:** October 7, 2022 at 9:41:36 AM EDT
**To:** "'Rickard, Sarah T.'" <Sarah.Rickard@atf.gov>
**Cc:** "Susan Boully" <susan.boully@tnara-group.com>, <ryan.morris@tripwiresouth.com>

Sarah,

Pleased to meet you. We are good. A little of flooding on the property but all of our magazines and buildings are high and dry.

Thank you

Charles

**From:** Rickard, Sarah T. <Sarah.Rickard@atf.gov>
**Sent:** Friday, October 7, 2022 7:40 AM
**To:** CHARLES.ARANT@TRIPWIRESOUTH.COM
**Subject:** Checking in after the storm

Hello,
My name is Sarah Rickard, I am an Investigator with ATF, we have been tasked to check in with all of our FFL's to see if you and your business, records and inventory are okay after the storm. Please let me know as soon as possible.
Regards,

*Sarah T. Rickard*

Industry Operations Investigator
Bureau of Alcohol, Tobacco and Firearms
Cell: 336-500-3189

1

**EXHIBIT "N"**



---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.