Michael Hrobuchak

Keep this one as block  3:11 PM

Understood  3:12 PM

📞 Incoming voice call · 4:40 PM

Call Back


5:39 PM

That's it lol  5:41 PM

Get one more of from a further back view  6:28 PM

Will do.. that was a chunk they cut for me.  6:32 PM

I can grind it up Mike... it's easy.. I'll send a picture of it tomorrow as well  6:43 PM

Wed, Jun 5

I just need a picture all packaged that's it  4:01 AM

I won't have that until it's ready to move.

They are in boxes and being repacked from storage for the appropriate ex number

That's the 20 days from the time of payment.

Sorry just woke up and headed to gym with my sons  7:47 AM

I just need one or two photos of the pallets packed

Even if they are older photos  8:20 AM



**EXHIBIT "O"**