**Tripwire South, LLC.**
1475 Highland Avenue Road
Gettysburg, PA  17325 USA
+17176482792
staff@tripwiresouth.com
https://www.tripwiresouth.com



| BILL TO | SHIP TO |
|---|---|
| Bizzel Corporation | TBD |
| 1712 Pioneer | |
| Ste 135 | |
| Cheyenne, WY  82001 USA | |

Invoice # 1598

DATE 04/16/2024   TERMS Due on

DUE DATE 04/16/2024

**SHIP VIA**
Best Way

PAID

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | HE-CUSTOM | Black Powder "Snake Charges" and "Spots" for 155mm Projectile, Per Lb<br>UN 0027<br>1.1D<br>PG II | 55,000 | 15.00 | 825,000.00 |
| | HE-CUSTOM | Black Powder, Straight 50 Lbs per 4G Container For specific use in the 155mm Projectile<br>UN 0027<br>1.1D<br>PG II | 20,000 | 10.00 | 200,000.00 |

Thank you for your business!

PAYMENT   1,025,000.00

TOTAL DUE   $0.00

**EXHIBIT "Q"**