**Tripwire South, LLC.**
1475 Highland Avenue Road
Gettysburg, PA  17325 USA
+17176482792
staff@tripwiresouth.com
https://www.tripwiresouth.com



| BILL TO | SHIP TO |
|---|---|
| Bizzell Corporation | Bizzell Corporation |
| 1712 Pioneer | 1712 Pioneer |
| Ste 135 | Ste 135 |
| Cheyenne, WY  82001 USA | Cheyenne, WY  82001 USA |

Invoice # 1616

DATE 05/15/2024    TERMS Due on

DUE DATE 05/15/2024

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | HE-COMPB-1 | Comp-B, Flake, 1 Lb | 220,000 | 22.00 | 4,840,000.00 |

| | TOTAL DUE | $4,840,000.00 |
|---|---|---|

**EXHIBIT "R"**