**Tripwire South, LLC.**
1475 Highland Avenue Road
Gettysburg, PA 17325 USA
+17176482792
staff@tripwiresouth.com
https://www.tripwiresouth.com



| BILL TO | SHIP TO |
|---|---|
| Bizzell Corporation | Customer to Arrange |
| 1712 Pioneer | |
| Ste 135 | |
| Cheyenne, WY 82001 USA | |

Invoice # 1629

DATE 06/07/2024   TERMS Due on

DUE DATE 06/07/2024

**SHIP VIA**
Customer to Arrange

PAID

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | HE-COMPB-1 | Composition B, Pound | 41,407 | 22.00 | 910,954.00 |

PAYMENT   910,954.00

TOTAL DUE   $0.00

**EXHIBIT "S"**