**Tripwire South, LLC.**
1475 Highland Avenue Road
Gettysburg, PA  17325 USA
+17176482792
staff@tripwiresouth.com
https://www.tripwiresouth.com

| BILL TO | SHIP TO |
|---|---|
| Bizzell Corporation | Bizzell Corporation |
| 1712 Pioneer | 1712 Pioneer |
| Ste 135 | Ste 135 |
| Cheyenne, WY  82001 USA | Cheyenne, WY  82001 USA |

Invoice # 1628

DATE 06/07/2024    TERMS Due on

DUE DATE 06/07/2024

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| HE-CUSTOM | M-Powder Volume list<br>M1 = 226,716 lbs<br>M6 = 95,920 lbs<br>M26 = 25,950 lbs<br>M30 = 140,320 lbs | 488,906 | 20.50 | 10,022,573.00 |

TOTAL DUE    $10,022,573.00

**EXHIBIT "T"**