DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



# CONTRACT AGREEMENT
# N° 07052024-01

## BETWEEN

## Tripwire South, LLC

## AND

## J Squad International, LLC

DS RM
Buyer

DS JF
Seller



EXHIBIT "V"

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9

**CONTRACT N° 07052024-01**

**Tripwire South LLC an American company having its address at (1475 Highland Avenue Road, Gettysburg, PA 17325) represented by Mr. Ryan J. Morris hereinafter referred to as the "Buyer",**

**J Squad International, LLC, a Company having its address at 985 MC 5040, Yellville, AR 72687 represented by Mr. Justin Forbus acting based onthe bylaws of its enterprise hereinafter referred to as "Seller" with both Parties hereinafter referred to as "Parties".**

The Parties concluded the present Contract (hereinafter referred to as "Contract") for the following:

## 1. SUBJECT OF THE CONTRACT

1.1. The Seller sells and the Buyer buys products (hereinafter referred as the "Goods") in quantity and at the price according to the **Annex 1** to this Contract.

1.2. The Seller agrees to offer the products for inspection in accordance with the schedule mentioned in **Annex 1B.**

1.3. Buyer agrees to accept Goods and pay its cost in accordance with the terms of this Contract.

1.4. The Buyer acknowledges and agrees that possesses the license(s) to transact supporting the acquisition of Goods sold herein and must present said license(s) at the time of closing.

1.5. The Buyer acknowledges and agrees that the documentation provided in Section 11.12 is the defining documentation of this agreement. Buyer, once reviewed and approved, agrees to the condition that this contract is "As Is" and final.

1.6. This agreement allows for rollovers, extensions and volume increases at a fixed price listed in **Annex 1** based upon the availability to supply.

1.7. The Buyer agrees to the standard terms and conditions of a Non-Disclosure Non-Circumvention Agreement (NDNCA) in accordance with the Arkansas Uniform Trade Secrets Act (AUTA) **Annex 4.**

1.8. Spelling errors, typos, or grammatical mistakes will not remove nor replace the intent of the contract details.

DS RM

Buyer



Seller

## 2. QUANTITY AND QUALITY OF THE GOODS

2.1. Seller will supply Goods according to the quantity, nomenclature, and volume as described in **Annex 1** to this Contract.

2.2. All goods must meet the technical specifications of plant – manufacturer, as detailed in **Annex 1C**.

## 3. PRICE, TOTAL COST OF THE CONTRACT AND TERMS OF PAYMENT

3.1. The prices for the Goods being delivered under the present Contract are indicated in **Annex 1** and are set in **US Dollars**. The prices are fixed and set for delivery EXW according to INCOTERMS-2020 (latest revision applies).

Unit prices are firmed and fixed and will not be subject to any increase or decrease.

Total Quantities may vary by +/-10% based on the actual quantities cleared after de-milling.The total sum will be increased or decreased accordingly.

3.2. Payments for the Goods under this Contract shall be made by the Buyer in USDs by direct bank transfer as follows:

a. <u>TERMS OF PAYMENT</u>

**SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| | TOTAL | | | | **$8,608.750.00 (+/-10%)** | |
| | | | | | | |
| | | | | | | |
| - | Deposit Payment (Contract Signing) | | $75,000.00 (NON-REFUNDABLE) | | $75,000.00 | |
| - | Fifteen (15) Business Days after contract signing | | 2nd Milestone | 90% | $7,747,875.00 | |
| - | After Weight upon Packing (Bill of Lading) | | Before Release | 10% | $785,875.00 (+/- 10%) | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**<u>DOWN PAYMENT – EARNEST FUNDS</u>**

- Payment(s):
  - **Down payment is 100% non-refundable. By submitting the Earnest Funds the Client has agreed to the technical compliance as signed in Annex 3 and understands this is non-refundable under any circumstances.**



Buyer

Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



**SECOND PAYMENT - 90% OF THE TOTAL AMOUNT OF THE ORDER PAID**

- Payment of 90%:
  - Ninety percent (90%) of the ***Total Amount of the Order is*** to be made by Direct BankTransfer within fifteen (15) business days after contract signature.

**THIRD PAYMENT - 10% OF THE TOTAL AMOUNT OF THE ORDER PAID**

- Payment of 10%:
  - 10% of the ***Total Amount of the Order is*** to be made by Direct BankTransfer before Goods are released from the Sellers facilities.
    - Partial shipments and payments are authorized.
  - The final price will be based on the total weight of the packaging.

b. SHIPPING DATES

Availability of the Goods sold under the contract will be made after the 2nd milestone payment has been completed. The Goods will be made available within a reasonable timeframe to allow for labor to properly transfer Goods for ground transportation from the Sellers warehouse (EXW INCOTERMS 2020). All shipping costs and insurance for ground transportation are the responsibility of the Buyer.

3.3. The shipping is planned and scheduled as indicated in **Annex 1B** - DELIVERY SCHEDULE.

DS RM
Buyer

DS JF
Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



## 4. BASIC TERMS AND CONDITIONS OF DELIVERY

4.1. The Goods under the present Contract shall be delivered on terms EXW warehouse according to INCOTERMS-2020, with the latest amendments and revisions applicable.

4.2. Acceptance-transfer of the Goods shall be made at the Sellers (OEM Manufacturer/Distributor) warehouse, by authorizedrepresentatives of the Buyer with the signing of Acceptance - Delivery Certificate of Goods as described in Annex 2. All risks of loss and damage to goods shall be transferred from one Party to another in accordance with the basic terms of delivery EXW warehouse in accordance with INCOTERMS – 2020, and after signature Acceptance Transfer Certificate **Annex 2 and Annex 3.**

4.3. The Seller shall inform the Buyer about the readiness of the Goods for delivery within five (5) days before the scheduled date of the delivery. The Parties shall agree the exact date of deliveryof the Goods by e-mail.

4.4. The authorized representatives of the Buyer should have the official documents (Power of Attorney) verifying their right to sign the Acceptance - Delivery Certificate, as described in **Annex 2** and the Certificate of Technical Inspection of the Goods as described in **Annex 3** at the designated delivery address.

4.5. Either Party may, at any time, for cause terminate this Contract with not less than ninety (90) days advanced written notice to the other Party describing the reason for termination and allowing the other Party reasonable time to cure any defects or minor breach of the contract. Material breaches by either Party shall serve as grounds for immediate termination to this Contract. Failure by a Party to immediately exercise its rights to termination shall not act as a waiver of such rights, which are hereby expressly reserved. A material breach of contract is defined as: A "material breach" is one that substantially defeats the purpose of the contract, or relates to an essential element of the contract, and deprives the injured party of a benefit that he or she reasonably expected by entering into said Contract.

DS RM
Buyer

DS JF
Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



4.6. The Seller, together with the Goods, shall provide the following documents for each lot of the Goods:

- - Invoice – 2 originals.
- - Packing list – 2 originals.
- - Acceptance - Delivery Certificate – 2 originals.

## 5. TERMS OF TECHNICAL INSPECTION OF THE GOODS

5.1. Buyer sends at his own account representatives to the warehouse of the Seller for the performance of a live documentation video to demonstrate a Proof of Product (POP). The document review will serve as the Technical Inspection (inspection) of theGoods and the signing of the Certificate of Technical Acceptance of Goods, as described in **Annex 3**, at the warehouse of the Seller (Originating Manufacturer/Distributor).

All expenses connected with the arrival and stay of the Buyer's representatives on the territory will be borne by the Buyer and will not be included in the sum of the present Contract.

5.2. The Buyer shall inform the Seller about the list of personnel and arrival date of his authorized representatives (maximum 3) not later than 3 days before the date of technical inspection specified in item 5.1. of the present Contract.

5.3. The Buyer may start technical inspection not later than the date specified in the Seller's notice (in writing) according to item 5.2. of the present Contract.

5.4. Technical inspection of the Goods shall be conducted with the participation of authorized representatives of the Parties. Pursuant to the result of the technical inspection, the Certificate of Technical Inspection of the Goods, as described in **Annex 3**, shall be signed in 4 copies, 2 copies for each Party.

5.5. Inspection by the Buyer will allow for each and every drum to be opened, inspected, and re-sealing if applicable.

5.6. Shipment as per **Annex 1B** "Delivery Schedule".

## 6. QUALITY AND TECHNICAL WARRANTY OF THE GOODS

6.1. The Goods offered for sale and to be purchased by the Buyer are "As-Is" at the location. The Buyer understands these Goods may be re-cycled or pulled down from surplus ammunition of the United States Government. The Seller makes no guarantee, and the Buyer takes full responsibility after conducting its visual inspection at the Seller's warehouse and releases the Seller from all liabilities of the Goods sold.

DS KM
Buyer

DS JF
Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



## 7. PACKING AND MARKING

7.1. The Items shall be dispatched in the packing suitable for their nature and safety requirements. The packing shall prevent the Items from damage during ground transportationand within the United States.

7.2. The marking of each package piece shall be stipulated in Annexes to the Contract (if necessary).

7.3. The Seller is responsible for packaging of goods in according to international regulations for packaging of these types of goods. Costs associated with packaging (e.g. packaging material and labor) is covered by and responsibility of the Seller. The Buyer will send the guidelines for packaging from the shipping company to the Seller unless the Buyer wishes to package themselves. In this event, the Buyer assumes full responsibility for Packing and Markings and releases the Seller from all liabilities and costs associated with this activity for transportation.

## 8. FORCE-MAJEURE

8.1. The Parties are released from responsibility for complete or partial non-fulfillment of their liabilities under the Contract if this non-fulfillment was caused by circumstances of force- majeure including but not limited to: fire, flood, earthquake, military actions, strikes, mass public disturbances, as well as State and Governmental order directly influencing the fulfillment of the present Contract, on the stipulation that the circumstances directly affected the fulfillment of the present Contract.

8.2. During the acting of force-majeure circumstances, the Contract and its Additional agreements' validity period shall be extended for the period equal to that during which these circumstances last.

8.3. The evidence of the Chamber of Commerce of the correspondent country will be sufficient proof of the existence and duration of the above-indicated circumstances.

8.4. The Party that cannot fulfill its liability due to these circumstances shall notify in written form the other Party within five (5) days from the date of such circumstance's appearance.

8.5. Undue notification about the force-majeure circumstances deprives the corresponding Party of the right to refer to them for justification.

8.6. If the above-mentioned circumstances last more than six (6) months, then either Party is entitled to cancel the whole Annex/Additional agreement to the present Contract or some parts of it that will release each Party from their Contractual liability except payments in the part of fulfilled liabilities of the Parties. If at the time of such event, the Buyer has already paid to Seller payments on account of the Goods in excess of what




Buyer

DS JF

Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



was delivered at that time, the Seller promptly undertakes to return that amount to the Buyer.

## 9. GOVERNING LAW

9.1. This Contract shall be governed by and construed under the **laws of Arkansas** without regard to conflicts of laws principles.

## 10. RESOLUTION OF DISPUTE

10.1. Any dispute, claim, or controversy arising from or in connection with this Contract, including any question regarding its existence, validity, or termination (hereinafter referred to as "Dispute") shall be settled by the Parties through friendly consultation. In case no conclusion is reached within thirty (30) calendar days, such a Dispute shall be submitted for a civil court decision in the venue and jurisdiction of the Governing Law.

10.2. The language for such court rulings shall be in American English.

## 11. MISCELLANEOUS

11.1. The contract enters into force upon its signing by both parties.

11.2. In the event the Buyer wishes to export the Goods out of the United States, the Buyer shall bear full responsibility for export applications and approvals under the rules of the United States Government and fully indemnifies the Seller (and all Parties associated with the Seller) from all liabilities or responsibility of U.S. Government export compliance.

DS RM

Buyer



Seller

11.3. All the supplements and amendments to this Contract shall be its integral part and considered to be valid if made in writing and signed by both Parties. All duly signed amendments to the present Contract are to be considered as its integral part.

11.4. Exchange of documents by facsimile confirmed by both sides has legal effect with obligatory submission of the original documents within 3 (three) days.

11.5. This document is allowed to sign both in writing and in electronic form, being subsequently transferred to e-mail. In the case of an electronic type, it retains all the force and the legal consequences of the original.

If documents are sent electronically by electronic means, the originals must be signed immediately, at the request of either party.

11.6. Neither Party shall be entitled to transfer the rights and obligations under the present Contract to any third Party without the written consent of the other Party.

11.7. After the present Contract has been signed, all previous negotiations and correspondence concerning the Contract are to be considered null and void.

11.8. The validity period of the present Contract is until the full and exhaustive completion of the obligations and undertakings of both parties.

11.9. The present Contract is signed in 2 copies in American English, one copy for either Party, with equal legal force.

11.10. Official days off and public holidays in the countries of the Parties of the present Contract are not working days and cannot be taken into account while performing the deliveries and shipments of the Goods and making the payments for the Goods.

11.11. All correspondence shall be made by and between the Parties in the American English language.

11.12. The following documentation will be provided for review at Contract Signing:

a. Proof of Product (Live Video)
b. Independent Lab Report(s) from AIRL, INC
c. Appendix D – Common Propellant Compositions
d. Magazine Weight(s)

11.13. Notices will be sent by the following ways:

a. Any notice or other communication required under the Contract shall be in writing and shall be delivered in person, transmitted by email or similar means of recorded electronic communication, or sent by registered mail, charges prepaid.

DS RM

Buyer

DS JF

Seller

## 12. LEGAL ADDRESSES OF THE PARTIES

**SELLER**
J Squad International, LLC
985 MC 5040
Yellville, AR 72687

Vice President – Justin Forbus
Email: Justin@jsquadinternational.com
Phone: +1 870 706 1782

**BUYER**

Tripwire South LLC
1475 Highland Avenue Road
Gettsburg, PA 17325

President: – Ryan J. Morris
Email: Ryan.Morris@tripwiresouth.com
Phone: +1 866 513 3313

## 13. ANNEXES TO THE PRESENT CONTRACT

- Annex 1: Specification of the Goods and Prices
- Annex 1A: PROforma Invoice
- Annex 1B: Inspection and Delivery Schedule
- Annex 1C: Technical Specifications
- Annex 2: Acceptance Certificate of Goods
- Annex 3: Technical Acceptance Certificate
- Annex 4: Non-Disclosure Non-Circumvent Agreement (NDNCA)

DS RM
Buyer

DS JF
Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



**For the SELLER**

DocuSigned by:
Justin Forbus

**Signature**

Name Justin Forbus

Title Vice President

Company J Squad International

Date 5/21/2024

**For the BUYER**

DocuSigned by:
RYAN MORRIS

**Signature**

Name Ryan Morris

Title President

Company Tripwire South, LLC

Date 5/21/2024

DS RM
Buyer

DS JF
Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



# ANNEX 1

# DESCRIPTION OF THE GOODS & PRICES

| Nº | Product | Quantity Lbs | Delivery Months | Price US$/Lb | TOTAL Per Period | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | **Artillery Powder** | | | | | |
| | | | | | | |
| | | | | | | |
| 1 | Artillery Powder | 485,000.00 (+/-10%) | 1 | $17.75 | $8,608.750.00 (+/-10%) | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | **TOTAL** | | **1** | **$17.75** | **$8,608.750.00 (+/-10%)** | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NOTE: final payment will be calculated based on total weight produced during the packaging process.**

PROFORMA INVOICE 07052024-01 Is attached in this Annex 1A.

RM
Buyer

JF
Seller

# ANNEX 1B

# DEVLIERY SCHEDULE

| | | |
|---|---|---|
| CLIN 1 | QTY 485,000 LBS (+/-10%) | TO BE COORDINATED AFTER 2ND MILESTONE PAYMENT |

DS RM

DS JF

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



# ANNEX 1C
# TECHNICAL SPECIFICATIONS

***(REFER TO DOCUMENTATION PROVIDED IN SECTION 11.12 – LIST OF DOCUMENATION)***

DS RM

Buyer

DS JF

Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



*(PLEASE SEE FULL ATTACHMENT SEPARATELY)*

DS
RM
Buyer



DS
Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



## ANNEX 2
## ACCEPTANCE-TRANSFER CERTIFICATE

# ACCEPTANCE-TRANSFER CERTIFICATE

_______day_________2024

Present Certificate is made by authorized representatives of:
**Seller** J Squad International, LLC acting under the laws of the United States and the State of Arkansas.

**Buyer** Tripwire South, LLC acting under the laws of the United States and the State of Florida.

To certify that Seller has handed over and Buyer has accepted Goods as per Annex 1 to the Contract No 07052024-01 signed [_______________] 2024.

This Certificate is made in 4 authentic copies by: [_____________________]
2 copies for representatives of Seller and Buyer

| **BUYER:** | **SELLER:** |
|---|---|
| _______________ | _______________ |
| «_______»__________2024 | «_____»__________2024 |

DS RM
Buyer

DS JF
Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



## ANNEX 3

## TECHNICAL ACCEPTANCE (INSPECTION)CERTIFICATE

# TECHNICAL ACCEPTANCE, INSPECTION CERTIFICATE

20/05/2024

Authorized representer of Buyer [Ryan Morris] which operates with full authority and binding responsibility on the basis of President of Tripwire South, LLC.

AND

Authorized representer of Seller [Justin Forbus] which operates with full authority and binding responsibility on the basis of Vice President, J Squad International.

Confirms Technical Acceptance of the Goods that are indicated in Annex 1 to this Act, based on the available documentation provided by J Squad International, LLC confirming Goods are as stated and will be supplied by contract N° 07052024-01 duly signed 20/05/2024.

Both Authorized representers confirm **accordance** of the aforementioned Goods to the requirements and terms of Contract N° 07052024-01 duly signed 20/05/2024.

**BUYER:** **SELLER:**



« 5/21/2024 » 2024 « 5/21/2024 » 2024



Buyer Seller

DocuSign Envelope ID: 132EE0E9-B695-4854-89D3-BC834C0C8BF9



# ANNEX 4

## Non-Disclosure Non Circumvent Agreement (NDNCA)

***(PLEASE SEE FULL ATTACHMENT SEPARATELY)***

DS
KM
Buyer

DS
JF
Seller