# Invoice

**Bear River Powder**
PO Box 2853
Evanston, Wy 82930
307-679-0886

Invoice No
20240721-01
Invoice Date
7/21/2024

**Bill To:**
Tripwire South LLC
1800Baltimore Pike
Gettysburg, PA 17325

ryan.morris@tripwiresouth.com

PO Number

Tracking Number

| Qty. | Item Description | Price ea. | Total Price |
|---|---|---|---|
| 7250 | IOW08E-BLK-PWD=225 | 3.50 | 25,375.00 |
|  |  |  | 0.00 |
|  |  |  | 0.00 |
|  |  |  | 0.00 |
|  |  |  | 0.00 |

Comments:

| Sales Amount | 25,375.00 |
|---|---|
|  |  |
| Total Amount Due: | 25,375.00 |

*Thank you for your business.*

EXHIBIT "W"