# JACKS POWDER KEG



MAILING ADDRESS
P.O. BOX 429
MARKSVILLE, LA 71351

CORPORATE OFFICE
115 W. BONTEMPT ST.
MARKSVILLE, LA 71351

**INVOICE # 2**

INVOICE DATE: May 7, 2024

BATFE: 5-LA-069-29-5B-00225

SOLD TO: TRIPWIRE SOUTH, LLC
NAME: RYAN MORRIS
ADDRESS: 1350 WILKINS RD.
DUETTE, FL 34219-2152
PHONE: 717-648-2792

Buyer License Holder: TRIPWIRE SOUTH, LLC
FFL LIC #: 1-59-021-10-5d-56125
FEL LIC # 1-FL-081-20-SD-01275
PRODUCT USE: Classified Government use
TO BE PICKED UP BY PURCHASER AT GOEX
Camp Minden, 803 Guam St. Area 5,
Minden, LA 71055
318-382-9300

| Pounds | Packing | Desc. L.I. # | Unit Cost | Total |
|---|---|---|---|---|
| 54,103 | 1085RFDs | IOW Designation | $3.00 | $162,309.00 |
| | 20,600 Fds. | 07FS Y001 | | |
| | 7,450 Fds. | 07HS Y001 | | |
| | 903 Fds. | 08CS Y001 | | |
| | 25,150 Fds. | 08GS Y005 | | |
| TO BE PICKED BY TRIPWIRE POB | AT | GOEX DOYLINE, LA | PER PRE-ARRANGED | DATE(S) |
| NOTE: | Detailed Explosives | ID Report attached hereto | | |
| | BUYER | PROVIDES | TRANSPORT | |
| | | | TOTAL | $162,309.00 |

ANGELO J. PIAZZA, III (JPK SELLER)

BUYER APPROVAL-RYAN MORRIS

Date: May 7, 2024

Date: _____

**EXHIBIT "X"**