**From:** conan.higgins@tripwiresouth.com
**Subject:** Re: unpowder Pickup - IMDG Forms
**Date:** September 3, 2024 at 4:08 PM
**To:** Ryan J. Morris ryan.morris@tripwiresouth.com, Jamie Loewendick Jamie.loewendick@sovanalogistics.com
**Cc:** Gene Tsimerman gtsimerman@netamlines.com, william.yingling@tripwiresouth.com, Jessica Underwood jessica@bizzellcorp.com, nrotsko@fluet.law, kdubois@fluet.law, Josh Mills josh.mills@tripwiresouth.com, Michael Hrobuchak Michael@bizzellcorp.com, Contracts contracts@sovanalogistics.com

Ryan,

Trying to be supportive but have some issues with the lack of an ATF license for this. As you know:

*"Black powder is a low explosive material comprised of potassium nitrate (saltpeter), sulfur and charcoal. While used as a propellant in fireworks and pyrotechnics, it is also used in some ammunition and muzzleloaders. In general, a federal explosives license or permit under the federal explosives regulations at 27 CFR, Part 555 is required to purchase black powder. However, an exemption at 27 CFR Part 555.141(b) states that these regulations do not apply to black powder:*

- *That is commercially manufactured.*
- *In quantities not exceeding 50 pounds.*
- *Is intended to be used solely for the sporting, recreational or cultural purposes in antique firearms or antique devices.*

*Additionally, an individual or company purchasing any amount of black powder for any other purpose, including for use in fireworks or pyrotechnics, or who intends to transport any black powder not meeting the above conditions for exemption, must obtain a federal explosives license or permit. Such persons must also store the black powder in an explosives magazine compliant with the regulations at Part 555."*

The above is straight from the ATF website, verbatim. We need either the ATF license or the cover letter from a competent authority stating that this purchase and shipment is pursuant to a valid military contract in order for Tripwire to be covered releasing this.

Respectfully,

Conan J. Higgins, ESQ.
International Business Counsel
1-253-229-3694
tripwiresouth.com
conan.higgins@tripwiresouth.com

**EXHIBIT "Y"**