**From:** Jamie Loewendick Jamie.loewendick@sovanalogistics.com
**Subject:** Gunpowder Pickup - Licenses
**Date:** February 3, 2025 at 3:12 PM
**To:** Ryan J. Morris ryan.morris@tripwiresouth.com
**Cc:** william.yingling@tripwiresouth.com, Gene Tsimerman gtsimerman@netamlines.com, nrotsko@fluet.law, kdubois@fluet.law, Conan Higgins conan.higgins@tripwiresouth.com, Josh Mills josh.mills@tripwiresouth.com, Michael Hrobuchak Michael@bizzellcorp.com, Contracts contracts@sovanalogistics.com, Adam Munitz amunitz@fluet.law, Cyril Nelson, Sr. cyril.nelson@sovanalogistics.com, Jessica Underwood jessica@bizzellcorp.com

Hi Ryan / Bill!

Hoping this email finds you well!

Please find attached Bizzell's ATF license.

We would like to move forward with transfer of goods to start to prepare for the DG packing portion.

Please can you advise what the soonest dates available for pickup?

Looking forward to your reply!

Kind regards,

Jamie Loewendick

**Sovana Global Logistics LLC**
**Global Transport Solutions**
**Woman Owned, Small Business -SBA certified HUBZone**

**Office**: 703-880-6606 | **Fax:** 703-552-2281 | **Cell**: 703-357-5520
**Email:** jamie.loewendick@sovanalogistics.com
45969 Nokes Blvd. Suite 175, Dulles, VA 20166, USA

**\*\*PROPRIETARY & COMPANY-CONFIDENTIAL\*\*This email and the contents of this email (including any attachments) are company-confidential and/or proprietary. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, disclose or distribute this email or any of the contents of this email. If you received this email in error, please promptly notify the sender by reply email and delete this email from your records.**

*Thank you.*

**From:** Jessica Underwood <jessica@bizzellcorp.com>
**Date:** Monday, October 14, 2024 at 12:35 PM
**To:** Ryan J. Morris <ryan.morris@tripwiresouth.com>, Jamie Loewendick <Jamie.loewendick@sovanalogistics.com>
**Cc:** william.yingling@tripwiresouth.com <william.yingling@tripwiresouth.com>, Gene Tsimerman <gtsimerman@netamlines.com>, nrotsko@fluet.law <nrotsko@fluet.law>, kdubois@fluet.law <kdubois@fluet.law>, Conan Higgins <conan.higgins@tripwiresouth.com>, Josh Mills <josh.mills@tripwiresouth.com>, Michael Hrobuchak <Michael@bizzellcorp.com>, Contracts <contracts@sovanalogistics.com>, Adam Munitz <amunitz@fluet.law>, Cyril Nelson <cyril.nelson@sovanalogistics.com>
**Subject:** Re: Gunpowder Pickup - Licenses

Hi Ryan,

- We have provided all of the export licenses (two from BIS and the other from DDTC), which, together, cover this shipment. If you have concerns in that regard, then please let us know, but our counsel has assured us that we are well positioned from an export compliance standpoint.

**EXHIBIT "Z"**

Regarding the FEL, the license that will be utilized would have already been transferred to Bizzell but for the recent hurricanes and the resulting outages. We expect to have the license in very short order. I assume that neither you nor your team, though, expect that Bizzell will take any steps in the interim that are contrary to ATF regulations.

Lastly, Bill has forwarded the COCs requested, but I am still waiting on the COAs for both powders.

V/r,

Jessica Underwood, PMP, CSM
Chief Development Officer
Bizzell Corporation
M. 817.688.2159
jessica@bizzellcorp.com | www.bizzellcorp.com
**VOSB I SDVOSB I ISO 9001:2015 Certified**


Critical Missions + Global Reach

**From:** "Ryan J. Morris" <ryan.morris@tripwiresouth.com>
**Date:** Thursday, October 10, 2024 at 10:25 AM
**To:** Jamie Loewendick <Jamie.loewendick@sovanalogistics.com>
**Cc:** "william.yingling@tripwiresouth.com" <william.yingling@tripwiresouth.com>, Jessica Underwood <jessica@bizzellcorp.com>, Gene Tsimerman <gtsimerman@netamlines.com>, "nrotsko@fluet.law" <nrotsko@fluet.law>, "kdubois@fluet.law" <kdubois@fluet.law>, Conan Higgins <conan.higgins@tripwiresouth.com>, Josh Mills <josh.mills@tripwiresouth.com>, Michael Hrobuchak <Michael@bizzellcorp.com>, Contracts <contracts@sovanalogistics.com>, Adam Munitz <amunitz@fluet.law>, Cyril Nelson <cyril.nelson@sovanalogistics.com>
**Subject:** Re: Gunpowder Pickup - Licenses

Jamie, I need to know where the license is? This is now 3 months past what was agreed upon.

If they don't have a license then I need the inspectors name they are getting the license inspection from.

Also need the verify about the commerce piece. This is military grade powder and we have a commerce license in place. That won't work. Is there a DDTC license for all the materials.

Time is up on this. We are incurring tremendous costs to store and provide security for the material they should have had out of here August 1.

Thanks

Thanks.

> On Oct 10, 2024, at 11:21, Jamie Loewendick <Jamie.loewendick@sovanalogistics.com> wrote:
>
> Hi Bill!
>
> Hoping you are doing well!
>
> While we are awaiting the FEL to be obtained the ocean carrier is requesting the total NEW for this shipment by commodity.
>
> Please can you assist?
>
> Looking forward to your reply!
>
> **Jamie Loewendick**
>
> **Sovana Global Logistics LLC**
> **Global Transport Solutions**
> **Woman Owned, Small Business -SBA certified HUBZone**
>
> **Office**: 703-880-6606 | **Fax**: 703-552-2281 | **Cell**: 703-357-5520
> **Email**: jamie.loewendick@sovanalogistics.com
> 45969 Nokes Blvd. Suite 175, Dulles, VA 20166, USA
>
> **\*\*PROPRIETARY & COMPANY-CONFIDENTIAL\*\****This email and the contents of this email (including any attachments) are company-confidential and/or proprietary. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, disclose or distribute this email or any of the contents of this email. If you received this email in error, please promptly notify the sender by reply email and delete this email from your records.*
>
> *Thank you.*
>
> **From:** Jamie Loewendick <Jamie.loewendick@sovanalogistics.com>
> **Date:** Wednesday, October 9, 2024 at 11:56 AM
> **To:** william.yingling@tripwiresouth.com <william.yingling@tripwiresouth.com>
> **Cc:** Jessica Underwood <jessica@bizzellcorp.com>, Ryan J. Morris <ryan.morris@tripwiresouth.com>, Gene Tsimerman <gtsimerman@netamlines.com>, nrotsko@fluet.law <nrotsko@fluet.law>, kdubois@fluet.law <kdubois@fluet.law>, Conan Higgins <conan.higgins@tripwiresouth.com>, Josh Mills <josh.mills@tripwiresouth.com>, Michael Hrobuchak <michael@bizzellcorp.com>, Contracts <contracts@sovanalogistics.com>, Adam Munitz <amunitz@fluet.law>, Cyril Nelson <cyril.nelson@sovanalogistics.com>
> **Subject:** Gunpowder Pickup - Licenses
>
> Hi Bill!

We are working on the FEL and will revert once obtained

Thank you!

Kind regards,

### Jamie Loewendick

**Sovana Global Logistics LLC**
**Global Transport Solutions**
**Woman Owned, Small Business -SBA certified HUBZone**

**Office**: 703-880-6606 | **Fax:** 703-552-2281 | **Cell**: 703-357-5520
**Email:** jamie.loewendick@sovanalogistics.com
45969 Nokes Blvd. Suite 175, Dulles, VA 20166, USA

*\*\*PROPRIETARY & COMPANY-CONFIDENTIAL\*\*This email and the contents of this email (including any attachments) are company-confidential and/or proprietary. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, disclose or distribute this email or any of the contents of this email. If you received this email in error, please promptly notify the sender by reply email and delete this email from your records.*

*Thank you.*


**From:** william.yingling@tripwiresouth.com <william.yingling@tripwiresouth.com>
**Date:** Wednesday, October 9, 2024 at 11:04 AM
**To:** Jamie Loewendick <Jamie.loewendick@sovanalogistics.com>
**Cc:** Jessica Underwood <jessica@bizzellcorp.com>, Ryan J. Morris <ryan.morris@tripwiresouth.com>, Gene Tsimerman <gtsimerman@netamlines.com>, nrotsko@fluet.law <nrotsko@fluet.law>, kdubois@fluet.law <kdubois@fluet.law>, Conan Higgins <conan.higgins@tripwiresouth.com>, Josh Mills <josh.mills@tripwiresouth.com>, Michael Hrobuchak <michael@bizzellcorp.com>, Contracts <contracts@sovanalogistics.com>, Adam Munitz <amunitz@fluet.law>, Cyril Nelson <cyril.nelson@sovanalogistics.com>
**Subject:** RE: Gunpowder Pickup - Licenses

Jamie,
Any word on movement? We still do not have a FEL.

v/r
Bill

-----Original Message-----
From: "Jamie Loewendick" <Jamie.loewendick@sovanalogistics.com>
Sent: Friday, October 4, 2024 11:07
To: "william.yingling@tripwiresouth.com" <william.yingling@tripwiresouth.com>
Cc: "Jessica Underwood" <jessica@bizzellcorp.com>, "Ryan J. Morris" <ryan.morris@tripwiresouth.com>, "Gene Tsimerman" <gtsimerman@netamlines.com>, "nrotsko@fluet.law" <nrotsko@fluet.law>, "kdubois@fluet.law" <kdubois@fluet.law>, "Conan Higgins" <conan.higgins@tripwiresouth.com>, "Josh Mills" <josh.mills@tripwiresouth.com>, "Michael Hrobuchak" <Michael@bizzellcorp.com>, "Contracts" <contracts@sovanalogistics.com>, "Adam Munitz" <amunitz@fluet.law>, "Cyril Nelson" <cyril.nelson@sovanalogistics.com>
Subject: Gunpowder Pickup - Licenses

Thank you, Bill!

Kind regards,

Jamie Loewendick

**Sovana Global Logistics LLC**
**Global Transport Solutions**
**Woman Owned, Small Business -**SBA certified HUBZone

Office: 703-880-6606 | Fax: 703-552-2281 | Cell: 703-357-5520
Email: jamie.loewendick@sovanalogistics.com
45969 Nokes Blvd. Suite 175, Dulles, VA 20166, USA

\*\*PROPRIETARY & COMPANY-CONFIDENTIAL\*\*This email and the contents of this email (including any attachments) are company-confidential and/or proprietary. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, disclose or distribute this email or any of the contents of this email. If you received this email in error, please promptly notify the sender by reply email and delete this email from your records.

Thank you.

**From:** william.yingling@tripwiresouth.com <william.yingling@tripwiresouth.com>
**Date:** Friday, October 4, 2024 at 11:05 AM
**To:** Jamie Loewendick <Jamie.loewendick@sovanalogistics.com>
**Cc:** Jessica Underwood <jessica@bizzellcorp.com>, Ryan J. Morris <ryan.morris@tripwiresouth.com>, Gene Tsimerman <gtsimerman@netamlines.com>, nrotsko@fluet.law <nrotsko@fluet.law>, kdubois@fluet.law <kdubois@fluet.law>, Conan Higgins <conan.higgins@tripwiresouth.com>, Josh Mills <josh.mills@tripwiresouth.com>, Michael Hrobuchak <Michael@bizzellcorp.com>, Contracts <contracts@sovanalogistics.com>, Adam Munitz <amunitz@fluet.law>, Cyril Nelson <cyril.nelson@sovanalogistics.com>
**Subject:** RE: Gunpowder Pickup - Licenses

Jamie,

They will need a FEL (Federal Explosive License).

Correct on CONEX 1 - 489 Kegs
Conex 2 - 492 Kegs
Conex - 483 Kegs
These 3 are the Black Powder.

Conex 4-7 is M6.

-Bill


-----Original Message-----
From: "Jamie Loewendick" <Jamie.loewendick@sovanalogistics.com>
Sent: Friday, October 4, 2024 10:47
To: "William Yingling" <william.yingling@tripwiresouth.com>
Cc: "Jessica Underwood" <jessica@bizzellcorp.com>, "Ryan J. Morris" <ryan.morris@tripwiresouth.com>, "Gene Tsimerman" <gtsimerman@netamlines.com>, "nrotsko@fluet.law" <nrotsko@fluet.law>, "kdubois@fluet.law" <kdubois@fluet.law>, "Conan Higgins" <conan.higgins@tripwiresouth.com>, "Josh Mills" <josh.mills@tripwiresouth.com>, "Michael Hrobuchak" <Michael@bizzellcorp.com>, "Contracts" <contracts@sovanalogistics.com>, "Adam Munitz" <amunitz@fluet.law>, "Cyril Nelson" <cyril.nelson@sovanalogistics.com>
Subject: Gunpowder Pickup - Licenses

Good morning, Bill!

Thank you for your response.

Please confirm the below to be accurate total kegs in the container is 489.

**CONEX 1 - Black Powder weight 26,450 lbs.  Gross Weight 34,763 plus container weight.
Net -409 kegs (50lbs) 80 kegs (75lbs)**

Regarding the ATF information please advise exactly what is needed from Bizzell / ATF to move cargo ?

We are working on coordination to pick up and if the ATF information/ approvals are required prior please advise what documents is needed.

Thank you!

Kind regards,

Jamie Loewendick

**Sovana Global Logistics LLC**
**Global Transport Solutions**
**Woman Owned, Small Business -SBA certified HUBZone**

Office: 703-880-6606 | Fax: 703-552-2281 | Cell: 703-357-5520
Email: jamie.loewendick@sovanalogistics.com
45969 Nokes Blvd. Suite 175, Dulles, VA 20166, USA

*\*PROPRIETARY & COMPANY-CONFIDENTIAL\*\*This email and the contents of this email (including any attachments) are company-confidential and/or proprietary.  Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy, disclose or distribute this email or any of the contents of this email.  If you received this email in error, please promptly notify the sender by reply email and delete this email from your records.

Thank you.*