**Tripwire / Bizzell**

Bottom line both Dan and Michael are _Jul 8, 2024_ for guidance. Edited 7:31

> The company is not cont[...] for sale at this point
>
> In fact.. it's still waiting on a presidential release statement, which has not come for sometime. 7:40PM

**michaelkichman**
There is a current FOG of war going on. I have had calls from multiple folks on all sides of the transaction. Banetti Explosives got pulled into Michael's call by Hawthorne. Which they should not have been. Michael? 7:56PM

**Conan Higgins**
Discussion on this will need to wait until Ryan is available. 7:57PM

> It's clear from Hawthorne Nothing is ready to ship and won't be for some time

**EXHIBIT "AA"**

**Tripwire / Bizzell**

Jul 8, 2024

> It's clear from Hawthorne N___dy to sh___ won't be for some tim___

**michaelkichman**
Concur. There is not much tha[t] can be done until Ryan gets back in the net. Josh has the data. Suggest Ryan call him or me when available.

The Commander's Representative is Mr. Larry Cruz.

Hawthorne Army Depot
ATTN: JMHW-PAO
1 South Maine Ave
Hawthorne, NV 89415-9404
E: usarmy.hawthorne.jmc.list.-command@army.mil
P: 775-945-7013

Have your guy at Lackland contact them and it will be good to go for monday

Michael, above Ryan said to have your guy at Lackland call.

**Tripwire / Bizzell**

command@warmy.mil
P: 775-945  Jul 8, 2024

Have your guy at Lackland contact them and it will be good to go for monday

Michael, above Ryan said to have your guy at Lackland call. That is the issue. Hathorne lost their shit over a Civilian calling. Supposedly.          8:38 PM

> This is all above all of them
>
> The presidential permits has not been given to sell the demill products          8:43 PM

**Ryan Morris**
Just got back into cell range. I'm in tn in the mountains

My directs were clears. Military to military transfer. Not Mike calling up and speaking with them.

All is stopped now until the Lackland people or whoever Mike H contact is calls the