7:38 

 16    

**Matt Barnett** >

About to go to bed

Oh I'll call tomorrow then sorry!

I did talk to both , the sum of it is everything is on hold until a military official talks to JMC ALL civilian operations are to stand down until then

According to Mark on the call With Hawthorne

The compB isn't even set to be released, and isn't even finished being processed

 **recording000000.m4 a**
Audio Recording · 217 KB

Are you the actual contract holder for this project

Just trying to understand the players

Ok mark is with acuity and they

Subject

Text Message · RCS    

**EXHIBIT "BB"**

7:38

5G 86

< 16

MB

**Matt Barnett** >

Are you the actual contract holder for this project

Just trying to understand the players

Ok mark is with acuity and they are awaiting permission to proceed.  Under their submitted plan the comp B will be transfered to my license and I was tasked with finding a buyer. I put this out and Forrest Spear found buyers, with apparently plenty middle men who mucked it up.  I have magazines and deal in surplus oil explosives mainly but at Marc's request I was helping them out.  I am going to meet them in a week to discuss future operations.  I am very sorry this got so silly.  I do not intend to cut people out but I wish I knew you sooner.  Glad to know you now for what it is worth.

Subject

Text Message • RCS