IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bizzell Corporation<br>　　　　*Plaintiff*<br>　v.<br>Tripwire South, LLC, *et al.*<br>　　　　*Defendants* | : <br>: <br>: NO. 1:25-CV-00680-KMN<br>: <br>: (Judge Neary)<br>: |

| | |
|---|---|
| Tripwire South, LLC<br>　　　　*Third-Party Plaintiff*<br>　v.<br>Michael Hrobuchak, *et al.*<br>　　　　*Third-Party Defendants* | : <br>: <br>: NO. 1:25-CV-00680-KMN<br>: <br>: (Judge Neary)<br>: |

## ORDER

AND NOW, this ____ day of _____, 2026, upon consideration of Third-Party Plaintiff Tripwire South, LLC's Motion to Enter into a Stipulated Confidentiality Agreement, and any response thereto, IT IS ORDERED THAT the Motion is GRANTED as follows:

1. Within fourteen (14) days of the entry of this Order Third-party Defendant Michael Kichman shall execute Third-party Plaintiff's proposed stipulated confidentiality agreement;

1

2. If the proposed Stipulated Confidentiality Agreement is not executed by Third-party Defendant Michael Kichman within fourteen (14) days, Third-Party Defendant Tripwire South, LLC is excused from serving confidential documents on Third-Party Plaintiff Michael Kichman;

3. To the extent any discovery or depositions occur prior to Third-party Defendant Michael Kichman executing the proposed confidentiality agreement, neither Third-Party Defendant nor its counsel shall have access to any documents marked Confidential or Attorney Eyes Only, hear testimony related information designated as Confidential or Attorney Eyes Only, and/or receive any deposition transcripts in which Confidential or Attorney Eyes Only information is discussed.

BY THE COURT:

_____
J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Bizzell Corporation  *Plaintiff* | : |
| v. | : NO. 1:25-CV-00680-KMN |
| Tripwire South, LLC, *et al.*  *Defendants* | : (Judge Neary) |

| | |
|---|---|
| Tripwire South, LLC  *Third-Party Plaintiff* | : |
| v. | : NO. 1:25-CV-00680-KMN |
| Michael Hrobuchak, *et al.*  *Third-Party Defendants* | : (Judge Neary) |

## THIRD-PARTY PLAINTIFF TRIPWIRE SOUTH'S MOTION TO ENTER INTO A STIPULATED CONFIDENTIALITY AGREEMENT

Thid-Party Plaintiff Tripwire South, LLC ("Tripwire South"), by and through its undersigned counsel, moves this court to direct Third-Party Defendant Michael Kichman to enter into a stipulated confidentiality agreement.

WHEREFORE, for the reasons set forth in Tripwire South's statement filed concurrently with this Motion, Tripwire South respectfully requests that its Motion to Enter into a Stipulated Confidentiality Agreement be granted.

[Signature Blocks Continue on Next Page]

Respectfully submitted,

TIMONEY KNOX, LLP

Dated: 2/12/26

By: */s/ Patrick Blair*
    Patrick M. Blair, Esquire
    Attorney ID No.314670
    Matthew D. DeLeo, Esquire
    Attorney ID No. 331082
    400 Maryland Dr., P.O. Box 7544
    Fort Washington, PA 19034
    (215) 646-6000
    mdeleo@timoneyknox.com
    pblair@timoneyknox.com

McNEES WALLACE & NURICK LLC

    Kandice K. Hull, Esquire
    Attorney ID No. 86345
    Sarah Hyser-Staub, Esquire
    Attorney ID No. 315989
    Lauren Anthony, Esquire
    Attorney ID No. 324557
    100 Pine Street, P.O. Box 1166
    Harrisburg, PA  17108-1166
    (717) 232-8000
    khull@mcneeslaw.com
    sstaub@mcneeslaw.com
    lanthony@mcneeslaw.com

*Attorneys for Third-Party Plaintiff*

## CERTIFICATE OF NON-CONCURRENCE

Pursuant to Local Rule 7.1, I hereby certify that counsel for Third-Party Plaintiff Tripwire South, LLC sought concurrence in this Motion from counsel for the parties in this matter and Third-Party Defendant Michael Kichman did not concur in this motion.

                              TIMONEY KNOX, LLP

Dated: 2/12/26                By: */s/ Patrick Blair*
                                        Patrick M. Blair, Esquire
                                        Attorney ID No.314670
                                        Matthew D. DeLeo, Esquire
                                        Attorney ID No. 331082
                                        400 Maryland Dr., P.O. Box 7544
                                        Fort Washington, PA 19034
                                        (215) 646-6000
                                        mdeleo@timoneyknox.com
                                        pblair@timoneyknox.com

                                        *Attorney for Third-party Plaintiff*