**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BIZZELL CORPORATION,<br><br>Plaintiff<br>v.<br><br>TRIPWIRE SOUTH, LLC, *et al.*,<br><br>Defendants | CIVIL NO. 1:25-CV-00680-KMN<br><br>(Judge Neary) |

**UNOPPOSED MOTION FOR EXTENSION OF CASE MANAGEMENT DEADLINES**

The parties, by and through their counsel, hereby move for an extension of the current case management deadlines.

1. Plaintiff Bizzell Corporation initiated this action by filing a Complaint against Defendants Tripwire South, LLC, Tripwire Aviation LLC, and Ryan Morris on April 17, 2025. (Doc. 1).

2. On June 26, 2025, this Court issued a case management order that set a fact discovery deadline of December 3, 2025. (Doc. 45).

3. On September 3, 2025, Bizzell filed an Amended Complaint, which added Ashley Morris, Joshua Mills, and Skybolt Consulting Group LLC as defendants. (Doc. 57).

4. Defendants answered Bizzell's Amended Complaint on September 17, 2025, and filed Counterclaims, which Bizzell answered on October 9, 2025. (Docs. 59, 62).

5. On October 1, 2025, Tripwire South, LLC filed a Third-Party Complaint against Michael Hrobuchak, Michael Kichman, and J Squad International, LLC. (Doc. 60).

6. On October 28, 2025, Tripwire South, LLC, Tripwire Aviation LLC, Ryan Morris, Ashley Moris, Joshua Mills, and Skybolt Consulting Group LLC filed a motion to extend the case management deadlines and brief in support. (Docs. 64, 65).

7. The Court granted the motion on October 30, 2025, and extended the deadline for fact discovery to June 3, 2026. (Doc. 70).

8. The parties have been diligently exchanging discovery to meet that deadline, but as of the filing of this motion, numerous depositions remain outstanding and additional time is needed to complete them.

9. The following witness depositions still need to be completed:[1]

a. Michael Hrobuchak

[1] This list is based upon representations made by counsel for the respective parties and is neither an exclusive list of the depositions to be completed in this matter, nor is it a waiver of any objections that any party/witness may have to any proposed deposition.

b. Corporate designee of Bizzell (if different than Mr. Hrobuchak)

c. Michael Kichman

d. Corporate designee of J Squad International

e. Justin Forbas

f. Representative(s)/designee of Sovana Logistics

g. Susan Boully

h. Charles Arant

i. Ashley Morris

j. William Yingling

10. Further, counsel for Bizzell has indicated that they wish to re-open the 30(b)(6) deposition of Tripwire South and the deposition of Joshua Mills (pending the Court's resolution of the pending dispute). While counsel for the Tripwire Parties does not agree that either of these actions are necessary, it bears mentioning as it will impact the ability of the parties to complete depositions by the current deadline.

11. The parties respectfully submit that good cause exists to extend the current case management deadlines by sixty days to accommodate scheduling and completion of these depositions.

12. The parties do not anticipate requesting any further extensions of the case management deadlines.

Respectfully submitted,

McNEES WALLACE & NURICK LLC

Dated: May 15, 2026

By: */s/ Sarah Hyser-Staub*
Kandice K. Hull, Esquire
Attorney ID No. 86345
Sarah Hyser-Staub, Esquire
Attorney ID No. 315989
Amara Riley, Esquire
Attorney ID No. 320583
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000
khull@mcneeslaw.com
sstaub@mcneeslaw.com
ariley@mcneeslaw.com

TIMONEY KNOX, LLP

Patrick M. Blair, Esquire
Attorney ID No.314670
400 Maryland Dr., P.O. Box 7544
Fort Washington, PA 19034
(215) 646-6000
pblair@timoneyknox.com

*Counsel for the Tripwire Parties*

**CERTIFICATE OF SERVICE**

I certify that on this date, a copy of the foregoing document was served on all counsel of record by operation of the Court's electronic filing system.

McNEES WALLACE & NURICK LLC

Dated: May 15, 2026

By: /s/ *Sarah Hyser-Staub*

Kandice K. Hull, Esq., ID No. 86345
Sarah Hyser-Staub, Esq., ID No 315989
Amara Riley, Esq., ID No. 320583
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000
khull@mcneeslaw.com
sstaub@mcneeslaw.com
ariley@mcneeslaw.com

*Counsel for the Tripwire Parties*