# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BIZZELL CORPORATION,** | : | **CIVIL ACTION NO. 1:25-CV-680** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **TRIPWIRE SOUTH, LLC,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 18th day of May, 2026, upon consideration of the Tripwire

Parties' unopposed motion (Doc. 110) for an extension of case management

deadlines, and for good cause shown, see FED. R. CIV. P. 16(b)(4), it is hereby

ORDERED that:

1. The motion (Doc. 110) is GRANTED as set forth below.

2. The dates and deadlines applicable to the discovery and dispositive
   motion phase of the above-captioned civil action are amended as
   follows:

   | | |
   |---|---|
   | **Fact Discovery:** | August 5, 2026 |
   | **Affirmative Expert Reports:** | September 2, 2026 |
   | **Responsive Expert Reports:** | October 7, 2026 |
   | **Supplemental Expert Reports:** | October 21, 2026 |
   | **Dispositive Motions** *and* | |
   | **Supporting Briefs:** | November 4, 2026 |

3. Any request for extension of the discovery deadline must be made at
   least 14 days prior to the close of discovery. Requests for extensions
   of the above time periods will not be granted except for good cause.

4. Any request for extension of the above time periods must be made by
   motion in conformity with Local Rules 5.1(g), 7.1, and 7.5 and must be
   signed by counsel in conformity with the Civil Justice Reform Act of
   1990, 28 U.S.C. § 473(b)(3). Counsel shall not mutually agree to

extend any time periods covered by this order, the Federal Rules of Civil Procedure, or the Local Rules of Court without court approval.

5.    If dispositive motions are not filed by the deadline established in paragraph 2, the court will schedule a telephonic conference call with the parties to discuss pretrial and trial scheduling.  If the parties determine in advance of the dispositive-motion deadline that no such motions will be filed, the parties shall so notify the court.

6.    All other aspects of the court's case management order and civil practice order shall remain in full force and effect.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania