**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BIZZELL CORPORATION,<br>Plaintiff<br>v.<br><br>TRIPWIRE SOUTH, LLC, *et al.*,<br>Defendants<br><br>and<br><br>TRIPWIRE SOUTH, LLC,<br>Third-Party Plaintiff,<br><br>v.<br><br>MICHAEL HROBUCHAK *et al.*,<br>Third-Party Defendants | CIVIL NO. 1:25-CV-00680-KMN<br><br>(Judge Keli M. Neary) |

**UNOPPOSED MOTION FOR EXTENSION OF
CASE MANAGEMENT DEADLINES**

The parties, by and through their counsel, hereby move for an extension of the current case management deadlines, and in support thereof, state:

1. Plaintiff Bizzell Corporation initiated this action by filing a Complaint against Defendants Tripwire South, LLC, Tripwire Aviation LLC, and Ryan Morris on April 17, 2025. (Doc. 1).

2. On May 20, 2026, this Court issued an order amending the case management deadlines and setting a fact discovery deadline of September 30, 2026. (Doc. 115).

3. The primary basis for this motion is the unavailability of Bizzell's principal, Mr. Hrobuchak, and Tripwire South's principal, Mr. Morris for their respective depositions prior to the existing fact discovery deadline.

4. Mr. Hrobuchak represented to this Court that he would be available to travel to the United States for his deposition in the in September 2026, but his plans were delayed due to requests from the U.S. government for Mr. Hrobuchak's presence in Europe during September, which prevents him from traveling to the United States until October.

5. Mr. Hrobuchak's deposition is now scheduled for October 20, 2026 in Laramie, Wyoming.

6. Mr. Morris's deposition was previously scheduled for September 15, 2026, but was cancelled at the request of undersigned counsel to accommodate the out-of-state deposition of a non-party on September 14, 2026. Mr. Morris' deposition is now scheduled for November 11, 2026 in Harrisburg, Pennsylvania.

7. The parties respectfully submit that good cause exists to extend the current case management deadlines by forty-five days to accommodate scheduling and completion of these depositions, any remaining fact depositions, and resolve outstanding fact discovery disputes.

8. The aforementioned depositions are scheduled and the parties do not anticipate requesting any further extensions of the case management deadlines.

9. The parties respectfully request that the case management deadlines be modified as follows:

| **Event** | **Current Deadline** | **Proposed Deadline** |
|---|---|---|
| Close of Fact Discovery | September 30, 2026 | November 14, 2026 |
| Deadline to Provide Affirmative Expert Reports | November 4, 2026 | December 19, 2026 |
| Deadline to Provide Responsive Expert Reports | December 2, 2026 | January 16, 2027 |
| Deadline to Provide Supplemental Expert Reports | January 6, 2027 | February 20, 2027 |
| Deadline to File Dispositive/Daubert Motions *and* Supporting Briefs | January 20, 2027 | March 5, 2027 |

[Signatures to follow on next page]

Respectfully submitted,

**BLAIR LEGAL INC.**

Date: 09/16/2026

By: *<u>/s/ Patrick Blair</u>*

Patrick M. Blair, Esquire
Attorney ID No.314670
575 Pinetown Road, P.O. Box 1281
Fort Washington, PA 19034
(215) 646-6000
pblair@blairlegalgroup.com

**McNEES WALLACE & NURICK LLC**
Kandice K. Hull, Esquire
Attorney ID No. 86345
Sarah Hyser-Staub, Esquire
Attorney ID No. 315989
100 Pine Street, P.O. Box 1166
Harrisburg, PA 17108-1166
(717) 232-8000
khull@mcneeslaw.com
sstaub@mcneeslaw.com

*Attorneys for Tripwire Parties*

**CERTIFICATE OF CONCURRENCE**

I certify that prior to filing this motion, I sought concurrence from counsel for all other represented parties, and that the other parties concur in the requested relief.

**BLAIR LEGAL INC.**

Date: 09/16/2026

By: */s/ Patrick Blair*

Patrick M. Blair, Esquire
Attorney ID No.314670
575 Pinetown Road, P.O. Box 1281
Fort Washington, PA 19034
(215) 646-6000
pblair@blairlegalgroup.com

*Attorneys for Tripwire Parties*

# CERTIFICATE OF SERVICE

I certify that on this date, a copy of the foregoing document was served on all counsel of record by operation of the Court's electronic filing system.

**BLAIR LEGAL INC.**

Date: 09/16/2026

By: */s/ Patrick Blair*
Patrick M. Blair, Esquire
Attorney ID No.314670
575 Pinetown Road, P.O. Box 1281
Fort Washington, PA 19034
(215) 646-6000
pblair@blairlegalgroup.com

*Attorneys for Tripwire Parties*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BIZZELL CORPORATION,<br>Plaintiff<br>v.<br><br>TRIPWIRE SOUTH, LLC, *et al.*,<br>Defendants<br><br>TRIPWIRE SOUTH, LLC,<br>Third-Party Plaintiff,<br><br>v.<br><br>MICHAEL HROBUCHAK *et al.*,<br>Third-Party<br>Defendants | CIVIL NO. 1:25-CV-00680-KMN<br><br>(Judge Neary) |

**ORDER**

AND NOW, this ____ day of ______________, 2026, upon consideration of the unopposed motion for extension of case management deadlines filed by the parties, and finding good cause exists to support the requested extension, IT IS ORDERED THAT the motion is GRANTED, and the following case management deadlines now apply to the above-captioned action:

1. Fact Discovery: November 14, 2026
2. Affirmative Expert Reports: December 19, 2026
3. Responsive Expert Reports: January 16, 2027
4. Supplemental Expert Reports: February 20, 2027

5. Dispositive Motions and Supporting Briefs: March 5, 2027

BY THE COURT:

____________________________________

The Honorable Keli M. Neary
United States District Judge