**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BIZZELL CORPORATION,** | : | **CIVIL ACTION NO. 1:25-CV-680** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **TRIPWIRE SOUTH, LLC, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

**<u>ORDER</u>**

AND NOW, this 21st day of September, 2026, upon consideration of plaintiff's correspondence (Doc. 128) alerting the court to a discovery dispute that has arisen in the above-captioned matter, it is hereby ORDERED that:

1. A telephonic conference concerning plaintiff's correspondence (Doc. 128) is scheduled for **<u>Wednesday, September 23, 2026, at 11:15 a.m.</u>**

2. The parties shall call-in to the conference call number **<u>646-828-7666</u>** using the phone conference ID **<u>165 880 5360</u>**. At the time the call is placed, counsel for all parties shall be on the line and prepared to proceed.

<u>/S/ KELI M. NEARY</u>
Keli M. Neary
United States District Judge
Middle District of Pennsylvania