**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BIZZELL CORPORATION,** | : | **CIVIL ACTION NO. 1:25-CV-680** |
| | : | |
| **Plaintiff** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **TRIPWIRE SOUTH, LLC, *et al.*,** | : | |
| | : | |
| **Defendants** | : | |

**<u>ORDER</u>**

AND NOW, this 23rd day of October, 2026, upon consideration of the letters (ECF Nos. 128 and 130) detailing certain discovery disputes, as well as the telephonic conference call held on September 23, 2026, it is hereby ORDERED that:

1. Defendant Tripwire South, LLC and Tripwire Aviation, LLC ("Tripwire") shall, no later than October 23, 2026, produce:

   a. All bank statements, credit card statements, and disbursement records from April 1, 2024 through the commencement of the lawsuit.

   b. Tripwire may redact information unrelated to this lawsuit from this document production, provided it also supplies a privilege log explaining the redactions, with adequate information to assess the appropriateness of each redaction.

   c. Within **<u>2 weeks</u>** of receiving the document production and privilege log, Bizzell shall provide Tripwire any specific objections concerning the redacted information. The parties shall attempt to resolve any dispute over the redacted information.

   d. If there are disputes over the redacted information that cannot be resolved through discussions among the parties, Bizzell shall file a letter with the court indicating the nature of the dispute. Such letter must be filed within **<u>thirty</u>** (30) days of Bizzell receiving the full document production and appropriate privilege log and shall not be longer than 2 pages.

2. No later than **fourteen** (14) days after receiving the financial documentation identified above in No. 1, Bizzell shall send its list of deposition questions it wishes to ask of defense witnesses who were directed not to answer certain deposition questions by defense counsel. The questions shall be sent to **maureen_walker@pamd.uscourts.gov.** The Court will, within 14 days, determine which questions the witnesses must answer. The witnesses must provide written responses within **fourteen** (14) days after the Court's determination.

3. The case management deadlines set forth in Doc. No. 127 shall remain unchanged:

| | |
|---|---|
| **Fact Discovery:** | November 14, 2026 |
| **Affirmative Expert Reports:** | December 19, 2026 |
| **Responsive Expert Reports:** | January 16, 2027 |
| **Supplemental Expert Reports:** | February 20, 2027 |
| **Dispositive/Daubert Motions *and* Supporting Briefs:** | March 5, 2027 |

/s/ Keli M. Neary

Keli M. Neary
United States District Judge
Middle District of Pennsylvania