Fluet

(703) 590-1234 Tel
(703) 590-0366 Fax

1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
www.fluet.law

**VIA CM/ECF FILING** November 19, 2026

Hon. Keli M. Neary
United States District Judge

**Re:** ***Bizzell Corporation v. Tripwire South, LLC et al.*, No. 1:25-CV-00680-KMN**

Dear Judge Neary:

The Court's November 4, 2026 Order (Doc. 142) directed the parties to meet and confer and, within seven days, file a letter identifying which of the four categories of documents discussed in Bizzell's November 3, 2026 letter (Doc. 140) remain in dispute. The parties met and conferred on November 11, 2026. Their positions are as follows.

**Categories 1–3.** Counsel for Tripwire South, LLC advised that Tripwire South will produce documents responsive to these categories, but not before November 30, 2026. This dispute remains open until Tripwire South's responsive production can be reviewed.

**Category 4.** Tripwire South did not agree to produce its communications with Mr. Tatman, which included the photographs of purported Comp-B from Hawthorne Army Depot (attached to the Amended Complaint as Exhibit 88) and "information regarding the shipment and/or availability of Comp-B."

Tripwire South contends that its communications with Mr. Tatman are not covered by Bizzell's earlier Request for Production Nos. 10 & 12, because Tripwire South has no proof that Mr. Tatman was "assigned to or working at" Hawthorne. (Bizzell had narrowly tailored RFP Nos. 10 & 12 to focus on personnel "assigned to or working at" Hawthorne.)

While Bizzell's position is that Tripwire South's communications with Mr. Tatman are covered by RFP Nos. 10 & 12, to resolve Tripwire South's refusal to produce the documents, on November 13 Bizzell served a new Request for Production No. 30, seeking:

> To the extent not already produced, all of Tripwire South's documents and communications, internal and external, concerning or relating, in any way, to discussions about Bizzell purchasing Comp-B from Tripwire South, and/or Tripwire South's efforts to procure Comp-B from Hawthorne, or Invoice No. 1629 for Comp-B, or that otherwise relate in any way to the Comp-B transaction. This request includes, but is not

(703) 590-1234 Tel
(703) 590-0366 Fax
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
www.fluet.law

limited to, communications between any Tripwire South, LLC personnel and Jonathan Tatman.

In addition to this new RFP No. 30, we also pointed out to Tripwire South that its communications with Mr. Tatman are responsive to RFP Nos. 15-17, which encompass documents "relating to" the Comp-B transaction or "regarding the procurement of Comp-B." We hope that Tripwire South will reconsider its refusal to produce these documents in light of RFP Nos. 15-17 and new RFP No. 30. We will keep the Court apprised of whether additional progress can be made by the parties concerning this dispute.

For all four categories, if Tripwire South either produces the responsive documents or confirms in writing that no responsive documents exist, Bizzell does not expect to need the Court's further involvement in this dispute. All parties reserve their rights to solicit the Court's assistance in this matter if necessary.

Because the Court's Order directed the parties to file "a letter," we read it to call for a single joint letter. We therefore shared a draft with counsel for Tripwire South so it could be filed jointly. Counsel for Tripwire South advised that he was unable to review it before the filing deadline, so Bizzell files this letter on its own behalf.

Respectfully submitted,

Samuel Morse, Esq.